# EXHIBIT A

**From:** Anne Arundel Dermatology <idx@mail.idx.support>
**Date:** July 14, 2025 at 9:39:27 AM EDT
**To:** █████████████████
**Subject: Notice of Data Breach**
**Reply-To:** noreply@mail.idx.support



July 14, 2025

### Notice of Data Breach

Dear Natalia Correa,

We write to notify you of a recent incident that could affect some of your personal or health information. Please review this letter carefully.

**What Happened**

Anne Arundel Dermatology ("AAD") recently identified an intrusion on certain of its systems by an unauthorized third party. We took immediate action to review this incident and secure our systems. Our review determined that certain data files were accessible to the unauthorized third party for a period of time. We subsequently performed an assessment of these data files and determined, on May 20, 2025, that some of the files contained certain personal or health information when the unauthorized third party had access to them. Our review indicates that the unauthorized access may have begun on February 14, 2025, and ended on May 13, 2025.

**What Information Was Involved**

From the review, we determined on June 27, 2025, that the personal or health information affected may include your date of birth, patient ID, medical record number, health history, financial information, insurance information, and appointment history. While we do not know whether the third party actually viewed or exfiltrated your information, we are sending you this notice as a precaution and to encourage you to take steps to monitor your information. At this time, we are not aware of any misuse of or fraudulent activity relating to anyone's personal or health information as a result of this incident.

**What We Are Doing**

After becoming aware of the incident, AAD undertook a review, working with third-party experts, to determine the nature and scope of