# EXHIBIT A

GARY KLINGER BAR ADMISSIONS

| Court: | Date of Admission: |
| --- | --- |
| State Bar of Illinois | 11/4/2010 |
| U.S. District Court for the District of Colorado | 9/23/2019 |
| U.S. District Court for the Central District of Illinois | 7/2015 |
| U.S. District Court for the Northern District of Illinois | 5/25/2012 |
| U.S. District Court for the Southern District of Illinois | 12/30/2020 |
| U.S. District Court for the Northern District of Indiana | 1/30/2020 |
| U.S. District Court for the Southern District of Indiana | 3/21/2019 |
| U.S. District Court for the Eastern District of Michigan | 3/24/2020 |
| U.S. District Court for the Western District of Michigan | 1/17/2023 |
| U.S. District Court for the District of Nebraska | 8/20/2019 |
| U.S. District Court for the Northern District of Ohio | 5/23/2023 |
| U.S. District Court for the Eastern District of Texas | 10/11/2019 |
| U.S. District Court for the Western District of Texas | 2/13/2024 |
| U.S. District Court for the Eastern District of Wisconsin | 8/12/2021 |
| U.S. Court of Appeals for the 2nd Circuit | 4/18/2022 |