**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Natalia Correa
**Plaintiff,**

**v.**

Anne Arundel Dermatology P.A
**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 1:25-cv-2274-GLR

### MOTION FOR ADMISSION PRO HAC VICE

I, Zachary E. Howerton ____, am a member in good standing of the bar of this

Court.   I am moving the admission of David K. Lietz

to appear pro hac vice in this case as counsel for Plaintiff, Natalia Correa .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached Exhibit A | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 1 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Zachary E. Howerton</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Zachary E. Howerton
_____
Signature

Zachary E. Howerton (Fed. Bar No.: 20688)
_____
Printed name and bar number

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
_____
Office name

223 Duke of Gloucester St., Annapolis MD 21401
_____
Address

(410) 269-6620
_____
Telephone number

(410) 269-1235
_____
Fax Number

zhowerton@milberg.com
_____
Email Address

PROPOSED ADMITTEE

_____
Signature

David K. Lietz
_____
Printed name

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
_____
Office name

5335 Wisconsin Ave, NW Ste 440, Washington DC 20015
_____
Address

(866) 252-0878
_____
Telephone number

(865) 522-0049
_____
Fax Number

dlietz@milberg.com
_____
Email Address