# EXHIBIT A

**EXHIBIT A**

| Court: | Date of Admission: | Bar No. |
|---|---|---|
| Bar of the District of Columbia | 11/5/1991 | 430557 |
| U.S. District Court for the District of Columbia | 4/11/1994 | |
| U.S. District Court for the District of Colorado | 1/26/2006 | |
| U.S. District Court for the Northern District of Illinois | 7/10/2020 | |
| U.S. District Court for the Eastern District of Michigan | 1/30/1995 | |
| U.S. District Court for the District of Nebraska | 3/11/2021 | |
| U.S. District Court for the District of North Dakota | 5/10/2005 | |
| U.S. District Court for the Eastern District of Wisconsin | 8/12/2021 | |
| U.S. Court of Appeals for the 1st Circuit | 12/19/2022 | 1205700 |
| U.S. Court of Appeals for the 4th Circuit | 10/3/2017 | |
| U.S. Court of Appeals for the 6th Circuit | 7/20/1998 | 6928 |
| U.S. Court of Appeals for the 8th Circuit | 1/24/2024 | |
| U.S. Court of Appeals for the 9th Circuit | 5/18/2023 | |
| U.S. Court of Appeals for the 10th Circuit | 11/29/2005 | |
| U.S. Court of Appeals for the 11th Circuit | 11/19/2018 | 016647546 |
| U.S. Court of Appeals for the Federal Circuit | 10/12/2018 | |
| U.S. Court of Federal Claims | 7/24/2015 | |
| Supreme Court of the United States | 1/7/2019 | |