**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **NATALIA CORREA**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.**,<br><br>Defendant. | Case No.: 1:25-cv-02274 |
| **JASON TYSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.**,<br><br>Defendant. | Case No.: 1:25-cv-02278 |
| **BARBARA BURACKER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ANNE ARUNDEL DERMATOLOGY**,<br><br>Defendant. | Case No.: 1:25-cv-02279 |

| | |
|---|---|
| **PEYTON SULKOWSKI**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.**,<br><br>    Defendant. | Case No.: 1:25-cv-02282 |
| **RAVEN MARTIN**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.**,<br><br>    Defendant. | Case No.: 1:25-cv-02288 |
| **RICHARD BERNARD**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.**,<br><br>    Defendant. | Case No.: 1:25-cv-02290 |

| | |
|---|---|
| **VORONICA DANCE**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ANNE ARUNDEL DERMATOLOGY, P.A.**, <br><br> Defendant. | Case No.: 1:25-cv-02293 |
| **MICHAEL STRAW**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ANNE ARUNDEL DERMATOLOGY, P.A.**, <br><br> Defendant. | Case No.: 1:25-cv-02297 |

**PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND
APPOINT LEADERSHIP AND EXECUTIVE COMMITTEE**

Plaintiffs in the above-captioned actions ("Plaintiffs"), individually, and on behalf of all those similarly situated, respectfully request the Court: (1) pursuant to Fed. R. Civ. P. 42(a), consolidate the eight actions ("Related Actions") into the first-filed *Correa* action, as well as any other future related actions filed or transferred against Defendant under the new case style: "*In re Anne Arundel Data Breach Litigation*"; (2) pursuant to Fed. R. Civ. P. 23(g)(3), appoint Plaintiffs' leadership structure consisting of Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, and Tyler Bean of Siri & Glimstad LLP as Interim Co-Lead Class Counsel ("Proposed Interim Co-Lead Class Counsel"), Gary E. Mason of Mason LLP as Interim Liaison Class Counsel ("Proposed Liaison Class Counsel"), and Daniel Srourian of Srourian Law Firm, P.C., Leigh S.

3

Montgomery of EKSM, LLP,  David H. Wise of Wise Law Firm, PLC, Jeff Ostrow of Kopelowitz Ostrow P.A., and Spencer D. Campbell of Markovits, Stock & DeMarco, LLC as members of the Executive Committee ("Proposed Executive Committee"); and (3) stay the Related Actions, including any of the Defendant's responsive pleading deadlines, pending the filing of a consolidated class action complaint ("Consolidated Complaint") within 30 days of entry of an order consolidating the cases and appointing leadership.

For the reasons set forth in the accompanying Memorandum of Law in Support of this motion contemporaneously filed herewith, Plaintiffs respectfully submit that consolidation is warranted under Rule 42(a) because the Related Actions involve common questions of law and fact and arise out of the same alleged data breach. Likewise, appointment of Proposed Interim Co-Lead Class Counsel, Liaison Class Counsel, and the Executive Committee is appropriate under Rule 23(g) to ensure the efficient prosecution of this matter and to protect the interests of the proposed class. Accordingly, Plaintiffs' motion should be granted.

Dated: July 16, 2025

Respectfully submitted,

By: /s/ *Zachary E. Howerton*
Zachary E. Howerton (Fed. Bar No. 20688)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
223 Duke of Gloucester Street
Annapolis, MD 21401
Telephone: (410) 269-6620
Facsimile: (410) 269-1235
zhowerton@milberg.com

Gary M. Klinger (*pro hac vice* pending)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

David K. Lietz (*pro hac vice* pending)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Phone: 866.252.0878
dlietz@milberg.com

Tyler J. Bean (*pro hac vice* forthcoming)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Gary E. Mason
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: gmason@masonllp.com

David Hilton Wise
**WISE LAW FIRM, PLC**
10640 Page Street, Ste 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
Fax: (703) 934-6379
dwise@wiselaw.pro

Jeff Ostrow (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Daniel Srourian (*pro hac vice* forthcoming)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

5

Leigh S. Montgomery (*pro hac vice* forthcoming)
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

Spencer D. Campbell (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 665-0207
Email: scampbell@msdlegal.com

*Counsel for Plaintiffs and the Proposed Class*

6

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions sought to be consolidated and Defendant via U.S. Mail to Anne Arundel Dermatology, P.A., Angela R. Peterman, M.D., Registered Agent, 877 Baltimore Annapolis Blvd., Suite 100, Severna Park, Maryland 21146 on this July 16, 2025.

/s/*Zachary E. Howerton*
Zachary E. Howerton