# EXHIBIT E



JARRETT ELLZEY
TOM KHERKHER
JOSH SANFORD
LEIGH S. MONTGOMERY
SEAN SHORT
ANNA STIRITZ
REBECCA MATLOCK
*JOHN KRISTENSEN

4200 MONTROSE BLVD., STE. 200,
HOUSTON, TX 77006
WWW.EKSM.COM
TELEPHONE: (888) 350-3931
FACSIMILE: (888) 276-3455

EKSM, LLP's members have a proven track record of successfully handling complex class action lawsuits, ensuring justice for all members of the class. Our class action attorneys are dedicated to representing groups of plaintiffs who have been harmed by defective products, fraudulent practices, or other widespread misconduct.

**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in complex commercial cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Mr. Ellzey graduated from Texas Tech University in 2000 and from South Texas College of Law in 2003. Distinct from many class action attorneys, he has a notable record of trial success in complex litigation. In just his second jury trial, he secured an eight-figure verdict after a five-week trial on a tortious interference claim; and over a five-year span, he achieved more than $23 million in verdicts in single-event cases. Mr. Ellzey's work in a high-stakes commercial real estate trial led to his recognition in the Texas Verdicts Hall of Fame, further demonstrating his ability to navigate complex litigation successfully. In Mr. Ellzey's first class action case as sole lead counsel, he obtained a $10 million settlement against a national insurance carrier and their international law firm defending. Building on that success, Mr. Ellzey spent years partnering with top-tier litigators nationwide to pursue high-stakes class actions.

Mr. Ellzey has experience building excellent litigation teams.  Recently, as lead counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Mr. Ellzey and his team recovered $40 million for the State after eleven years of litigation. He achieved such a settlement by understanding the necessary components of a litigation team and filling those spots with the right people.

Board Certified in Civil Trial Law, Mr. Ellzey is a member of the prestigious American Board of Trial Advocates. He is also a Fellow of both the Texas Bar Foundation and the Houston Bar Foundation, honors reserved for distinguished attorneys recognized for their professional achievements and contributions to the legal community. Mr. Ellzey has significant trial experience, having tried dozens of cases to verdict in the last fifteen years.  His work in a high-stakes commercial real estate trial earned me recognition in the Texas Verdict Hall of Fame in 2013.

In September of 2015, Mr. Ellzey obtained a unanimous jury verdict of for plaintiffs in a consumer mortgage dispute. *See Danielle Geoffrion and Darren Kasmir v. Nationstar Mortgage, LLC*; Case no. 4:14-cv-00350 (E.D. Tex. Sept. 14, 2015) (Hon. Amos Mazzant). While the amount at stake was not significant, the case was filed under the Real Estate Settlement Procedures Act, a trial under which is rare, and victory rarer for plaintiffs. For this achievement, Mr. Ellzey was named "Litigator of the Week" by *Texas Lawyer* magazine, a state-wide publication.

Also in 2015, Mr. Ellzey obtained a $5.5M verdict against Wells Fargo for consumers that arose out of the subprime mortgage scandal and economic meltdown of 2008. He has been named a Super Lawyer every year since 2014 and was selected as a Rising Star in 2013.

In addition to being licensed to practice by the State of Texas and State of New Mexico, Mr. Ellzey is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, U.S. District Court for the Eastern District of Michigan, and U.S. Bankruptcy Court for the District of New Mexico.

Mr. Ellzey has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Mr. Ellzey has also worked on data breach class actions as counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas). Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D.

Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

**Leigh S. Montgomery** has over sixteen years of plaintiff's litigation and trial experience, including substantial experience in the class action and appellate contexts. Whether fighting the insurance industry or one individual, she will happily represent her clients from pre-lawsuit negotiations through trial and appeal until they get the very best legal resolution to their disputes. She is a founding member of EKSM and co-lead of the litigation team, along with Mr. Ellzey.

