# EXHIBIT F



**www.wiselaw.pro**
(703) 934-6377

## <u>Class Action Firm Resume</u>

| *VIRGINIA OFFICE* | *NEVADA OFFICE* |
|---|---|
| 10640 Page Avenue, Suite 320 | 335 W. 1st Street |
| Fairfax, VA 22030 | Reno, Nevada 89503 |

Wise Law Firm, PLC, is a leading law firm in the Washington D. C. metropolitan area and has its main office located in Fairfax, Virginia.  It also has a branch office in Reno, Nevada.  The Firm handles complex civil cases in state and federal courts throughout the nation. Wise Law Firm has a reputation for excellence and has an AV Martindale-Hubble rating for legal services, which is the highest rating granted to attorneys under the Martindale-Hubbell system.

David Hilton Wise, as founder member of the Wise Law Firm, PLC, has been engaged in complex construction defect, government contract, consumer protection, class actions, toxic mold, and construction contract litigation for over 35 years.  The Wise Law Firm is currently actively litigating multiple class action cases in the Federal Court system across the county, some of which have been transferred to MDL cases. David Wise is also a certified Professional Civil Engineer in the state of California, which allows him an edge in evaluating and handling construction, science, and engineering related matters.

A sampling of class actions cases in which Wise Law Firm, PLC has helped to successfully resolve or which are currently being actively litigated in the Federal Court system across the county include the following

a. *Davis v. Tycon Medical Systems Inc.*, E. D. Virginia, Norfolk Division, Case No. 2:25-cv-20.

b. *Walker v. New River Electrical Corporation*, W. D. Virginia, Roanoke Division, Case No. 7:25-cv-14.

c. *Hamilton, et al. v. Vann-Virginia Center for Orthopaedics, P.C. d/b/a Atlantic Orthopaedic Specialists,* E. D. Virginia, Norfolk Division, Case No. 2:24-cv-696.

d. *In Re Riverside Resort & Casino*, D. Nevada, Case No. 2:24-cv-1691.

Wise Law Firm PLC Firm Resume
Page 2

e.  *In Re Retail Data, LLC*, E. D. Virginia, Richmond Division, Case No. 3:24-cv-655.

f.  *White v. United Network for Organ Sharing*, E. D. Virginia, Richmond Division, Case No. 3:24-cv-629.

g.  *Mgaresh, et al. v. Virginia Union University*, E. D. Virginia, Richmond Division, Case No. 3:24-cv-337.

h.  *In Re Precision Tune Auto Care, Inc.*, E. D. Virginia, Alexandria Division, Case No. 1:24-cv-502.

i.  *In Re Nations Direct Mortgage*, D. Nev, Case No. 2:24-595.

j.  *Darrin v. Huntington Ingalls Industries*, E.D. Virginia, Newport News Division, Case No. 4:23-cv-53.

k.  *Soles v. Huntington Ingalls Industries*, E.D. Virginia, Newport News Division, Case No. 4:23-cv-59.

l.  *Beadle v. Huntington Ingalls Industries*, E.D. Virginia, Newport News Division, Case No. 4:23-cv-65.

m.  *In Re R&B Corporation of Virginia d/b/a Credit Control Corporation, Data Security Breach Litigation,* E.D. Virginia, Newport News Division, Case No. 4:23-cv-67.

n.  *Houghton v. Rancho Mesquite Casino, Inc., dba Eureka Casino Hotel*, D. Nevada, Case No. 2:23-cv-00276.

o.  *Oldham v. Rancho Mesquite Casino, Inc., dba Eureka Casino Hotel*, D. Nevada, Case No. 2:23-cv-00304.

p.  *Andrew v. Rancho Mesquite Casino, Inc., dba Eureka Casino Hotel*, D. Nevada, Case No. 2:23-cv-00333.

q.  *Nguyen v. Crystal Bay Casino, LLC*, D. Nevada, Case No. 3:23-cv-00092.

r.  *Fisher v. Fort Belvoir Residential Communities LLC*, E.D. Virginia, Alexandria Division, Case No. 1:22-cv-RDA-JFA.

s.  *In Re: AME Church Employee Retirement Fund Litigation*, MDL No. 3035, W.D. Tennessee (*Wade v. Newport Group, Inc.*, E.D. Virginia, 3:22-cv-00179).

t.  *MSP Recovery Claims, Series LLC v. Lundbeck, LLC*, E.D. Virginia, Richmond Division, Case No. 3:22-cv-422.

