## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATALIA CORREA, on behalf of     \*
herself and all others similarly situated,

                  \*

       Plaintiff,

                  \*

v.

                  \*     Case No: 1:25-cv-02274-GLR

ANNE ARUNDEL DERMATOLOGY, P.A,

                  \*

       Defendant.

                  \*

\*      \*      \*      \*      \*      \*      \*      \*      \*

### ENTRY OF APPEARANCE OF JAMES P. ULWICK

Please enter the appearance of James P. Ulwick and Kramon & Graham, P.A. as counsel for Plaintiff Natalia Correa, on behalf of herself and all others similarly situated, in the above-captioned matter.

Date: July 18, 2025                 Respectfully submitted,

                          */s/ James P. Ulwick*
                          James P. Ulwick, Bar # 00536
                          KRAMON & GRAHAM, P.A.
                          750 East Pratt Street, Suite 1100
                          Baltimore, Maryland 21202
                          T: (410) 752-6030
                          julwick@kg-law.com

                          *Counsel for Plaintiff Natalia Correa, on behalf of herself and all others similarly situated*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2025, a copy of the foregoing was filed electronically via CM/ECF, and was served on all counsel of record.

                          */s/ James P. Ulwick*
                          James P. Ulwick

4926-4229-7942, v. 1