**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **NATALIA CORREA**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.,**<br>        Defendant. | Case No. 1:25-cv-2274-GLR |
| **TERRI WILSON**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**ANNE ARUNDEL DERMATOLOGY, P.A.,**<br>        Defendant. | Case No. 1:25-cv-2314-GLR |

**PLAINTIFF'S MOTION TO CONSOLIDATE CASES, AND APPOINT
THOMAS A. ZIMMERMAN, JR. TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**

Plaintiff TERRI WILSON, individually, and on behalf of all others similarly situated, moves to (1) consolidate this case with the first-filed case *Correa v. Anne Arundel Dermatology, PA*, No. 1:25-cv-2274, pursuant to Fed. R. Civ. P. 42(a), and (2) appoint Thomas A. Zimmerman, Jr. to the plaintiffs' executive committee, pursuant to Fed. R. Civ. P. 23(g)(3).

For the reasons set forth in the accompanying Memorandum in support of this motion, Plaintiff submits that consolidation is warranted because this case and the *Correa* case involve common questions of fact and law relative to the same data breach. Additionally, appointment of

Tom Zimmerman to the plaintiffs' executive committee is appropriate to ensure the efficient prosecution of this matter and to protect the interests of the class.

Accordingly, Plaintiff's motion should be granted.

Dated: August 5, 2025

Plaintiff TERRI WILSON, individually, and on behalf of all others similarly situated,

By: _/s/ Scott C. Borison_

Scott C. Borison (Bar No. 22576)
**BORISON FIRM, LLC**
1400 S. Charles Street
Baltimore, MD 21230
Phone: (301) 620-1016
*scott@borisonfirm.com*

Thomas A. Zimmerman, Jr.
(admitted *pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Phone: (312) 440-0020
Fax: (312) 440-4180
*firm@attorneyzim.com*

Marc E. Dann*
Brian D. Flick*
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
*notices@dannlaw.com*

* *pro hac vice* applications forthcoming

2