# EXHIBIT  A



**HAUSFELD**
**FOR THE CHALLENGE**

## FIRM RESUME
## HAUSFELD PRIVACY & DATA BREACH

# About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier of private enforcement of antitrust/competition law, as well as a firm to watch in privacy law, in both the United States and the United Kingdom by *The Legal 500* and *Chambers and Partners*. Our German office is also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Brussels, Düsseldorf, Hamburg, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Privacy & Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Privacy & Data Breach

Hausfeld has long been recognized as a leader in cybersecurity and privacy litigation and has been involved in many of the largest and most cutting-edge data breach and privacy cases – both in the United States and in Europe. Hausfeld's Technology & Data Breach attorneys have led dozens of cases and been pioneers in seeking compensation for victims of data breaches and privacy violations. Hausfeld has also contributed to the development of privacy law in the United States and abroad. We have recovered billions of dollars of benefits for consumers and other entities in legal actions against retailers, healthcare companies, credit bureaus, and others whose ineffective security measures led to the exfiltration of private information. We have also been pioneers in seeking enhanced business practice changes to ensure that such data is protected in the future.

Hausfeld's accolades in the cybersecurity world are unmatched. Hausfeld is the only plaintiffs' firm in the country ranked by *Legal500* in Cyber Law (including data privacy and data protection). *Chambers and Partners* ranks the leading lawyers and law firms across the world. In 2024, it ranked Jamie Pizzirusso, Hausfeld's Techynolgy & Data Breach practice group leader, (for the fourth year in a row) as a top lawyer in "Privacy and Data Security: Litigation." It described Mr. Pizzirusso as "a highly experienced litigator, noted for his successful track record acting for plaintiffs in high-stakes cybersecurity and privacy law class actions." Hausfeld is also the only Plaintiffs' firm in the country to be ranked for the third year in a row by *Chambers* in the category of Privacy & Data Security: Litigation, Nationwide where they wrote: "Hausfeld's team is talented across the board, it contains some of the hardest-working and smartest lawyers." In 2024, *The National Law Journal* recognized Hausfeld as the top firm in the Privacy/Data Breach category in their Elite Trial Lawyer awards. The *The National Law Journal* also named Mr. Pizzirusso as one of its "2023 Class Action/Mass Tort Trailblazers" for his work on data breach and privacy cases and in 2017 as a "Cybersecurity Trailblazer." In 2020, *The National Law Journal* recognized Mr. Pizzirusso as a "Washington Trailblazer" for his role in data breach and privacy matters. *Law360* recognized Hausfeld as having a "2021

Practice Group of the Year" in Cybersecurity & Privacy. Additionally, in 2021, Mr. Pizzirusso was personally named as one of *Law360*'s "Cybersecurity & Privacy MVPs" (the only plaintiffs' attorney to receive that distinction). *SuperLawyers* has recognized Mr. Pizzirusso as a "Top Rated Class Action & Mass Torts Attorney" in Washington, DC since 2016 and Lawdragon has named him as one of 500 Leading Plaintiff Consumer Lawyers since 2019.



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**
*The Legal 500*

# Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. The firm's inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times*, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never

before possible for dispute resolution and providing a new model for global cartel settlements going forward.
**Unmatched global resources**

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 165 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Brussels, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

# Litigation achievements

Hausfeld has achieved groundbreaking decisions and settlements on behalf of victims of data breach and privacy violations, including:

***In re: T-Mobile Customer Data Security Breach Litigation MDL*** Represented a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

***In re Marriott International Inc., Customer Data Security Breach Litig.*** Representing a class of plaintiffs as co-lead plaintiffs' counsel against hotel chain Marriott and its data security vendor Accenture. Hausfeld's filing came on the heels of Marriott's admission that approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. The opinion allows the plaintiffs to seek damages related to overpayment for hotel rooms, as well as statutory and nominal damages. The Court also found that consumers might be able to recover damages for the inherent value of their personal information stolen during the breach. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.

***In re Equifax, Inc. Customer Data Security Breach Litig.*** Reached a $1.5 billion settlement for data breach victims as part of the court-appointed Plaintiffs' Steering and Settlement Committee. This massive 2017 breach exposed the Social Security numbers, birth dates, addresses, driver's licenses, and credit card numbers of millions of consumers. In 2021, the Eleventh Circuit Court of Appeals upheld the settlement over the appeal of several objectors making it the largest data breach settlement ever approved by a Circuit Court of Appeals.

***In re TikTok, Inc. Consumer Privacy Litig.*** Obtained a $92 million settlement, one of the largest Biometric Information Protection Act ("BIPA") settlements ever, against popular app, TikTok. TikTok violated the Illinois BIPA laws, as well as numerous other privacy statutes, with its face capturing software that numerous minors and young adults use to share videos and messages.

***In re Target Corporation Customer Data Security Breach Litig.*** Secured a $60 million settlement to a nationwide class of financial institutions after class certification. This data breach was the largest data breach at the time, where financial institutions were forced to replace millions of credit cards. The settlement covered the out-of-pocket costs sustained due to the breach and required Target to implement numerous data security changes going forward.

***In re Premera Blue Cross Customer Data Sec. Breach Litig.*** Secured a $74 million settlement, as a member of the Executive Leadership Committee, on behalf of health insurance customers' whose data was stolen. Premera Blue Cross was aware of their inadequate data security when an employee opened a phishing email, giving hackers access to company data.

***Baker v. ParkMobile, LLC.*** This case asserts that ParkMobile was negligent in allowing attackers to access records of 21 million customers. Consumers sued ParkMobile LLC for a data breach that affected users of the parking app. The ParkMobile app allows users to pay for parking without having to use a traditional meter. The complaint alleges that ParkMobile was negligent in its safeguarding of consumer data, which led to the data breach of users' license plate numbers, email addresses, telephone numbers, passwords, and other mobile app account information. The cases in the Northern District of Georgia have been consolidated and Swathi Bojedla of Hausfeld was appointed to the Plaintiffs' Steering Committee. ParkMobile moved to dismiss arguing that the plaintiffs' negligence claim fails because the company did not have a duty to protect consumer data under Georgia law, and no personal information was affected. In August 2022, however, the court disagreed, holding that ParkMobile did indeed have a legal duty to protect the information that was compromised, and, as such, it was too early in the proceedings to simply accept ParkMobile's premise that sensitive information was not exposed.  In September 2023, Park Mobile again attempted to have the case dismissed in a Motion for Judgment on the Pleadings but the court once again denied most of the Motion dismissing only three of the pending claims. Hausfeld took the lead role on drafting the plaintiffs' class certification motion. As of November 2024, we are awaiting final approval on a $30,000,000 settlement.

***In Re: Post Meds, Inc. Data Breach Litigation***. Hausfeld serves as co-lead counsel, appointed in March 2024, in a data breach case against Post Meds, Inc. an online pharmacy delivery service, was targeted by cybercriminals who stole customers' sensitive information during a breach of its systems in August 2023. Information stolen included pharmacy management files, patient names, medications, and prescribing doctor information. The team has brought action against Post Meds seeking monetary damages, restitution, and/or injunctive relief for a proposed class of individuals whose who allege that the breach exposed users' personally identifying information of hundreds of thousands of patients. As of September 2024, a $7,500,000 settlement of has been reached that is awaiting preliminary approval.

***In re Wawa, Inc. Data Security Litigation.*** Hausfeld serves as court-appointed Interim Co-lead Counsel in In re Wawa Data Security Litigation (No. 19-cv-6019, E.D. Pa.) for a proposed class of financial institutions alleging the convenience-store chain's negligence resulted in a massive data breach, compromising more than 30 million payment cards used at up to 850 store locations on the East Coast.  The card issuers sustained losses from issuing refunds for fraudulent purchases, replacing compromised cards, and monitoring and blocking unauthorized transactions, among other injuries. In May 2022, the Court rejected Wawa's arguments and motion to dismiss Plaintiffs' claims for negligence and injunctive relief. On March 13, 2023, plaintiffs filed for preliminary approval settlement of up to $28.5 on behalf of a class of financial institutions, led by a plaintiff group composed of Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit. Of the $28.5 million settlement, up to $18.5 million will directly compensate financial institutions for card cancellations and replacement costs, up to $8 million will compensate card issuers for fraud losses incurred on affected customer cards, and up to $2 million for other costs incurred by financial institutions from the breach as an alternative to filing another form of claim.

# JAMES J. PIZZIRUSSO

**Partner**
Washington, DC

---

✉ **jpizzirusso@hausfeld.com**

📞 **+1 202 540 7154**

in **LinkedIn**



## OVERVIEW

As a co-founder of the firm, James has led Hausfeld's Data Breach/Privacy and Consumer Protection practice groups since the firm's inception and courts have personally appointed him to leadership positions in dozens of successful class actions. He has diverse practice centering on cybersecurity and privacy law, but also handles cases involving consumer protection, antitrust law (with an emphasis in agriculture), and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

**Clients**

James has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients. Aside from representing consumers suffering from privacy violations and consumer fraud, his clients have included musicians (e.g., Chuck D. of Public Enemy) and professional athletes (e.g., Jim Brown). He has successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

James' distinctive approach to litigation has resulted in recoveries of billions of dollars for his clients and class members.

## EDUCATION

George Washington University Law School, J.D., with honors, 2001
University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

## BAR ADMISSIONS

District of Columbia
The Supreme Court of the United States
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Sixth Court
United States Court of Appeals for the Ninth Court
Several Federal District Courts

# ◢ AFFILIATIONS

ABA Antitrust Law Section's Consumer Protection Committee, Vice Chair (2022-present)
ABA Antitrust Law Section's Competition Torts Committee, Vice Chair (2020-2022)
ABA Antitrust Section's Food & Agriculture Committee, Co-Chair (2017)
ABA Antitrust Section's Food & Agriculture Committee, Vice Chair (2014-2016)
ABA Antitrust Section's Trade, Sports, Professional Associations Committee, Vice Chair (2012- 2013)
George Washington University Law School, Adjunct Professor, Environmental and Toxic Torts (2009)
George Washington University Law School, Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic (2007)
Sedona Conference Data Security and Privacy Liability (Working Group 11) Steering Committee, Appointed Member (2020-2023)

# ◢ WHAT OTHERS SAY

**Chambers and Partners**
- Band 2, Privacy and Data Security: Litigation, 2024
- Band 3, Privacy and Data Security: Litigation since 2021
- Global Guide: Privacy & Data Security: Litigation - USA in 2023 and 2024
- Hausfeld ranked as band 1 in Privacy and Data Security Litigation (nationwide) (the only Plaintiffs' firm in the country to receive a Band 1 ranking)

**Financial Times**
- Shortlisted Hausfeld for the "Innovative Lawyers in Cyber Security and Data Protection" Award

**Law360**
- Hausfeld recognized as "2021 Practice Group of the Year" in Cybersecurity & Privacy
- Cybersecurity & Privacy MVP in 2021 (the only plaintiffs' attorney to receive that distinction)
- Runner up Litigator of the Week in December 2023

**Lawdragon**
- 500 Leading Environmental & Energy Lawyer in 2021
- The Green 500: Leaders in Environmental Law in 2021
- 500 Leading Plaintiff Consumer Lawyers since 2019
- 500 Leading Litigators in America in 2022

**National Law Journal**
- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024
- Class Action/Mass Tort Trailblazer in 2023
- Washington, D.C. Trailblazer in 2020
- Cybersecurity Trailblazer in 2017

**Super Lawyers**
- Super Lawyer, Consumer Law in Washington, DC since 2016

**Who's Who Legal**
- Global Leader, Competition: Plaintiff in 2020 & 2023
- International Who's Who of Competition Lawyers & Economists by the Global Competition Review and Who's Who Legal in 2014.