Ms. Montgomery has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Outside of the data breach context, Ms. Montgomery has an active nationwide wage and hour and class action practice. She has served as counsel in class actions matters from the filing of the complaint to final approval of the settlement, including briefing and arguing class certification. *See, e.g., Heath et al.  v. TFS Dining, LLC, et al;* Case No. 1:20-cv-899 (W.D. Tex.) (obtaining summary judgment on employee status and a final judgment on all damages after a jury trial); *Manasco et al. v Best in Town. d/b/a The Furnace et al;* Case No.: 2-21-cv-00381 (N.D. AL) (Partial summary judgment on major liability issues); *Johnson et al. v. Houston, LP, LLC, et al.*; Case No.: 4:20-cv-00663 (S.D. TX)(Summary Judgment on issue of employee misclassification and affirmative defenses, and fees awarded); *Garcia et al. v Toezpecunia, Inc;* Case No. 6:22-cv-00639, (D. Or.)(Summary judgment on all major liability issues, including willfulness determination and granting fees).

Recently, as counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Ms. Montgomery participated and assisted in recovering $40 million for the State after eleven years of litigation. Ms. Montgomery was a key litigator in the matter, handling major discovery hearings and dispositive motion briefing crucial to concluding the settlement.

Ms. Montgomery has experience litigating data breach matters in the following cases: *Veronica Marin v. El Centro del Barrio dba CentroMed*, Case No. 5:24-cv-00571 (W.D. Tex.); *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions*, Case No. 1:24-cv-02483 (N.D. Ga.); *Tyler Blankenship v. Leonard's Express, Inc.*, Case No. 1:24-cv-00618 (W.D. N.Y); *Clayton v. PruittHealth, Inc.*, Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.*, Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport,* Case No. 1:24-cv-12042 (D. Mass.); *Antonio Valle, et al  v. First Commonwealth Federal Credit Union*, Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al v. Pocahontas Medical Clinic, PA*, Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center*, Case No. 60CV-24-8301 (Pulaski County, AR); *Robert Dapello v. Riverside Resort & Casino*, Case No. 2:24-cv-01732, (D. Nev.); *Haskins v. Stillwater Mining Company,* Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital*, Case No. 24-cv-1622 (Galveston County, TX); *William Moore v. Johnson & Wales University*, Case No. 1:24-cv-00409, (D. R.I.), *William Adams et al v Family Health Center*; Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker v. Brockton Area Multi Services, Inc.* ; Case No. 1:24-cv-11607;

(D. Mass.); *Jacob Baggett v State University of New York At Niagra et al*; Case No. 1:24-cv-00645 (W.D. New York); *Michael Bodem v Justice Resource Institute, Inc.;Consolidated* Case No. 1:24-cv-11856; (D. Mass); *Lameeka Chambers v The Charlotte-Mecklenburg Hospital Authority*; Case No. 3:24-cv-00887 (D. North Carolina); *Guchait et al v Momin & Momin, PLLC;* Case No. 24-DCV-322363 (Ft. Bend County, TX); *Fares et al. v. C.K.S. Packaging, Inc.;* Case No. 1:24-cv-04586 (N.D. GA); *Michael Harrison et al. v PECO Foods, Inc*.; Consolidated Case No. 7:24-cv-01034; (N.D. AL*); Douglas Long v Avis;* Consolidated Case No. 2:24-cv-09243 (D. N.J); *Chris Kidder v American Addiction Centers, Inc.,* Case No, 3-25-cv-00032; (Middle D TN); *Eduardo Guillen v Akumin Operating Corp., f/k/a Akumin Corp.,* Case No. 0:25-cv-60088; (S.D. Fla.); *Danella Claytor v TECTA America Corp*., Case No. 1:25-cv-00525 (N.D.IL); *Cheri Pfeifer as next friend of Z.P. (a minor) v. Pediatric Home Respiratory Services, LLC d/b/a Pediatric Home Services*, Case No. 0:25-cv-00247; (D. Minn.), *William Baysmore v. Tycon Medical Systems, Inc.,* Case No. 2:25-cv-00052; (E.D. VA); *Latisha Smith v. Cardiology Associates of Mobile, Inc*., Case No. 02-CV-2025-900265 (Circuit Court of Mobile County, AL); *Rene Garcia v Set Forth, Inc.,* Case No. 1:24-cv-11688; (N.D. IL); *Heidi Mathiasen v Thompson Coburn LLP*, Case No. 4:24-cv-01522, (E.D.MO); *Rebecca Battisfore v The College of American Pathologists*, Case No. 2024CH10183, (Circuit Court of Cook County, IL).