*W* Wise Law Firm PLC Firm Resume
Page 3

u.  *In Re: Family Dollar Stores, Inc., Pest Infestation Litigation*, MDL No. 3032, W.D. Tennessee (*Smith v. Family Dollar Services, LLC*, E.D. Virginia, Case No. 1:22-cv-00208).

v.  *Sanguinetti v. Nevada Restaurant Services, Inc.*, D. Nevada, Case No. 2:21-cv-01768-RFB-DJA.

w.  *Burn v Lendlease (US) Public Partnership LLC*, E.D. North Carolina 7:20-cv-00174D.

x.  *In Re: Blackbaud Inc. Customer Data Security Breach Litigation*, MDL No. 2972, D. South Carolina, Case 3:20-mn-02972-JFA (*Atwood v. Blackbaud, Inc.*, E.D. Virginia, Case No. 3:20-cv-04516-JFA)

y.  *Glasscock v. Serco, Inc. ,* E.D. Virginia, Alexandria Division, Case No. 1:20-cv-00092.

z.  *Bell v. Westrock CP, LLC*,  E.D. Virginia, Richmond Division, Case No. 3:17-cv-829.

aa.  *IN RE: Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Marketing and Sales Practices Litigation*, E.D. Virginia, Alexandria Division, Case No. 1:16-md-2743.

bb.  *Walters v. Pella Corp.*, D. South Carolina, Case No. 2:14-cv-00544, originally filed in D. Nevada, Case No 3:13-CV-0055344.



Wise Law Firm PLC Firm Resume
Page 4

# <u>Attorney Profile</u>

## David Hilton Wise

Partner
dwise@wiselaw.pro
(703) 934-6377


David Hilton Wise is the firm's founder.  As a licensed professional engineer and trial lawyer, Mr. Wise concentrates his practice in the areas of construction law, construction defects, and toxic tort litigation.  As a construction lawyer, he has successfully handled complex, construction disputes throughout the United States in both state and federal courts, on both private and public construction projects as well as residential construction projects.  He had successfully tried cases involving construction defects, toxic mold, sick building claims, defective design, impact and delay claims, performance and payment bond claims, and other construction contract disputes for the past 34 years.  Utilizing his background as a professional civil engineer, Mr. Wise is able to quickly evaluate and address the many technical and complex issues that arise in construction disputes.  Mr. Wise has also been involved in multiple class actions and MDL cases over the past two decades involving defective construction products and other consumer related claims.  He has represented homeowners, condominium associations, general contractors, construction managers, subcontractors, suppliers, sureties, and indemnitors in a wide variety of construction-related disputes.

**PRACTICE AREAS:**  Construction and Design Law, Construction Claims and Litigation, Construction Defects, Defective Design, Toxic Mold, Sick Buildings, Class Actions, and Trial Practice.

**EDUCATION:**
- University of San Diego School of Law, Juris Doctor, 1989
- University of Nevada, Reno, B.S. in Civil Engineering, 1985 (member - Tau Beta Pi)

**ADMITTED TO BARS:**
- Virginia (1989), California (1990), District of Columbia (1991), Maryland (2003), and Nevada (2008)
- U.S. Court of Appeals for the Fourth Circuit (1990), Federal Circuit (1990), and District of Columbia Circuit (2000)
- U.S. District Court for the Eastern District of Virginia (1990), Western District of Virginia (2002), District of Columbia (1991), Central District of California (1998), and District of Maryland (2005)
- U.S. Bankruptcy Court for the Eastern District of Virginia (1990)
- U.S. Court of Federal Claims (1994)

**PROFESSIONAL LICENSE:**  Professional Civil Engineer, California (1989)

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:**
- District of Columbia Bar
- California State Bar

Wise Law Firm PLC Firm Resume
Page 5

- Maryland State Bar
- Virginia State Bar (member, Construction Law Section)
- Nevada State Bar (member, Construction Law Section)
- American Bar Association (member, Forum Committee on Construction Industry, and Litigation Section)
- Virginia Trial Lawyers Association
- American Association of Justice

**AUTHOR:**
- "Construction Defects, Sick Building and Toxic Mold Claims," Virginia Construction Law Handbook, Chapter 25, Virginia CLE (2019)
- "Economic Loss Rule," Construction Briefings, 2nd Series No. 95-7, Federal Publications