**Other**

- DC Local Litigation Star from 2013-2015 and Antitrust Litigation Star in 2012 by Benchmark Litigation.
- One of just four Rising Stars under 40, Consumer Protection and Privacy Law in 2012 by Law360.
- James is regularly asked to appear as a speaker at conferences around the country and has presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation.
- Legal 500 - Firms To Watch: Cyber law (including data privacy and data protection)

## EXPERIENCE

### Technology & Data Breach

- *In re Equifax, Inc. Customer Data Sec. Breach Litig.* MDL No. 1:17-md-2800-TWT (N.D. Ga.) (PSC and Settlement Committee) ($500 million settlement with $1 billion in upgraded data security) (largest data breach settlement ever reached)
- *In re T-Mobile Data Security Breach Litig.,* MDL No. 4:21-md-03019-BCW (W.D. Mo.) (Co-Lead Counsel) ($500 million settlement) (second largest data breach settlement)
- *In re: Marriott International Inc., Customer Data Security Breach Litig.,* MDL No. 19-md-2879 (D. Md.) (Co-Lead Counsel) (pending)
- *In re American Medical Collection Agency, Inc. Customer Data Sec. Breach Litig.,* MDL No. 19-md-2904 (D.N.J.) (Steering Committee) ($6.3 million partial settlement) (pending)
- *In re Capital Health Systems, Inc., Data Breach Litig.,* No. 3:23-cv-23234 (D.N.J.) (Co-Lead Counsel) (pending)
- Doe v. Highmark, Inc., No. 2:23-cv-00350-NR (W.D. Pa.) (PSC) (pending)
- *In re LastPass Data Sec. Incident Litig.,* 1:22-cv-12047-PBS (D. Mass.) (Co-Chair of PSC) (pending)
- *In re: Entertainment Partners Data Breach Litig.,* 2:23-cv-06546-CAS-PVC (PSC) ($10M settlement reached)
- *In Re: Overby-Seawell Company Customer Data Sec. Breach Litig.,* MDL No. 1:23-md-03056 (N.D. Ga.) (PSC) ($6M settlement reached)
- *Miller v. NextGen Healthcare, Inc.,* 1L23-cv-02043 (N.D. Ga.) (PSC) (pending)
- *Kolstedt v. TMX Fin. Corp. Serv., Inc.,* 4:23-cv-00076 (S.D. Ga.) (PSC) (pending)
- *In re Enzo Biochem Data Sec. Litig.,* 2:23-cv-04282 (E.D.N.Y.) (Co-Lead) (tentative settlement reached)
- *In re: T-Mobile 2022 Customer Data Sec. Breach Litig.,* 4:23-md-03073-BCW (W.D. Mo.) (Co-Lead) (pending)
- *Silvers v. HCA Healthcare, Inc.,* 3:23-cv-00684 (M.D. Tn.) (Executive Committee) (pending)
- *In re: MOVEit Customer Data Sec. Breach Litig.,* 1:23-md-03083-ADB (D. Mass.) (PSC) (pending)
- *Gordon v. Zeroed-In Technologies, LLC,* 1:23-cv-03284-BAH (D. Md.) (Co-Lead) (pending)
- *Price v. Carnival Corp.,* 3:23-cv-00236-GPC-MSB (S.D. Cal.) (Co-Lead) (pending)
- *Detrixhe v. Integris Health, Inc.,* CJ-2023-7235 (Dist. Ct. Okl. Cty) (Co-Lead) (pending)
- *In re: HealthEC LLC Data Breach Litig.,* No. 2:24-cv-00026-JKS-ESK (D.N.J.) (Plaintiffs' Executive Committee) (pending)
- *In re: Postmeds, Inc., Data Breach Litig.,* No. 4:23-cv-05710-HSG (N.D. Cal.) (Co-Lead) ($7.5M settlement pending)
- *In re Harvard Pilgrim Data Security Incident,* No. 23-11211-NMG (D. Mass.) (Co-Lead) (tentative settlement reached)
- *In re Premera Blue Cross Customer Data Sec. Breach Litig.,* MDL No. 3:15-md-2633-SI (D. Or.) (Executive Leadership Committee) ($74 million settlement)
- *In re Target Corporation Customer Data Security Breach Litig.,* MDL No. 14-25522 (D. Minn.) (Steering Committee on behalf of financial institutions, contested nationwide class certification granted, $60 million settlement approved)
- *In re: Arby's Rest. Group, Inc. Data Security Litig.,* 1:17-cv-514-AT (N.D. Ga.) (Co-Lead) (~$5 million settlement)
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* 1:15-cv-02228 (N.D. Ill.) (Co-Lead) (~$18.5 million settlement)
- *First Choice Federal Credit Union v. Wendy's,* 2:16-cv-00506 (W.D. Pa.) (Plaintiffs' Executive Committee) ($50 million settlement)
- *In re SAV-RX Data Breach Litigation,* 8:24CV204 (D. Neb.) (Co-Lead Counsel)
- *Tanya Owens, et. al, v. MGM Resorts International, et. al.,* 2:23-cv-01480-RFB-MDC (D. Nev.) (Co-Lead Counsel)

## Antitrust/Competition

- *In re Processed Egg Products Antitrust Litig.* – $136 million in settlements reached on behalf of direct purchasers of shell eggs.
- *In re Fresh and Process Potatoes Antitrust Litig.* – $19.5 million settlement reached on behalf of purchasers of potatoes.
- *In re New Jersey Tax Sale Certificates Antitrust Litig.* – $9.5 million settlement on behalf of victims of bid-rigging conspiracy related to tax sale certificates.

## Deceptive Business Practices & Consumer Protection

- *Morris v. Bank of America, N.A.* (Appointed co-lead, $75 million settlement involving excessive overdraft and insufficient funds fees)
- *In re Sony PS3 "Other OS" Litig.* (Appointed co-lead counsel in case involving falsely advertised PlayStations: $4 million settlement)
- *Radosti v. Envision EM/, LLC* ($17.5 million nationwide settlement)
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.* ($8 million nationwide settlement)
- *Brown v. Transurban (USA), Inc.* (Appointed co-lead counsel: nationwide settlement in this case involving excessive toll lane fees)
- *In re Honey Transshipping Litig.* ($4 million nationwide Lanham Act settlement on behalf of honey producers)
- Represented Vital Farms in Lanham Act litigation against competitor resulting in confidential settlement

## Public Entity

We have extensive experience representing public and governmental entities, including state Attorneys General Offices, municipal utility boards, and counties in high-stakes investigations and litigation involving a variety of legal practice areas, including antitrust, consumer protection, financial services, and environmental law. The firm's public entity portfolio includes:

- Retention by state Attorneys General Offices for antitrust litigation against Big Tech platforms.
- Retention by the largest public water supplier in the country relating to environmental contamination.
- Retention by public entities to pursue antitrust claims relating to fraud in financial markets; and
- Retention by the state of West Virginia in one of the earliest cases against the pharmaceutical industry relating to the opioid crisis, filed decades before the current wave of opioid litigation.

## Sports & Entertainment

- *In re Warner Music Group Corp. Digital Downloads Litig.* – Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *James v. UMG Recordings, Inc.* - Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *Dryer v. Nat'l Football League* – $50 million settlement on behalf asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

# MEGAN E. JONES

**Partner**
San Francisco

she/her/hers

✉ mjones@hausfeld.com

📞 +1 415 744 1951

in LinkedIn



## ⟋ OVERVIEW

Megan Jones (@MeganJonesEsq), Co-Chair of the firm's Antitrust practice group, is a California Bay Area-based lawyer who focuses on recovering damages for companies who are victims of antitrust cartels for price-fixing, tying, restraints of trade, and other competition violations. With 19 years of experience in antitrust class actions, Megan is trusted by courts to lead large and complex antitrust cases:

1. In re Local TV Advertising Litigation (Sole Lead counsel)
2. In re Diisocyanates Antitrust Litigation (Co-Lead counsel)
3. In re Beef Antitrust Litigation (Co-Lead Counsel)
4. In re Blue Cross Blue Shield Antitrust Litigation (Plaintiff Steering Committee)
5. In re Marriott International Customer Data Security Breach Litigation (Plaintiff Steering Committee)

Megan is known for her creativity on settlement issues.[1] For example, in In re Municipal Derivatives Antitrust Litigation (S.D.N.Y.), Ms. Jones was co-lead counsel and recovered over $220 million dollars for a class of cities and municipalities. Notably, Ms. Jones co-negotiated several of the settlements obtained in that class with Select State Attorneys General, who trusted class counsel to administer notice and the claims process for the joint proceeds. The American Antitrust Institute recognized this unusual public/private partnership, and awarded Megan (and her team) the "Outstanding Antitrust Litigation Achievement in Private Law Practice" in 2016. Other settlements Ms. Jones negotiated include:

- In re Municipal Derivatives Antitrust Litigation – Resulted in over $200 million on behalf of the class.
- In re Polyester Staple Antitrust Litigation – Resulted in $63.5 million on behalf of class.
- In re Compact Disc Antitrust Litigation – Resulted in over $50 million on behalf of class.
- In re Rubber Chemicals Antitrust Litigation – Resulted in over $100 million on behalf of class.
- In re MMA Antitrust Litigation – Resulted in over $20 million on behalf of class.
- In re EPDM Antitrust Litigation – Resulted in $81 million on behalf of class.
- Megan was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

As one of the few women in the plaintiffs' bar inducted into the Legal 500 Hall of Fame for continued excellence in litigation, Ms. Jones has a national reputation for excellence that has been obtained the old-fashioned way, by trying to be the best team member in the trenches. See "Female Powerbrokers Q&A: Hausfeld's Megan Jones," April 30, 2014; see also Chambers and Partners' description of Ms. Jones as "personable, very smart and capable."  She is known for creating effective multi-firm teams that focus with laser-like precision on the specific litigation strategy designed with input from diverse sources. She is also known for her relentless pursuit of the facts, and is well-regarded for her electronic discovery prowess (speaking and training others on best practices via the prestigious Sedona Conference®).