**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Mr. Sanford was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

**Tom Kherkher** is licensed to practice law in all courts of the State of Texas and Louisiana, as well as the U.S. District Court for the Southern District of Texas. A distinguished litigator and member of Houston's Chaldean community, Mr. Kherkher has built a formidable reputation in high-stakes litigation, successfully advocating against opponents with decades more experience.

By the age of 30, Mr. Kherkher had independently managed large dockets of cases against major insurance companies and corporations, securing over $70 million in settlements within just six years of graduating law school. His success in complex litigation led him to become a founding partner at EKSM, where he continues to lead high-value cases.

Beyond the courtroom, Mr. Kherkher is a recognized authority in the social media affiliate marketing space, with approximately 2 million subscribers across his platforms. His ability to leverage digital outreach has expanded his influence in both the legal and business communities.

In addition to our partners, we have several associate attorneys dedicated to preparing, researching, and overseeing the outcome of all our cases.

**John Kristensen** is Of Counsel at EKSM. He is an attorney licensed to practice before all Courts in the States of California and Massachusetts, and the founding partner at Kristensen Law Group.

Mr. Kristensen has offices in California and Massachusetts. He is an attorney licensed to practice in the States of California and Massachusetts. Mr. Kristensen is admitted to practice before the United States District Court for the Northern, Eastern, Southern, Central Districts of California, the United States District Court for the District of Colorado, the United States District Courts for the Eastern and Western District of Wisconsin, the District of Massachusetts and the United States District Court for the District of Columbia, as well as the Seventh and Ninth Circuit Courts of Appeal.

Mr. Kristensen has tried multiple employment litigation cases, including against exotic dance clubs, and wrongful death trials wherein I have obtained numerous million-dollar settlements. He, along with EKSM attorneys, have also handled many matters in arbitration through final hearing.

Mr. Kristensen has litigated cases against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. His practice has included in multiple appellate cases where he has argued successfully before the California Courts of Appeal.

During the Toyota Sudden Acceleration litigation, Mr. Kristensen was appointed by Hon. Anthony J. Mohr to the Plaintiffs' Steering Committee and was re-appointed in 2012 by Hon. Lee Edmon. Judge Edmon also appointed him as a member of the national fee committee to recommend the allocations and disbursements of the common benefit fund.

In 2017, Mr. Kristensen obtained what was then a record Title IX settlement against UC Regents. Mr. Kristensen was appointed Class Counsel in the matter of *Mankin v. Mountain West Research Center,* L.C., Case Number 2:13-cv-06447-DSF-AGR in the Central District of California. The class settlement in that matter was approved by Hon. Dale S. Fischer.

On August 7, 2019, Mr. Kristensen was appointed Class Counsel in the matter of *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the Southern District of New York by Magistrate Judge Pitman. Class certification was contested and an objection on the class certification, not his qualifications, was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report and recommendations in its entirety.

On October 23, 2019, in a contested motion for class certification in the Central District of California, Hon. George H. Wu appointed Mr. Kristensen as Class Counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, Case No. 19- CV-9414-GW(SSx) in the Central District of California.

Mr. Kristensen was appointed Class Counsel in the matter *Guzman v. Polaris Industries., et al.*, Case No. 8:19-cv-01543-FLA-KES in the Central District of California. He is the lead trial counsel in that case, which is set for trial on May 5, 2025. The case is based on Polaris' failing

to test the roll cages on their off-road vehicles in compliance with the stated OSHA standard. The *Guzman* case was certified after a successfully overturning summary judgment in the Ninth Circuit, and also obtaining a decision that any dismissal of UCL claims under *Sonner* are without prejudice, permitting Plaintiffs to re-file in State Court.

In the past four years alone, Mr. Kristensen obtained plaintiffs' verdict in the past four years of $8.9 million, $5.5 million in a business dispute where the only cause of action was intentional interference with contractual relations, and two employments cases tried in the Western District of Texas and Los Angeles Superior Court. Twice the jury found malice and the cases went to punitive damages.