**SEMINARS AND RELATED PUBLICATIONS:**
- Speaker, EIFS Litigation, (VSB Construction Law and Public Contracts Conference, Charlottesville. Va., Nov 3, 2001)
- Speaker, Advances in Environment Mold Issues in Virginia (Arlington, Va.,  June 25, 2003)
- Speaker, Toxic Mold & Synthetic Stucco (EIFS) (VTLA Product Liability Conference, Williamsburg, Va., Oct. 16, 2003)
- Speaker, Advances in Environment Mold Issues in Virginia (Fairfax County, Va.,  Feb. 19, 2004)
- Speaker, Best Practices for Construction Defect Litigation, (VSB Construction Law and Public Contracts Conference, Charlottesville, Va., Nov 7, 2014)
- Speaker, State of the Art in Mold, Wet Buildings & CIRS, "I want you to be a Dynamic Expert" and "Cross Examination of a Hostile Expert" (Phoenix, AZ, November 14, 2015)

**REPORTED CASES:**
- Solomon Forex, Inc. v. Tauber, 795 F.Supp. 768 (E.D.Va. 1992).
- United States v. Wills, 99 F.3d 1132 (4th Cir. 1996)
- Unistrut Space Frame System, Inc. v. Atlantic Plate & Window Glass Co., Inc.  16 F.Supp.2d (D.D.C. 1996)
- Beta Construction Co. v United States, 39 Fed. Cl. 722 (1997), *rev'd*, 185 F.3d 884 (Fed. Cir. 1999)
- Moskowitz v. Renaissance at Windsong Creek, Inc.,  52 Va. Cir. 459 (Fairfax County 2000)
- Berger v. Pulte Home Corporation, 55 Va. Cir.  36 (Fairfax County 2001)
- Jazayerli v. Renaissance Housing Corp. 55 Va. Cir. 49 (Fairfax County 2001)
- Speier v. Renaissance at Victoria Farms, LLC, 58 Va. Cir. 90 (Fairfax County 2001)
- Glass v. Trafalgar House Property, Inc., 58 Va. Cir. 437 (Loudoun County 2002)
- Hansen v. Stanley Martin Companies, Inc., 266 Va. 345, 585 S.E.2d 567 (2003)
- Anderson v. USAA Casualty Insurance Co., 218 F.R.D. 307 (D.D.C. 2003)
- Anderson v. USAA Casualty Insurance Co., 221 F.R.D. 250 (D.D.C. 2004)
- LBL Skysystems (USA), Inc. v. APG America, Inc., 319 F.Supp.2d 515 (E.D.Pa. 2004)
- Davis v. Holsten, 270 Va. 389, 621 S.E.2d 101 (2005)

Wise Law Firm PLC Firm Resume
Page 6

- French v. Assurance Company of America, 448 F.3d 693 (4th Cir. 2006)
- LBL Skysystems (USA), Inc. v. APG America, Inc., 514 F.Supp.2d 704 (E.D.Pa. 2007)
- Costello Construction of Maryland, Inc. v. J. D. Long Masonry, Inc., 236 Fed. Appx. 877 (4th Cir. 2007)
- 2200 M Street, LLC v. Mackell,  940 A.2d 143 (D.C. 2007)
- Meng v. The Drees Company, 77 Va. Cir. 442 (Loudoun County 2009)
- Zellars v. NexTech Northeast, LLC, 895 F.Supp.2d 734 (E.D.Va. 2012)
- ADC Builders v. Seabright Condominium Association, 213 Md. App. 717 (unreported opinion), cert. denied, 436 Md. 327 (2013)
- Spencer v. Islamic Republic of Iran, 71 F.Supp.3d 23 (D.D.C. 2014)
- Federico v. Lincoln Military Housing, LLC, 127 Fed.Supp.3d 623 (E.D.Va. 2015)
- Day v. Robbins, 179 Fed.Supp.3d 538 (D.Md. 2016)
- Tingler v. Graystone Homes, Inc., 298 Va. 63, 834 S.E.2d 244 (2019)

**LEGAL RATING:**  A-V Martindale-Hubbell rating

**ADDITIONAL HONORS:**
Selected as one of Washington's Top Lawyers by the *Washingtonian* Magazine (Dec. 2004)

**ADDITIONAL INFORMATION:** Eagle Scout