Whether leading enormous cases with 20+ defendants or small regional matters, Ms. Jones masters the intricacies of economic markets and works with experts to develop economic models for her clients' recovery, which support class certification motions, settlement negotiations, and discovery efforts. Megan prides herself on the ability to create and lead teams of lawyers of any size (having organized teams of 80 law firms, in one particular case) to create a record that either wins the case, drives settlement, and /or obtains a decision upheld at the appellate level. Part of Megan's success is due to her belief in using diverse and inclusive litigation teams, which she has helped foster over a decade by creating and running a conference for women antitrust lawyers to exchange best practices.

Megan is both reasonable and relentless. She carefully chooses her legal battles, and eschews gamesmanship for the sake of gamesmanship. Mindful of scarce judicial resources in complex antitrust cases that can last years, she develops a strategy at the outset about what particular legal issues need judicial attention and clears the board of the rest. She is highly respected from all contingents because she brings that same strategy to settlements, using her almost two decades of negotiation experience from being at Hausfeld to craft settlement strategy and terms in even the most difficult cases. Just one example of this creativity is that in one of her cases, Megan worked with and joined Select State Attorneys General to co-negotiate and jointly settle a class claim on behalf of certain states as well as the civil litigation class.

[1] [1] https://podcast.ourcuriousamalgam.com/episode/48-how-do-you-get-to-the-final-yes/ (ABA's Antitrust Section podcast, featuring Megan Jones, May 2020).

**Clients**

Companies that buy things to make things have typically bought cartelized products, and Megan helps them recover damages for such purchases. Able to analyze a corporation's purchases around the world, Megan can then offer a panoply of options for recovery in multiple jurisdictions. She emphasizes the non- litigation options a corporation has when appropriate, and she is as adept at settling a case in a conference room as she is in a courtroom.

## EDUCATION

University of North Carolina at Chapel Hill School of Law, J.D., 1999
North Carolina State University, magna cum laude, B.A., 1995

## BAR ADMISSIONS

California
District of Columbia
North Carolina

## AFFILIATIONS

American Antitrust Institute, Board of Directors
American Bar Association - Antitrust Section, Appointed Council Member (2021-22)
American Bar Assocation - Antitrust Section's Communications and Digital Technology Industries Committee, Vice Chair
American Bar Association - Antitrust Section's Global Private Litigation Committee Invited Member of the Leadership Team (2019-Present)
American Bar Assocation - Antitrust Section's Global Private Litigation Committee, Vice Chair
American Bar Association - Antitrust Section's Media and Technology Committee, Vice Chair
Forum on Antitrust Litigation, Chairwoman
HiPower Alumni Network, Ring 7
Incubator for Women Leaders, The Club, Silicon Valley
The Sedona Conference®, Member
Women Antitrust Plaintiffs' Attorney Network Group, Founder

# ◢ WHAT OTHERS SAY

**American Antitrust Institute**
- Outstanding Antitrust Litigation Achievement in Private Law Practice, an honor she received as one of the leaders of the In re Blue Cross Blue Shield Antitrust Litigation case team in 2021

**Benchmark Litigation**
- California Litigation Star, Antitrust/Competition since 2021
- Local Litigation Star, Antitrust/Competition since 2021
- Litigation Star, Antitrust/Competition, 2023

"Megan Jones in the San Francisco office has been identified by several peers as 'a leader at Hausfeld now.'" (Benchmark Litigation, Dispute Resolution, 2021)

**Best Lawyers**
- Lawyer of the Year in 2025
- Best Lawyer since 2023
  - Antitrust Law

**Chambers**
- Band 1, Antitrust: Plaintiff - Nationwide since 2021
- Band 1, Antitrust: Mainly Plaintiff - California since 2021
- Band 2, Antitrust: Plaintiff - Nationwide in 2020
- Band 2, Antitrust: Mainly Plaintiff - California in 2019 and 2020

A source reported that, "Megan excels in any project or task she takes on." (Chambers Antitrust: Mainly Plaintiff – California, 2021)

Megan Jones deftly represents plaintiffs in significant anticompetitive disputes. She has expertise in cases concerning price fixing and trade restraints." The publication also noted that "Megan Jones is commended for her expertise in representing corporate plaintiffs in cartel recovery actions. She is further noted for her work leading large class action cases. Sources state that 'Megan is a very good, diligent lawyer who considers the big picture.'" (Chambers Antitrust: Mainly Plaintiff – California, 2020)

Megan is "personable, very smart and really capable," and "well respected at the California Bar for her plaintiff-side antitrust practice." (Chambers Antitrust: Mainly Plaintiff – California, 2019)

**Global Competition Review**
- 'Women in Antitrust' list in 2021
- Litigation of the Year - Cartel Prosecution in 2021: an honor she received as part of the In re Blue Cross Blue Shield Antitrust Litigation case team.

**Law360**
- Titan of the Plaintiffs Bar in 2021
- Female Powerbroker in her field in 2014
- Rising Star, Competition Law in 2012

**Lawdragon**
- 500 Leading Lawyers in America since 2019
- 500 Leading Plaintiff Financial Lawyers since 2019

## ⟋ WHAT OTHERS SAY

**Legal 500**
- Hall of Fame since 2020 – described by the Legal 500 as "including individuals who have received constant praise from their clients for continued excellence."
- Leading Lawyer – Civil Litigation/Class Action: Plaintiff since 2012
- Leading Lawyer – Plaintiffs' Representation for Antitrust since 2012

"Megan Jones is a superstar – creative, thoughtful, dynamic." (Legal 500 US, Antitrust - Civil Litigation/Class Actions, 2024)

"In San Francisco, Megan Jones stands out for her expertise in antitrust cartels, regularly procuring settlements for clients." (Legal 500 US, Antitrust - Civil Litigation/Class Actions, 2021)

**Lexology Index (formerly Who's Who Legal)**
- Thought Leader, USA: Competition, since 2023
- Global Elite Thought Leader, Competition: Plaintiff since 2018
- Recommended, Competition: Plaintiff since 2016
- International Who's Who of Competition Lawyers & Economists by the Global Competition Review and Who's Who Legal in 2014

"Megan is a smart and aggressive plaintiffs' counsel who has led many cases and obtained excellent results." (Who's Who Legal, Competition - Plaintiff 2023)

"The 'incredibly talented' Megan Jones is singled out by peers as 'a true leader' and is widely endorsed as 'one of the very best plaintiff counsel'." (Who's Who Legal, Competition - Plaintiff - Legal Marketplace Analysis, 2022)

"The 'fantastic' Megan Jones is a distinguished figure in the North American competition market. Sources describe her as a 'future leader' of the field who 'is blazing a trail for younger women in the profession,' and is highly respected from all contingents." (Who's Who Legal, Competition - Plaintiff - Legal Marketplace Analysis, 2020)

 A "trailblazer" who is "highly respected from all contingents" with "extraordinary depth of expertise in cartel-related matters." (Who's Who Legal, Competition - Plaintiff - Legal Marketplace Analysis, 2018)

**National Law Journal**
- Firm named an Elite Trial Lawyer Awards winner in the Antitrust category, an honor received as a result of the successful outcome of In re Blue Cross Blue Shield Antitrust Litigation, in which Megan was a case team leader.

**Super Lawyers**
- Super Lawyer, Antitrust Litigation in San Francisco since 2017
- Super Lawyer, Antitrust Litigation in Washington, DC since 2012

**Other**
- Named to the '40 in Their 40s' list of notable women competition professionals by W@ in 2019
- Outstanding Antitrust Litigation Achievement in Private Law Practice: an honor she received by the American Antitrust Institute in 2016
- Nominated Changemaker, White House's United State of Women Summit, 2016
- Selected to speak at the American Bar Association's 8th National E-Discovery Institute in 2014, where nationally-acclaimed e-discovery professionals convened for a full day to analyze and discuss the latest developments and best strategies for managing the e-discovery process.

## ⟋ WHAT OTHERS SAY

**Other**

- 100 Successful Women in Antitrust by the Global Competition Review in 2013
- Named one of just fourteen female 'Equity Champions' by Burford Capital since 2018 – Burford Capital is a leading global finance and investment management firm focused on law, which launched The Equity Project in 2018. This is a groundbreaking initiative designed to help close the gender gap in law by providing an economic incentive for change through a $50 million pool of capital earmarked for financing commercial litigation and arbitration matters led by women.
- Deemed one of the "nation's best lawyers in an MDL" and a "professional problem solver," Transcript of August 30, 2018 Hearing at 23, In re Blue Cross Blue Shield Antitrust Litig., No. 2:13-cv-20000 (N.D. Ala.).

## ⟋ EXPERIENCE

### Antitrust/Competition

- *In re Blue Cross Blue Shield Antitrust Litigation – In which Megan has been appointed to the Plaintiffs' Steering Committee.*
- *In re Local TV Advertising Antitrust Litigation – In which Megan has been appointed Lead Counsel.*
- *In re Diisocyanates Antitrust Litigation – In which Megan has been appointed Co-lead Counsel.*
- *In re Municipal Derivatives Antitrust Litigation – Resulted in over $200 million on behalf of the class.*
- *In re Polyester Staple Antitrust Litigation – Resulted in $63.5 million on behalf of class.*
- *In re Compact Disc Antitrust Litigation – Resulted in over $50 million on behalf of class.*
- *In re Rubber Chemicals Antitrust Litigation – Resulted in over $100 million on behalf of class.*
- *In re MMA Antitrust Litigation – Resulted in over $20 million on behalf of class.*
- *In re EPDM Antitrust Litigation – Resulted in $81 million on behalf of class.*
- *Megan was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.*

# JEANNINE M. KENNEY

**Partner**
Philadelphia

she / her / hers

✉ jkenney@hausfeld.com

📞 +1 215 309 7478

in LinkedIn



## OVERVIEW

Jeannine joined the firm upon its inception in 2009, and her practice focuses primarily on private enforcement of federal and state antitrust laws.

Jeannine brings to her legal work nearly two decades of experience in public policy spanning a wide range of legislative and regulatory fields, including agriculture, food safety, telecommunications, and financial services, among others, advocating for the public interest and consumers. For nearly five years, she worked as a legislative assistant for two United States Senators. As a Senior Policy Analyst for Consumer Reports, she advocated for consumer interests before Congress and federal agencies, testifying before congressional committees, appearing as a speaker at Federal Trade Commission events, and presenting oral and written testimony to federal regulatory agencies. Jeannine also served as an appointed member of two federal advisory committees related to pesticide safety. Between stints at Consumers Union, she served as the Vice President of Domestic Affairs for the National Cooperative Business Association, representing member-owned consumer, producer, and purchasing cooperatives. From 2010 to 2011, Jeannine clerked for the Honorable Cynthia M. Rufe, United States District Court Judge, Eastern District of Pennsylvania.

Jeannine is adept and experienced in managing all aspects and phases of e-discovery, the complex process of discovering and producing electronically stored information (ESI). She routinely navigates detailed, complex and contentious ESI issues from dispute to resolution, including briefing and arguing e-discovery motions when necessary. As a member of the Sedona Conference's Working Group on Electronic Document Retention and Production, Jeannine counsels Hausfeld's litigation teams in negotiations relating to preservation, search, and production of ESI in cases often involving dozens of defendants, negotiates ESI search terms, technology assisted review (predictive coding) methodologies, and database disclosures and productions, and manages complex document reviews using advanced review analytics to speed discovery.

**Clients**
Jeannine's clients run the gamut of industries and include payors of generic drugs, direct purchasers of eggs and potatoes, insurance subscribers, and student athletes, among others.

## EDUCATION

Georgetown University Law Center J.D., magna cum laude, Order of the Coif, 2009
University of Wisconsin-Madison, B.A., Political Science and Economics, with distinction, 1988

# BAR ADMISSIONS

District of Columbia

Commonwealth of Pennsylvania

United States District Court for the Eastern District of Pennsylvania

United States District Court for the District of Columbia

United States Courts of Appeals for the 9th Circuit

United States Courts of Appeals for the District of Columbia

# AFFILIATIONS

Jeannine educates other practitioners on e-discovery realities, serving as a faculty coach to participants in Georgetown University's intensive eDiscovery Training Academy, and speaking at conferences regarding the complexities and ethical quandaries involved in the search for and production of ESI and the importance of cooperation among the parties. Jeannine also uses her antitrust expertise to educate the bar, serving as an instructor for ABA's Antitrust Masters Courts. Affiliations include:

- American Association for Justice Electronic Discovery Committee, Co-Chair
- Arizona State University Arkfeld 2024 eDiscovery Conference, Member, Advisory Committee
- Complex Litigation E-Discovery Forum, Board Member
- Global Advisory Council, Electronic Discovery Reference Model (EDRM), Member
- Georgetown Law Journal (2007-2009)
- Pennsylvania Association for Justice
- Philadelphia Bar Foundation, Board of Trustees
- Sedona Conference Working Group on Electronic Document Retention and Production, Member

# WHAT OTHERS SAY

**Chambers**

USA

- Band 1, E-Discovery & Information Governance: Plaintiffs - Nationwide (2021 - Present)
- Band 4, E-Discovery & Information Governance - Nationwide (2021 - Present)

Global Guide

- E-Discovery & Information Governance – USA (2022 - 2024)

"Noted for her ability to successfully litigate e-discovery matters on behalf of plaintiffs, including in data breaches and antitrust cases, among many others. A source reported, 'She is very tough, very knowledgeable and I really enjoy working with her.'" (Chambers US, E-Discovery & Information Governance, 2021)

**Lawdragon**

- 500 Leading Plaintiff Financial Lawyers since 2019

**Super Lawyers**

- Super Lawyer, Antitrust Litigation in Philadelphia since 2020
- Super Lawyer, Antitrust Litigation in Washington, DC in 2020
- Rising Star, Antitrust Litigation for five consecutive years from 2015-2019

**Other**

- International Academy of Trial Lawyers Student Advocacy Award: an honor given for her work as part of Georgetown University's Appellate Litigation Clinic in 2009.

# ◢ EVENTS

- "Drafting Team Report: Discovery-Related Sanction," The Sedona Conference Group 1, Mid-Year Meeting (April 2024), Panelist
- "Privilege Determinations and Logs: The Elusive Search for an Easy Button," Arizona State University Arkfeld eDiscovery, Law, and Technology Conference (March 2024), Moderator
- "Under Pressure: Adapt Your Ethics Mindset to the Adapting Workplace... or Bite the (Sanctions) Dust," Arizona State University Arkfeld eDiscovery, Law, and Technology Conference (March 2024), Panelist
- "WiE New York | Negotiating ESI Protocols - Panel Discussion - CLE & Dinner," Women in eDiscovery | NYC-Chapter (November 2023), Panelist
- "Discovery Sanctions," AAJ Annual Meeting (July 2023), Panelist
- "eDiscovery" Emerging Issues & Essential Strategies in Class Actions" Epiq's Class of Our Own Women's Summit (May 2023), Panelist
- "Ethical Obligations in ESI Disclosure and Negotiation," The Sedona Conference Working Group 1 Mid-Year Meeting (April 2023), Panelist
- "Latest Policy & Rule Updates," Complex Litigation e-Discovery Forum (March 2023), Discussion Leader
- "Class Certification," and "Pleading and Proving Conspiracy" ABA Antitrust Masters Course (Oct. 2022), Panelist
- "Draft Outline Review: Commentary on Discovery-Related Sanctions" The Sedona Conference Working Group 1 Annual Meeting (October 2022), Panelist
- "Rule 37(e) - Establishing Spoliation and Appropriate Remedies" and "Trust But Verify, But How?" ASU - Arkfeld eDiscovery, Law, and Technology Conference (Oct. 2022), Panelist
- "The Effective Use of Discovery-Related Sanctions" The Sedona Conference Working Group 1 Annual Meeting (October 2021), Panelist
- "Discovery negotiations" ABA Section of Antitrust Law, Civil Practice and Procedure Committee: Discovery Nuts and Bolts Series (June 2021), Panelist
- "The Great Native v. TIFF Debate," Complex Litigation eDiscovery Forum (Oct. 2020), Discussion Leader
- "Reinventing the Privilege Log," Sedona Conference Working Group 1 Annual Meeting (Oct. 2020), Panelist
- "eDiscovery Special Masters: The Good, the Bad, and the Ugly," Arizona State University-Arkfeld eDiscovery, Law and Technology Conference (March 2020), Speaker
- "eDiscovery Negotiation Training (eDNT) program," The Sedona Conference 2020 (Feb. 2020), Faculty
- "Fifth Annual (2019) Judicial Training Symposium," hosted by the Federal Judicial Center and Electronic Discovery Institute (Oct. 2019), Faculty
- "Hot Button Issues in Negotiating ESI Protocols," The Sedona Conference Working Group 1 Annual Meeting (Oct. 2019), Dialogue Leader
- "Hot Topics with ESI Protocols," Complex Litigation E-Discovery Forum (Sept. 2019), Presenter
- "Perspectives on the Impact of the 2015 Rule 25 Amendments," The Duke Law Bolch Judicial Institute's Distinguished Lawyers Conference on Evaluating the 2015 Rule 26 Discovery-Proportionality Amendments and Bolch-Duke Guidelines and Best Practices (June 2019), Panelist
- "TAR Unstuck: Choosing the Right Tool, Using It Wisely, and Negotiating an Effective TAR Protocol," Eighth Annual ASU-Arkfeld eDiscovery and Digital Evidence Conference (March 2019), Panelist
- "eDiscovery Negotiation Training (eDNT) program," The Sedona Conference 2019 (Feb. 2019), Faculty
- "Food Supply Chains: Integration, Globalization, and What it Means for Competition and Stability," American Antitrust Institute Food and Agriculture Competition Roundtable (Dec. 2018), Moderator
- "Fourth Annual Judicial Training Symposium," hosted by the Federal Judicial Center and Electronic Discovery Institute (Nov. 2018), Faculty
- "Fourth Annual Judicial Training Symposium," hosted by the Federal Judicial Center and Electronic Discovery Institute (Nov. 2018), Faculty
- "Coaches Corner," Georgetown University Law Center eDiscovery Training Academy (2016, 2017) Presenter
- "eDiscovery Coach", Georgetown University Law Center eDiscovery Training Academy, (2015- 2017), Faculty

- "Engaging the Disinterested Judge," Georgetown Advanced E-Discovery Institute (Nov. 2017), Panelist
- "Game On: Ethics & eDiscovery," Georgetown Advanced E-Discovery Institute (Nov. 2016), Panelist
- "Agriculture & Food Litigation Roundup: Updates and Perspectives on Active Antitrust Cases in the Agriculture and Food Sectors," American Bar Association (2015 and 2016), Panelist
- "Where Does the Buck Stop? The Latest in Cost Shifting," Georgetown Advanced E-Discovery Institute (Nov. 2016), Panelist
- "Essential Checklist for E-Discovery," D.C. Bar CLE Program (May 2015), Panelist
- "So How Exactly is Plaintiffs' Side E-Discovery Practice Different?," D.C. Bar E-Discovery Committee Meeting (Jan. 2015), Speaker
- "ESI Discovery," NCLC Consumer Class Action Symposium (2013)

## EXPERIENCE

### Antitrust/Competition

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.* – Alleging a conspiracy among leading financial institutions to manipulate the foreign exchange market, in which Hausfeld serves as co-lead interim counsel and has obtained more than $2.1 billion in settlements to date.
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.* – Representing a class of end-payers alleging generic drug manufacturers and marketers conspired to unlawful inflate the price of critical medications. Jeannine serves as a court-appointed member of the Plaintiffs' Steering Committee.
- *In re Domestic Airline Travel Antitrust Litig.* – Alleging major airlines conspired to reduce capacity to artificially inflate the price of domestic air travel, in which Hausfeld serves as interim co-lead counsel.
- *In re Blue Cross Blue Shield Antitrust Litig.* – Representing subscribers alleging dozens of Blue Cross Blue Shield entities entered into an unlawful agreement not to compete, in which Hausfeld serves as co-lead counsel and discovery chair; Jeannine works primarily on e-discovery in the matter.
- In re Processed Egg Products Antitrust Litig. – Representing egg purchasers alleging egg producers and distributors entered into an unlawful agreement to restrict egg supplies, in which Hausfeld served as co-lead counsel and obtained more than $135 million in settlements, secured class certification of a shell egg class, and obtained summary judgment that eliminated a primary affirmative defense.
- In re Fresh and Process Potatoes Antitrust Litig. – Alleging more than 24 potato growers, distributors, and processor defendants entered into an unlawful agreement to restrict potato supplies to inflate the price. Hausfeld chaired the 10-member Plaintiffs' Executive Committee and secured a ground-breaking ruling on a novel question of law undermining a key defense in the case, ultimately obtaining a global settlement of nearly $20 million and significant injunctive relief. Jeannine managed the 20-plus defendant case from discovery through resolution, including all e-discovery matters.

### Technology & Data Breach

- *In re Wawa, Inc. Data Security Litigation* – Jeannine serves as court-appointed Interim Co-lead Counsel in In re Wawa Data Security Litigation (No. 19-cv-6019, E.D. Pa.) for a proposed class of financial institutions alleging the convenience-store chain's negligence resulted in a massive data breach, compromising more than 30 million payment cards used at up to 850 store locations on the East Coast.

**Human Rights**

- *Kiobel v. Royal Dutch Petroleum* – Jeannine and Hausfeld served as counsel to amicus Nobel prize winning economist Joseph E. Stiglitz in support of plaintiffs in Kiobel v. Royal Dutch Petroleum before the Supreme Court of the United States, in which the plaintiffs alleged domestic and foreign corporations aided and abetted torture, rape, and other violations of international human rights committed by the Nigerian government against its people. At issue on appeal to the Supreme Court was, among other issues, whether corporations could be held liable for violation of internationally recognized human rights under the Alien Tort Statute. Amici argued that the economics and policy arguments against such liability were unfounded and that corporate liability would advance rather than deter investment in developing countries and promote compliance with international human rights norms.
- *Nestle v. Doe* – Jeannine and Hausfeld served as counsel to amici Oxfam USA and Columbia University economics professors Joseph Stiglitz and Geoffrey Heal in support of plaintiffs in Nestle v. Doe before the Supreme Court of the United States. Plaintiffs in that case alleged certain corporations aided and abetted forced child labor on cocoa plantations in violation of international human rights norms.  Amici expanded upon the economic arguments in the Stiglitz amicus brief in Kiobel and argued that liability would not deter proactive efforts by corporations to invest in measures designed to prevent human rights violations in their supply chains.

**Sports & Entertainment**

- *In re National Football League Players' Concussion Injury Litigation* – Jeannine served as court-appointed Plaintiffs' Liaison Counsel in and represented hundreds of former NFL players suffering from long-term or permanent neurological or cognitive impairments as a result of head injuries during NFL play and who alleged the League hid from them the serious risks of head trauma.
- *McCants v. National Collegiate Athletic Association, et al.* – Jeannine represented a putative class of former college athletes in who allege the University of North Carolina offered them fraudulent classes and, for decades, concealed that fraud.

# SWATHI BOJEDLA

**Partner**
Washington, DC

`she/her/hers`

✉ sbojedla@hausfeld.com

☎  +1 202 540 7150

in  LinkedIn



## ✦ OVERVIEW

As a partner in Hausfeld's Washington, D.C. office, Swathi has built a diverse and impactful career. She has worked on some of the highest-profile and most comprehensive class action antitrust cases in recent years, recovering over $3 billion in settlement awards for the firm's clients. She represented a class of health insurance subscribers in In re Blue Cross Blue Shield Antitrust Litigation, securing $2.67 billion in settlement and broad injunctive relief to increase opportunities for competition in the healthcare industry. She has also played a key role in significant antitrust matters within the sports industry, particularly concerning players' rights around names, images, and likenesses (NIL). Swathi was instrumental in the landmark O'Bannon v. NCAA trial, which secured class injunctive relief allowing college athletes to receive compensation for their NIL rights, marking a pivotal victory for college athletes that continues to have significant implications.

From initial case investigations through trial, Swathi has represented the firm's clients in all aspects of litigation. Swathi currently serves as Court-appointed Co-Lead Counsel in In re RealPage, Inc., Rental Software Antitrust Litigation, where she represents a class of renters who are alleged to have been harmed by algorithmic price-fixing in the multifamily rental market. Swathi has represented hundreds of patients in wide-ranging healthcare mass torts, and she has also fought for victims of data breaches and privacy violations, challenging retailers, health insurance providers, restaurant chains, and financial institutions for their inadequate security measures.

At Hausfeld, Swathi leads the firm's Community Services Committee and serves on the US Hiring Committee. Prior to joining Hausfeld, Swathi worked on several presidential campaigns and in the U.S. Senate, both for then-Senator Hillary Rodham Clinton and as a law clerk to the U.S. Senate Judiciary Committee.

**Clients**

Swathi has litigated a variety of other cases across the legal spectrum, securing favorable results for her clients. In the antitrust realm, she has represented both individual and class clients in the health insurance, transportation, and financial services sectors seeking to recover damages from price-fixing and market allocation cartels. As an avid sports fan, Swathi has relished the opportunity to represent current and former athletes as they seek fair treatment for the dedication they put into the game.

Swathi has also represented small credit unions, banks, and consumers across the country who have suffered damages as a result of data breaches at companies including Target, Home Depot, Wendy's, and ParkMobile. Through her work on these cases, she has developed an expertise in data breach law and has helped to design and implement unique settlement frameworks in this developing area of law.

## ◢ EDUCATION

Georgetown University Law Center, J.D., 2011
Brown University, B.A., Human Biology & Public Policy, 2007

## ◢ BAR ADMISSIONS

District of Columbia
New York
District Court for the District of Columbia
District Court for the Southern District of New York
Tenth Circuit Court of Appeals

## ◢ AFFILIATIONS

Brown University Alumni Interviewing Program - Washington, D.C., Chair (2012-present)
Brown University Women's Leadership Council, Member (2016-present)
Changing Perceptions, Board of Directors (2016-present)
Georgetown Journal of Law and Public Policy, Managing Editor (2010-2011)
Georgetown Law's Institute for Public Representation, a civil rights clinic, where she previously worked on Title VII litigation in the D.C. District Court
Law360 Sports Editorial Advisory Board, Member (2019)
U.S. Senate Judiciary Committee, Clerk

## ◢ WHAT OTHERS SAY

**American Antitrust Institute**
- Outstanding Antitrust Litigation Achievement in Private Law Practice, an honor she received three times:
  - As part of the In re Blue Cross Blue Shield Antitrust Litigation case team in 2021
  - As part of the In re Municipal Derivatives Antitrust Litigation case team in 2016
  - As part of the O'Bannon v. NCAA case team in 2015

**Benchmark Litigation**
- 40 & Under List since 2023

**Best Lawyers**
- Best Lawyer since 2025
  - Mass Tort Litigation/Class Action - Plaintiffs

**Global Competition Review**
- Litigation of the Year - Cartel Prosecution in 2021: an honor she received as part of the In re Blue Cross Blue Shield Antitrust Litigation case team.
- Litigation of the Year - Non-Cartel Prosecution in 2015: an honor she received as part of the O'Bannon v. NCAA case team.

**Lawdragon**
- 500 Leading Plaintiff Financial Lawyers since 2019
- 500 Leading Litigators in America in 2022
- 500 Leading Plaintiff Consumer Lawyers in 2024
- Litigation Counsel of America
- Selected Fellow since 2019

**Litigation Counsel of America**
Selected Fellow since 2019

**Super Lawyers**
Rising Star, Antitrust Litigation in Washington, DC since 2016

**Other**

- Rising Star Under 40, Sports Law by Law360 in 2016
- Minority Business Leader by The Washington Business Journal in 2016 - an honor held for the top 25 Greater Washington leaders who embody entrepreneurial drive, creativity and success in business.
- Litigation of the Year - Non-Cartel Prosecution: an honor she received by the Global Competition Review as part of the O'Bannon v. NCAA case team in 2015

## EXPERIENCE

### Antitrust/Competition

- *In re Blue Cross Blue Shield Antitrust Litigation* – In one of the largest and most complex antitrust class action cases ever litigated, Swathi represented tens of millions of subscriber plaintiffs alleging higher premiums and loss of competition in the market for health insurance due to a conspiracy among 36 insurer defendants to allocate geographic territories. In November 2020, the Court granted preliminary approval to the proposed settlement agreement resolving the claims of Blue Cross Blue Shield subscribers for $2.67 billion. The settlement was unanimously affirmed by the Eleventh Circuit, and in June 2024, the U.S. Supreme Court declined any further review, paving the way for the distribution of billions of dollars to subscribers nationwide, along with systemic changes to BCBS practices that will create opportunities for more competition.
- *In re Municipal Derivatives Litigation* – Swathi worked as part of a team that secured nearly $250 million in settlements for a class of municipalities affected by alleged bid-rigging in the market for municipal bonds.
- *In re Air Cargo Shipping Services Antitrust Litigation* – Swathi joined the trial team to prepare for trial against the final four defendants in a worldwide conspiracy to fix fuel surcharge on air cargo; her work assisted in driving settlements with the final defendants totaling nearly $200 million. In 2016, she was recognized for her work in this, and the above-mentioned Municipal Derivatives case, at the American Antitrust Institute Enforcement Awards, where she won two of the three awards for "Outstanding Antitrust Litigation Achievement in Private Law Practice."

### Environmental & Product Liability

- *Bowman et al. v. St. Joseph's Medical Center et al.* – Swathi participated in a mass tort action arising from the placement of unnecessary stents in patients at a Baltimore-area hospital, which culminated in a month-long jury trial in Maryland state court and a global resolution compensating over 240 affected patients.

### Sports & Entertainment

- *Dryer et al. v. National Football League* – Swathi represented a class of retired NFL players whose names, images, and likenesses were being used in NFL Films features. She was involved in negotiating a $50 million settlement agreement, which created a Greater Good Fund to provide health and welfare programs to former NFL players and also established a licensing agency, in partnership with IMG, to help former players market their names, images, and likenesses. After this novel settlement was reached, Swathi continued to advise the Court-appointed Board of Directors on implementation of the settlement agreement.
- *O'Bannon v. NCAA* – Swathi represented a class action on behalf of current and former Division I men's basketball and FBS football players against the NCAA and its member institutions based on rules foreclosing athletes from receiving compensation for the use of their names, images, and likenesses. In 2014, plaintiffs completed a three-week bench trial in which Swathi was part of a trial team that successfully obtained class injunctive relief allowing college athletes to receive compensation for their NIL rights, a landmark victory for college athletes.

**Technology & Data Breach**

- *In re Premera Blue Cross Customer Data Breach Litigation* – Represented Premera health insurance customers whose confidential medical information was accessed during an extended breach. A $74 million settlement including a $32 million settlement fund was granted final approval in March 2020.
- *In re Arby's Restaurant Group, Inc. Data Security Litigation* – Representing financial institutions who were forced to cancel compromised cards, issue refunds due to fraudulent transactions, stop and block unauthorized transactions on their customers' accounts, and increase fraud monitoring because of the breach. A $5 million+ settlement was preliminarily approved in March 2020.
- *First Choice Federal Credit Union v. The Wendy's Company et al* – Represented financial institutions who have had to pay to replace credit cards and cover fraud losses sustained by customers as a result of a data breach at Wendy's franchisees. A $50 million settlement was granted final approval in November 2019.
- *In re The Home Depot, Inc. Customer Data Breach Litigation* – Represented financial institutions who had to pay to replace credit cards and cover fraud losses sustained by customers as a result of a data breach at Home Depot affecting 56 million people. A $25 million settlement was granted final approval in September 2017.
- *In re Target Corporation Customer Data Security Breach Litigation* – Represented financial institutions who had to pay to replace credit cards and cover fraud losses sustained by customers as a result of a data breach at Target which exposed 40 million debit and credit card accounts. This case resulted in a ground-breaking $60 million+ total settlement.

# TIMOTHY S. KEARNS

**Partner**
Washington, DC

he/him/his

✉ tkearns@hausfeld.com

📞 +1 202 540 7227

in LinkedIn



## ◢ OVERVIEW

Timothy has substantial experience representing both plaintiffs and defendants, through trial if necessary, providing him with greater insight into the benefits and risks that matter most to clients. His experience encompasses a varied practice of antitrust litigation, False Claims Act/whistleblower litigation, securities litigation, commodities litigation, and other complex commercial litigation. His efforts have helped his clients recover more than $2.5 billion in settlements.
Timothy regularly handles matters involving complex financial instruments and heads the firm's investigation of matters under securities and commodities laws.

Working towards a diverse, equitable, and inclusive world is paramount to Timothy who is an active member of our Racial Justice working group.

**Clients**

Timothy's clients include individual investors, investment funds, and multinational corporations. His dedication to helping clients realistically assess their options before and throughout litigation and his tenacity in securing a result, through appeal if necessary, help to ensure exceptional outcomes for his clients.

## ◢ EDUCATION

Cornell Law School, J.D., 2006
Iowa State University, B.A., 2003

## ◢ BAR ADMISSIONS

Delaware
District of Columbia
United States District Court for the District of Delaware
United States District Court for the Eastern District of Wisconsin

## ◢ AFFILIATIONS

American Bar Association, Member
American Constitution Society, Member
Society for American Baseball Research, Member

## / WHAT OTHERS SAY

**Global Competition Review**
- Cartel Prosecution of the Year: an honor he received as part of the In re Foreign Exchange Benchmark Rates Antitrust Litigation case team in 2016.

**Legal 500**
- Named a "heavyweight practitioner" in Antitrust in 2018

**Super Lawyers**
- Rising Star, Antitrust Litigation in Washington, DC in 2016
- Rising Star, Securities Litigation in Washington, DC in 2014 and 2015

## / EXPERIENCE

### Antitrust/Competition

- *In re Foreign Exchange Benchmark Rates Antitrust Litigation*– Timothy represented market participants in the foreign exchange market against international banks alleged to have fixed the price of foreign exchange instruments, securing settlements with 15 major financial institutions amounting to more than $2.3 billion.
- *In re Atlantic Farm-Raised Salmon Antitrust Litigation* - Timothy represented direct purchasers of Atlantic farm-raised salmon and secured a $85 million global settlement with all defendant fish producers.
- *In re HIV Antitrust Litigation* – Timothy represents direct purchasers of HIV drugs from a case alleging an anticompetitive "pay for delay" between drug manufacturers.
- *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd.*– Timothy represented two corporate defendants against allegations of antitrust violations within the global freight forwarding industry.

### Commercial & Financial Disputes

- *MTB Investment Partners, LP v. Siemens Hearing Instruments, Inc.* – Timothy secured a securities fraud settlement that returned more than 115% of recognized losses after attorneys' fees and expenses to former shareholders in HearUSA, Inc.
- Timothy secured two favorable settlements for an Asian bank in litigation arising out of the bank's investment in collateralized debt obligations.
- Timothy represents whistleblowers and qui tam plaintiffs in confidential actions asserting wrongdoing by financial institutions and other major global corporations.

### Pro Bono

- *Doe v. Indian River School District* - prior to joining Hausfeld – Timothy represented Jewish families alleging discrimination in Delaware public schools, ultimately securing appellate unanimous reversal of the district court's decision upholding school board prayer practices and denial of certiorari by the United States Supreme Court.

# Steven M. Nathan

**Of Counsel**
New York

`he / him/ his`

✉ snathan@hausfeld.com

📞 +1 646 357 1194

in LinkedIn



## ◢ OVERVIEW

Steve's work focuses on complex antitrust and cybersecurity litigation. Steve handles key roles in each of his matters, from taking on case initiation and discovery, to ensuring that case teams are prepared to handle all issues that may arise.

Steve has worked on dozens of cybersecurity and privacy cases, including large MDLs, and he has successfully collaborated with hundreds of lawyers working with and under him as he oversaw discovery and similar efforts. Steve currently serves in leadership roles for a number of cases, including as co-lead counsel in the consolidated IBM/Johnson & Johnson Data Breach case; on the Plaintiff's Steering Committee in the In re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping litigation; as Co-Chair of Plaintiff's Discovery in the In re: Samsung Customer Data Security Breach Litigation case; on the Plaintiffs' Interim Executive Committee in the Curd v. Spirit Airlines, Inc. case; and on the Plaintiff's Steering Committee in the In re Independent Living Systems Data Breach Litigation case.
In addition, cases in which Steve has played a significant role include: In re: T-Mobile Customer Data Security Breach Litig. ($500 million settlement, conducted initial lead plaintiff vetting and secured named class representatives' approval of proposed settlement, assisted with class counsel fee and appellate briefing); In re: Marriott International Inc., Customer Data Security Breach Litig., (class certified; assisted in negotiating ESI protocol and defendant custodians to be searched, briefed and argued confidentiality designation motions, assisted with appellate briefing); In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litig. (partial settlement pending); In re: Equifax, Inc. Customer Data Security Breach Litig. ($500 million settlement to consumers with $1 billion in upgraded data security; conducted initial lead plaintiff vetting and secured named class representatives' approval of proposed settlement); In re: Arby's Rest. Group, Inc. Data Security Litig. (~$5 million settlement); In re: Target Corporation Customer Data Security Breach Litig. (nationwide class certification granted with $60 million settlement approved; oversaw offensive discovery and document review).

Steve has also worked across the bar with other cybersecurity lawyers representing defendants to advance the law on these issues and is currently a member of Sedona's Working Group 11 on Data Security and Privacy Liability. Steve also represents clients in civil investigations initiated by State Attorneys General. Steve's early legal career was spent primarily practicing business, securities, and administrative litigation as an Associate in Am Law 100 firms in New York and Los Angeles. Through this work, he honed his legal skills and began to focus on sophisticated antitrust and securities fraud cases. In the area of administrative law, Steve assisted in obtaining a precedent-setting interpretation of liability provisions of the Federal Aviation Regulations to the benefit of a major firm client.
Steve serves as a mentor to newer attorneys, helping to ensure that our firm and our co-counsel continue to achieve outstanding results for our clients.

**Clients**

Steve represents competitors and customers in antitrust and competition matters. In cybersecurity and data breach cases, Steve represents both payment card issuer and consumer classes in the most substantial cybersecurity and data breach cases resolved and currently being litigated.

## EDUCATION

Queens College, MS.Ed., May, 2006
Hofstra University School of Law, J.D., with distinction, 1987
Queens College, B.A., 1984

## BAR ADMISSIONS

California
New York
United States Court of Appeals, Third Circuit
United States Court of Appeals, Fourth Circuit
United States Court of Appeals, Seventh Circuit
United States Court of Appeals, Eighth Circuit
United States Court of Appeals, Ninth Circuit
Judicial Panel on Multidistrict Litigation
Numerous District Courts

## AFFILIATIONS

Hofstra Law Review, Member (1985-1986)
Hofstra Law Review, Research Editor (1986-87)
Hofstra Law Fellows Program, Chair (1986-87)
The Sedona Conference, Working Group 11 (Data Security and Privacy Liability)

## WHAT OTHERS SAY

**National Law Journal**
- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024

## EXPERIENCE

### Technology & Data Breach

- In re Target Corporation Customer Data Security Breach Litigation – Hausfeld filed and favorably settled cases on behalf of payment card issuing financial institution plaintiffs against Target Corporation, stemming from, what was then, one of the largest data breaches in U.S. history.
- In re Equifax, Inc., Customer Data Security Breach Litigation – Hausfeld was appointed to serve on the Plaintiffs' Steering Committee representing consumer plaintiffs where over 145 million Americans were impacted by one of the largest data breaches in history.
- In re Marriott International Inc., Customer Data Security Breach Litigation - Representing a class of plaintiffs as against hotel chain Marriott and its data security vendor Accenture. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.
- In re: T-Mobile Customer Data Security Breach Litigation MDL - Representing a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

## Antitrust/Competition

- In re Foreign Exchange Benchmark Rates Antitrust Litigation – Hausfeld represents parties that engaged in over-the-counter foreign exchange ("FX") transactions with the world's largest banks and their affiliates and investors who entered into FX transactions through domestic exchanges. This class action lawsuit alleges that these banks colluded to fix and manipulate the prices of FX transactions.

- In re Libor-Based Financial Instruments Antitrust Litigation – Hausfeld is Co-Lead Counsel in a class action lawsuit alleging a global conspiracy by some of the world's largest banks to manipulate the London InterBank Offered Rate (referred to as LIBOR).

- In re Air Cargo Antitrust Litigation – It was alleged that major international cargo airlines from around the world conspired to inflate the price of shipping goods by air. This lawsuit has resulted in more than $2.3 billion in settlements on behalf of U.S. investors.

# NICK MURPHY

**Of Counsel**
Washington, DC

✉ nmurphy@hausfeld.com

☏ +1 202 849 4143



## ◢ OVERVIEW

Nick is Of-Counsel in the Washington, D.C. office of Hausfeld LLP. Nick is an experienced litigator with over fifteen years of civil and criminal litigation experience in the government and private sector who has successfully first and second chaired numerous trials to guilty verdict.He has extensive experience leading every phase of litigation, from initial case investigation and pleading, to discovery management, dispositive motion practice, settlement negotiation, fact and expert witness development, trial, and appeal. Much of this experience was borne from Nick's six years in the Eastern District of Virginia's (Alexandria Division) "rocket docket," where he prosecuted complex criminal matters under accelerated time frames. His experience also includes litigating complex antitrust, technology, and cybersecurity litigation and data breach incidents. Nick is well-versed in all sides of complex litigation, having represented the United States and both defendants and plaintiffs in a wide-variety of high-stakes criminal, commercial, technology, and data privacy matters at all stages of litigation.  Nick has been recognized with multiple awards and an Outstanding Service Commendation by the Attorney General for his successful advocacy on behalf of some of our most vulnerable populations during his time as a prosecutor for the United States Department of Justice. As a member of Hausfeld's pioneering cybersecurity practice, Nick is committed to advancing the law on behalf of vulnerable victims concerning issues of technology, privacy, and data security.

Prior to representing clients in private practice, Nick served for 6 years as an Assistant United States Attorney in the United States Attorney's Office for the Eastern District of Virginia's Alexandria Division, where he investigated and prosecuted violent crimes and civil rights crimes, including investigations involving the use of wire-taps and translating, decoding and interpreting surreptitious communications related to large-scale trafficking of firearms and narcotics. Nick also served as the Alexandria Division's Project Safe Neighborhood coordinator, which is a federal program devoted to reducing violent crime.

Prior to joining the USAO, Nick served for 7 years as an Honor's Program Trial Attorney in the Department of Justice's Civil Rights Division. He worked on criminal matters in the Criminal Section, focused on hate crimes and police misconduct, and worked on civil matters in the Educational Opportunities Section, focused on desegregation, Title IX equality, bullying and harassment, and the school to prison pipeline. Representative matters from his time at DOJ include the investigation of Dylann Roof for the murders of African-Americans at a church in Charleston, the investigation, prosecution, and conviction at trial of a sheriff's deputy for the use of excessive force on a detainee, and the investigation and entry of a consent decree with City of Philadelphia Public Schools to resolve bullying of Asian-American students at a local high school.

Nick received his Bachelor of Arts degree in Government from Dartmouth College and his law degree from the University of Pennsylvania Law School, where he served as an editor on the Law Review. After law school, Nick clerked for the Honorable Petrese B. Tucker of the United States District Court for the Eastern District of Pennsylvania.

Working towards a diverse, equitable, and inclusive world is paramount to Nick who is an active member of our Racial Justice working group and Diversity, Equity, and Inclusion committee. He is also a frequent speaker on issues relating to civil rights and government investigations.

**Clients**

Nick represents clients seeking recoveries for antitrust and consumer protection violations in complex civil litigations.

# EDUCATION

University of Pennsylvania Carey Law School, J.D., 2008
Wharton School of Business, Certificate in Business Economics and Public Policy, 2008
Dartmouth, B.A., Government, 2002

# BAR ADMISSIONS

District of Columbia
New York
United States District Courts for the Eastern District of New York
United States District Courts for the District of Columbia
United States Court of Appeals for the Fourth Circuit

# AFFILIATIONS

American Bar Association - Antitrust Section, Member (since 2024)

# WHAT OTHERS SAY

FBI Service Award, 2019, USAO EDVA
Attorney General Special Achievement Award, 2010 and 2014, DOJ Civil Rights Division
Attorney General Outstanding Service Commendation, 2011, DOJ Civil Rights Division

# EXPERIENCE

**Antitrust/Competition**
- *In re Apple Inc., Smartphone Antitrust Litigation* – Hausfeld represents a class of direct purchasers seeking recovery for alleged monopolization of smart phones.

# ASHLEY M. CROOKS

**Counsel**
New York

she/her/hers

✉ acrooks@hausfeld.com

📞  +1 646 508 9126

in  LinkedIn



## OVERVIEW

Ashley is Counsel in Hausfeld's New York office with a practice focus in cybersecurity and data privacy litigation.

As a member of Hausfeld's pioneering cybersecurity practice, Ashley is committed to advancing the law on issues surrounding technology, privacy, and data security. She is well-versed in both sides of complex litigation, with experience representing both individual and corporate clients in a variety of high-stakes commercial, mass tort, and data privacy matters in state and federal courts across the country. Ashley began her legal career at a large international law firm, where she served on national counsel teams in consolidated mass tort proceedings and multidistrict product liability litigation. Prior to joining Hausfeld, Ashley also worked for a litigation boutique in Brooklyn, NY, specializing in commercial and financial disputes.

Ashley has extensive experience in nearly every phase of complex litigation, from initial investigations and pleading, to discovery management, dispositive motion practice, settlement negotiation, fact and expert witness development, trial, and appeal. She also has significant experience in early assessment and resolution of cases, including group settlement administration.

Ashley earned her J.D. from Georgetown Law in 2015, where she served as a Legal Research and Writing Fellow and Articles Editor for the American Criminal Law Review.

## EDUCATION

Georgetown University Law Center, J.D., *cum laude*, 2015
The University of Texas at Austin, B.A., *high honors*, 2010

## BAR ADMISSIONS

New Jersey
New York
Texas

## AFFILIATIONS

American Bar Association, Member (2023 - present)
National Asian Pacific American Bar Association, Member (2023)
New York State Bar Association (2020)
State Bar of Texas (2015)

## WHAT OTHERS SAY

**National Law Journal**

- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024

# RENNER K. WALKER

**Of Counsel**
New York

 rwalker@hausfeld.com

 +1 646 362 3075

 LinkedIn



## / OVERVIEW

Renner is Of Counsel in Hausfeld's New York office. He is a dynamic litigator, whose practice focuses on pursuing justice for plaintiffs in a wide range of complex cases involving natural resources, environmental justice, civil and human rights, toxic torts, antitrust, consumer protection, and cybersecurity. He also maintains a strong public entity practice, representing state governments and one of the largest water authorities in the United States in environmental litigation.

Recently, Renner served as a key part of Hausfeld's team in In re: T-Mobile Customer Data Security Breach Litigation. The team secured a $500 million settlement for a class of more than 76 million victims of T-Mobile's 2021 data breach.

Before joining Hausfeld, Renner worked at a prominent national plaintiffs' civil litigation firm, where he represented thousands of children who were lead poisoned in the Flint Water Crisis. He was the firm's primary appellate and complex motion attorney, briefing and arguing a wide array of dispositive, jurisdictional, evidentiary, and Daubert motions in both trial and appellate courts across the country.

Previously, he served as an Assistant Attorney General in the Iowa Attorney General's Office, where he practiced environmental, administrative, and constitutional law. He advised administrative agencies and litigated cases involving novel issues of constitutional, statutory, and regulatory law, all while maintaining a busy administrative prosecution docket. He began his legal career by serving as the judicial law clerk to the Honorable Mark S. Cady, Chief Justice of the Iowa Supreme Court.

Renner earned his J.D. with highest honors in 2012 from Drake University Law School, where he was elected to the Order of the Coif and the Order of the Barristers, served on the Editorial Board of the Drake Law Review, and captained Drake's environmental law moot court team. In 2017, he held a graduate research fellowship in environmental law at the Elisabeth Haub School of Law at Pace University, where he also earned an LL.M. in Environmental Law, summa cum laude.

In 2023, Renner was recognized in the Bold Award category, an award given to those persons who have demonstrated a fearless approach to litigation or problem solving, one of five award categories that make up the Hausfeld Values Awards, an annual recognition program that highlights the achievements of Hausfeld team members based on their significant contributions made and results achieved over the prior calendar year. His tireless work on behalf of plaintiffs was recognized in 2024, when he was named a Rising Star of the Plaintiff's Bar by the National Law Journal.

**Clients**

Renner has represented clients in federal, state, and administrative courts across the country. He represents individuals, governments, and businesses seeking justice. Some of his current and former clients include one of the largest water authorities in the country against chemical companies who manufactured 1,4-dioxane, farmers who were sold defective crop treatments, whistleblowers who warn of dangerous products and fraudulent practices, children who were poisoned by lead in drinking water, workers harmed by defective products, and state administrative agencies responsible for protecting the environment and public health.

## EDUCATION

Pace University Elisabeth Haub School of Law, LL.M. Environmental Law, summa cum laude, 2017
Drake University Law School, J.D., highest honors, Order of the Coif, Order of the Barristers, 2012
University of Iowa, B.A., Philosophy, English and History, 2007

## BAR ADMISSIONS

New York
California
New Jersey
Iowa (inactive)
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, Northern District of New York
U.S. District Court, Eastern District of Michigan
U.S. District Court for the District of New Jersey
U.S. Court of Appeals, Sixth Circuit

## AFFILIATIONS

American Bar Association - Section on Environment, Energy, and Resources, Member

## WHAT OTHERS SAY

**National Law Journal**
- Elite Trail Lawyers - Rising Stars of the Plaintiffs Bar in 2024

**Super Lawyers**
- Rising Star 2020-2023
  - Class Actions and Mass Torts
  - Environmental Litigation
  - Civil Rights
  - Consumer Law

Justice David and Madonna Harris Award (2012) which was awarded to "the Drake Law School graduating senior who, in the opinion of the faculty, demonstrates the greatest promise as an advocate, a public servant and a practitioner."

Iowa State Bar Association Graduating Senior Award (2012) which was awarded to "the member of the graduating law class who exhibited in attitude, ability, and service those qualities which make up the most probable successful future leader of the Bar."

## EXPERIENCE

### Environmental and Product Liability

- *SCWA v. Dow, et al.* – Environmental case on behalf of the largest public water supplier in the country against the manufacturers and distributors of products containing toxic chemicals for contamination of the local public drinking water.
- *Boothe Farms, Inc. et al. v. The Dow Chemical Co. et al.* – Renner represented a putative class of farmers who purchased and applied a defective herbicide on their rice fields, suffering substantial yield losses.
- *Attorney General of the State of New Jersey, et al. v. Dow Chemical Co., et al.* – Environmental litigation on behalf of the State of New Jersey against the manufacturers of the toxic chemical 1,4-dioxane for contamination of the State's natural resources and drinking water supply, as well as deceptive and fraudulent business practices regarding the sale of 1,4-dioxane products to industrial facilities and New Jersey consumers.

### Technology & Data Breach

- *In re: T-Mobile Customer Data Security Breach Litigation MDL* – Representing a class of plaintiffs, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

### Commercial & Financial Disputes

- *Commonwealth of Virginia, ex. rel. Joshua Harman, v. Trinity Industries, Inc.* – Renner represents a whistleblower who has brought claims on behalf of the Commonwealth of Virginia alleging fraudulent sales of guardrail end terminals in violation of Virginia's Fraud Against Taxpayer's Act.

### Antitrust/Competition

- *In re Automatic Card Shufflers Litigation* – Represents a class of casino operators that purchased automated deck shufflers at an artificially high price because of defendants' monopolization of the market through abuse of the patent system and judicial process to exclude and drive out competitors.

# IAN J. ENGDAHL

**Associate**
Washington, DC

he / him/ his

✉ iengdahl@hausfeld.com

📞 +1 202 849 4772



## ◢ OVERVIEW

Ian litigates complex antitrust, consumer-protection, and data-privacy matters on behalf of consumers and other plaintiffs. Ian's practice focuses on high-stakes and high-impact class-action litigation, often at the crossroads of law and technology. Ian's efforts have helped his clients recover more than $3 billion in settlements.

As a core member of the firm's Technology and Data Breach practice group, Ian leverages his sophisticated understanding of technology and data-privacy issues to achieve pathbreaking results for consumers in data-privacy matters. Ian has represented consumers in some of the largest data-breach class actions to date, including *In re Marriott International Inc. Customer Data Security Breach Litigation*, *In re T-Mobile Data Security Breach Litigation*, and *In re Equifax, Inc. Customer Data Security Breach Litigation*. Ian also represents consumers in several biometric privacy cases.

In his antitrust practice, Ian has taken on the world's largest banks, Big Tech, and the pharmaceutical industry. He was part of the team that secured settlements of more than $2.3 billion from global banks for price-fixing in the foreign exchange market. He currently represents an app developer startup in litigation against Facebook for monopolizing the social networking market and end-payors in litigation against generic drug manufacturers for price-fixing of generic drugs. Ian has also achieved exceptional results for individual clients in opt-out litigation.

In his consumer-protection work, Ian has helped consumers recover nearly $100 million in settlements from banks and retailers that impose improper junk fees.

Ian maintains an active amicus practice and advocates for robust data-privacy and fraud protections for consumers. He authored an amicus brief for the Electronic Frontier Foundation, arguing for broad recognition of data-privacy harms in a Supreme Court case testing the boundaries of Article III standing. He is a member of the Sedona Conference Working Group 11, which advances the law on issues surrounding technology, privacy, artificial intelligence, and data security.

Ian serves on the firm's Technology Committee, Social Inclusion Committee, and Summer Associate Committee.

## ◢ EDUCATION

Georgetown University Law Center, J.D., cum laude, 2018
Rhodes College, B.A. in Political Economy, cum laude, 2012

## / BAR ADMISSIONS

District of Columbia
U.S. District Court for the District of Columbia
U.S. District Court for the District of Maryland
United States Court of Appeals, Fourth Circuit

## / AFFILIATIONS

American Association for Justice, Member (2024 - Present)
American Bar Association, Member
Georgetown Journal on Poverty Law & Policy, Managing Editor (2017-2018)
Public Justice, Member (2024 - Present)
The Sedona Conference, Working Group 11, Member

## / WHAT OTHERS SAY

**Algernon Sydney Sullivan Award**
- Recipient of the Algernon Sydney Sullivan Award for Character and Commitment to Public Service in 2013
- One nominator wrote, "When one thinks of who Algernon Sydney Sullivan may have been as a young man, Ian Engdahl comes to mind. Not only do these two men share a love of the art of oratory and a passion for law and justice, but the philosophy of both revolves around making better the lives of others even before themselves."

## / EXPERIENCE

### Antitrust/Competition

- *In re Foreign Exchange Benchmarks Rates Antitrust Litigation* – Hausfeld represented market participants in the foreign exchange market against international banks alleged to have fixed the price of foreign exchange instruments, securing settlements with 15 major financial institutions amounting to more than $2.3 billion.
- *In re Diisocyanates Antitrust Litigation* – Represents a class of direct purchasers of the industrial chemicals methylene diphenyl diisocyanate (MDI) and toluene diisocyanate (TDI) in claims against major industrial suppliers for conspiring to artificially inflate prices in violation of federal antitrust law.
- *Phhhoto, Inc. v. Meta Platforms, Inc. (F/K/A Facebook, Inc.)* – Hausfeld represents PHHHOTO Inc., an upstart photo app that alleges Facebook engaged in an anticompetitive course of conduct to force PHHHOTO out of business.
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.* – Hausfeld represents a class of end-payers alleging generic drug manufacturers and marketers conspired to unlawfully inflate the price of critical medications.

### Commercial & Financial Disputes

- *Morris v. Bank of America, N.A.* - Hausfeld represented a class of consumers harmed by Bank of America's improper fees on overdraft and insufficient-funds transactions resulting in a $75 million settlement.
- *McNeil v. Capital One* - A class action on behalf of consumers harmed by Capital One's improper overdraft and insufficient-funds fees, resulting in a $16 million settlement.

## Technology & Data Breach

- *In re: Marriott International Inc., Customer Data Security Breach Litig., MDL No. 19-md-2879 (D. Md.)* - Representing a class of plaintiffs against hotel chain Marriott and its data security vendor Accenture. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.
- *In re T-Mobile Data Security Breach Litig., No. 4:21-md-03019-BCW (W.D. Mo.)* - Representing a class of plaintiffs whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.
- *In re Equifax, Inc. Customer Data Sec. Breach Litig., No. 1:17-md-2800-TWT (N.D. Ga.)* - Hausfeld represented consumer plaintiffs in one of the largest data breaches in history, resulting in a $500 million settlement with $1 billion in upgraded data security.

# MANDY BOLTAX

**Associate**
Washington, DC

`she/her/hers`

✉ mboltax@hausfeld.com

📞 +1 202 748 8164



## ◢ OVERVIEW

Mandy's practice focuses on holding powerful institutions to account in complex civil litigation matters involving antitrust, competition, privacy, and civil and human rights disputes. Mandy earned her J.D. from Duke University School of Law, where she was an academic writer and legal historical researcher, with a focus on the civil rights era, the pernicious conservative origins of the Chicago School Economics and its impact on the American antitrust doctrine, and race, poverty, and law. Additionally, Mandy externed as a judicial law clerk at the U.S. District Court for the District of Columbia with the Honorable Royce C. Lamberth.

Before law school, Mandy worked for several years as a full-stack software engineer, programming mobile and web applications. She worked with several small tech start-ups, tackling diverse issues, such as food justice and sustainability, educational access, and animal welfare.

In 2023, Mandy was recognized in the Unconventional Award category, an award given to those persons who stand out from the pack by taking a different approach to litigation or problem-solving, one of five award categories that make up the Hausfeld Values Awards, an annual recognition program that highlights the achievements of Hausfeld team members based on their significant contributions made and results achieved over the prior calendar year.

Working towards a diverse, equitable, and inclusive world is paramount to Mandy who is an active member of our LGBTQ+ Alliance working group.

## ◢ EDUCATION

Duke University School of Law, J.D., 2022
Binghamton University, State University of New York, B.S., Computer Science, B.A. Creative Writing, 2015

## ◢ BAR ADMISSIONS

District of Columbia
Oregon

## ◢ AFFILIATIONS

American Bar Association - Antitrust Section, Member (2022)

Duke Center on Law and Technology, Access to Justice Technology Fellow (2020)

Duke Law Anti-Racism Project, Student Leader and Co-Founder (2020-2021)

National Lawyers Guild, Legal Observer (2020-2022)

The Beat Within at Rivarde Juvenile Detention Center, Workshop Leader and Community Outreach Coordinator (2018-2019)

## ◢ WHAT OTHERS SAY

**National Law Journal**

- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024

## ◢ EXPERIENCE

### Antitrust/Competition

- *In re LIBOR-Based Financial Instruments Antitrust Litigation* – In which a certified class of purchasers of over-the-counter (OTC) financial instruments with interest payments tied to the London Interbank Offering Rate (LIBOR) are challenging the collusive manipulation of U.S. Dollar LIBOR by the world's largest financial institutions. The collusion is claimed to have suppressed the U.S. Dollar LIBOR rate, which allowed the defendant banks to benefit financially to the detriment of their counterparties in OTC financial instruments such as swaps and bonds. The case has resulted in $590 million in settlements with four banks (Barclays, Citibank, HSBC, and Deutsche Bank), and continues against the remaining thirteen defendant banks.
- *In Re: RealPage, Inc., Rental Software Antitrust Litigation* – Hausfeld serves as co-lead counsel in the federal antitrust class action against RealPage, Inc. and several of their property management clients, alleging that the Defendants, some of the largest owners and managers of rental real estate in the United States, conspired to use RealPage's so-called "revenue management" service to set rental prices and restrict the supply of available rental units in major metropolitan areas across the United States.

# EMMA F. BLAKE

**Associate**
San Francisco

`she/her/hers`

✉ eblake@hausfeld.com

📞 +1 415 800 0533



## ⟋ OVERVIEW

Emma is an Associate in Hausfeld's San Fransisco office working on antitrust, environmental, and consumer protection matters.

While in law school, Emma was a Summer Associate at Hausfeld where she assisted on climate change and antitrust matters. She also externed for the U.S. Department of the Interior, Pacific Northwest Regional Solicitor's Office, where she assisted attorney-advisors in ongoing litigation and other matters, and for California Indian Legal Services, where she helped a Tribe update its constitution and petition for federal recognition. Emma also researched legal questions related to the legislative history of the General Allotment Act, protections for Tribal cultural resources under the California Environmental Quality Act, and procedural requirements for individual Indians bringing suit against the federal government, and published a student note on federal-Tribal co-management of national monuments and other public lands. Prior to joining Hausfeld in November 2023, Emma spent a year clerking for Judge Jason Gist in Kenai Superior Court in Alaska.

## ⟋ EDUCATION

University of California, Berkley, School of Law, J.D., 2022
Brown University, B.A. Health Policy & Human Biology, 2015

## ⟋ BAR ADMISSIONS

California

## ⟋ AFFILIATIONS

American Bar Association - Antitrust Section, Member (2023 - present)

## ⟋ WHAT OTHERS SAY

Jurisprudence Award, Environmental Law Writing Seminar (2021)

## ⟋ EXPERIENCE

### Antitrust/Competition

- *In re Diisocyanates Antitrust Litigation* – Represents a class of direct purchasers of the industrial chemicals methylene diphenyl diisocyanate (MDI) and toluene diisocyanate (TDI) in claims against major industrial suppliers for conspiring to artificially inflate prices in violation of federal antitrust law.

# ZELLY ROSA

**Associate**
New York

she/her/hers



✉ zrosa@hausfeld.com

📞 +1 646 518 9131

## OVERVIEW

Zelly is an Associate in Hausfeld's New York office. Zelly was previously a Summer Associate at Hausfeld, where she assisted on antitrust, data privacy, and consumer protection matters. Before joining Hausfeld, Zelly served as an Extern at the Labor Bureau of the New York State Office of the Attorney General, where she investigated employment law violations and assisted in litigation, and worked as a Legal Intern at DC 37 AFSCME Municipal Employees Legal Services, focusing on bankruptcy and consumer debt issues affecting union members. During law school, Zelly also served as a Managing Editor on the Columbia Law Review and as a Student Attorney at Columbia's Science, Health, and Information Clinic (SHIC). During her time at SHIC, she assisted Type 1 diabetes nonprofit T1International in their efforts to reduce the monopoly power of large pharmaceutical companies by advocating for public manufacturing, distribution, and pricing of prescription drugs like insulin.

Before law school, Zelly worked as a Legal Assistant in personal injury litigation. She also gained valuable experience as an Extern at the Federal Public Defender's office for the Western District of Washington, supporting attorneys in federal criminal cases. With a strong foundation in legal research and advocacy, Zelly is committed to championing worker and consumer rights, holding powerful corporations accountable, and navigating complex legal challenges.

Working towards a diverse, equitable, and inclusive world is paramount to Zelly, who is an active member of our LGBTQ+ Alliance and Disability working groups.

## EDUCATION

Columbia Law School, J.D., Harlan Fiske Stone Scholar, 2024
University of Washington, B.A., cum laude, Law, Societies, & Justice, 2020

## BAR ADMISSIONS

*Not admitted to the NY bar. Supervised by Partners of the firm.

## AFFILIATIONS

American Bar Association, Member (2024)
National Lawyers Guild, Member (2022 - present)

## EXPERIENCE

### Antitrust/Competition

- *In re Rail Freight Fuel Surcharge Antitrust Litigation* – Serving as counsel to dozens of rail-freight shippers in a high-profile antitrust case concerning alleged fuel-surcharge collusion among the nation's largest rail-freight carriers.