# EXHIBIT  B



# Firm Profile

Since its founding, Kramon & Graham has been involved in some of Maryland's highest profile matters. When litigation concerns substantial economic claims, serious allegations of violations of federal criminal law, or important matters of public policy, chances are good that Kramon & Graham has been retained to represent a party in interest. The same is true in the context of important real estate development projects, like the redevelopment of the Clipper Mill industrial site, and insurance coverage issues of national importance, such as coverage for asbestos and construction claims.

We are privileged to represent some of the largest and most respected organizations and business leaders in the nation. Our lawyers have in-depth experience in a broad range of industries and practice areas in matters involving sophisticated business transactions and complex commercial, civil, and criminal litigation. As a firm, we have a well-established reputation for achieving client objectives effectively and efficiently, and a shared commitment to putting clients first.

Our work has drawn national and international attention from *Chambers USA, Benchmark Litigation, Best Lawyers, Lawdragon 500, Martindale Hubbell,* and other publications that rank and evaluate law firms. Through careful hiring practices, we have built a team that is highly collaborative and client-focused and that sets the bar for legal professionalism, diligent preparation, and hard work.

At the heart of the firm's culture is a strong sense of community service. We are fully committed to enhancing the economic vitality and cultural vibrancy of our community and enriching the quality of life for all who live and work here. We actively support efforts to improve social justice, social services, and cultural enrichment. Our lawyers serve in leadership roles on civic and social services boards and initiatives, including the Maryland Legal Services Corporation, The Associated, The CollegeBound Foundation, WYPR, and CASA of Baltimore, to name only a few.

To learn more about the history of Kramon & Graham, click **here** to listen to Managing Principal David J. Shuster's interview of the firm's co-founder, Andrew Jay Graham.

# Diversity & Inclusion

Kramon & Graham employees come from varied backgrounds, with each person bringing a unique perspective and point of view. We know that diversity strengthens us as a firm. We recognize that by creating teams with diverse characteristics -- race, gender, physical ability, sexual orientation, or other -- we create an atmosphere of innovative thinking and problem solving that benefits our clients, builds collaboration and collegiality, and enriches us individually. We actively recruit and encourage diversity in our hiring process and strive for diversity in recruitment efforts at law schools, decisions related to lateral hiring, and our general employment practices.

# In Support of Women

Kramon & Graham is committed to securing the full and equal participation of women in all aspects of the firm. In 1985, we were among the first law firms in the region to promote women into the ranks of firm partnership. Women sit on high profile, influential committees within the firm and chair or co-chair many of the firm's practice groups. Kramon & Graham's progressive culture fosters strong female leadership. We are committed to the advancement of gender equality within our workplace and the greater community.

## News

**Kramon & Graham, P.A. Elects Veronica McMillan to Principal**

06/30/2025

**More +**

**Kramon & Graham Maintains Chambers USA Rankings in Key Practice Areas: Appellate, Commercial Litigation, Insurance Coverage, and Real Estate**

06/05/2025

**More +**

**Kramon & Graham Clients Prevail In Complex Real Estate Dispute**

03/31/2025

**More +**

**View All >**

Kramon & Graham, P.A.  |  750 East Pratt Street  |  Suite 1100  |  Baltimore, MD 21202  |  410-752-6030  |  www.kramonandgraham.com  |  ©2025 Attorney Advertising



# Class Action

Kramon & Graham enjoys a well-established national reputation for successfully handling class action cases on both the defense and plaintiff sides in state and federal jurisdictions. Our experience spans a broad range of class and collective action cases including:

- Antitrust Claims
- Breach of Contract
- Breach of Warranty
- Consumer Fraud
- Fair Debt Collection Practices
- Financial Services
- Insurance Coverage
- Medical Device Claims
- Pharmaceutical
- Product Liability
- Securities Fraud
- State Consumer Protection Statutes
- State Labor Laws
- Telephone Consumer Protection Act Claims
- Torts
- RICO Claims

With decades of experience, Kramon & Graham attorneys have extensive knowledge of the procedural issues unique to class actions, as well as the underlying substantive governing law. We know the issues presented by petitions for certification and are experienced at taking and defending class-based discovery. Whether we are prosecuting or defending a class action, we know how to prepare for and manage the specialized demands of class litigation.

Because of the firm's experience as both defense and plaintiffs' counsel, we have solid working relationships with both sides of the bar, which helps to limit litigation disputes and allows us to work our cases more efficiently.

Kramon & Graham regularly defends and prosecutes class actions throughout the country. Our diverse experience includes a variety of industries and involves a range of statutory and common law claims.

We are proud of our record of resolving class actions on favorable terms whether through an outright verdict for our client or a favorable settlement and pleased to have earned the trust and confidence of our clients who return and refer to us as new issues arise.

# Representative Matters

Serving as plaintiff's counsel in a massive class action lawsuit against Marriott International. In one of the largest data breaches in the country's history, approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. The breach compromised the personal information of nearly 400 million customers who made reservations at Starwood-branded hotels.

Represent plaintiffs in a nationwide class action product defects lawsuit against Viking Group, Inc., The Viking Corporation, and Supply Network, Inc., d/b/a Viking Supplynet. The suit alleges that the Viking VK457 sprinkler system, which is estimated to have been installed in tens of thousands of properties, had a defect that caused it to activate when no fire, smoke, or undue heat existed. Plaintiffs claimed that the malfunction can cause significant flood damage to homes and personal property. Kramon & Graham and co-counsel Sauder Schelkopf settled the suit on favorable terms on behalf of the class, establishing a national replacement program at no cost to class members. The United States District Court for the District of Maryland granted preliminary approval to the proposed class action

settlement on December 30, 2019. The settlement will be presented for final approval on June 18, 2020. The case is *Jackson, et al. v. Viking Group, Inc., et al.*, No. 8:18-cv-02356-PJM (D. Md.).

Currently serving as plaintiff's counsel in a class action lawsuit against Honda Motor Company. The suit alleges that the daytime running lights of Honda Accord models made between 2016 and 2018 are prone to premature burnout due to poorly designed heat sinks.

Currently serving as plaintiff's counsel in a class action lawsuit against Ford Motor Company. The suit alleges that Ford F-150 trucks made between 2015 and 2019 have a defective steering system that causes the driver to temporarily lose control of the vehicle.

Currently serving as defense counsel to the nation's largest publicly traded debt buyer in Fair Debt Collection Practices Act and state consumer protection statute class actions.

Representing the City of Baltimore in both federal and state court systems against class action claims by the public safety unions that an ordinance that modified members' pension benefits violated federal constitutional and state contractual rights.

Successfully obtained judgment in favor of a national lender on the eve of a class action trial after demonstrating that plaintiffs were unable to prove their claims. The federal court case was instituted by plaintiffs who alleged that the lender and others were liable to them for purported violations of Maryland's Finder's Fee Law over a 20-year period. Plaintiffs sought hundreds of millions of dollars in damages.

As lead defense counsel for providers of oil recycling services in a TCPA case, expeditiously settled the claim pursuant to a confidential agreement on satisfactory terms. No class was ever certified.

Obtained dismissal of all claims brought against a law firm by representatives of a putative plaintiff class seeking to recover under Maryland's Fair Debt Collection Practices Act and Consumer Protection Act. No class was ever certified.

Prosecuted three RICO class actions in federal court against "payday lenders," achieving considerable benefits for class members.

As co-lead counsel for plaintiff class, successfully negotiated settlement between class of attest associates who asserted violations of California's labor standards and a Big Four auditing firm.

Served as plaintiffs' liaison counsel in a successfully settled product defect class action filed against the manufacturer of a popular water hose.

Served as defense counsel in a bilateral class action in the Circuit Court for Montgomery County involving violations of the Maryland Towing Act and related claims. After a successful mediation in 2017, a settlement resolving a substantial number of the claims at issue was approved by the Court. In 2018 and 2019, motions for summary judgment were briefed and the parties engaged in a second mediation. Ultimately the class requested, and the court approved, a significantly reduced settlement demand to individual class members.

Served as defense counsel in two real estate practices class actions in federal court against one of the nation's largest privately owned real estate companies.



**KRAMON & GRAHAM**
ATTORNEYS AT LAW

# Attorneys



# James P. Ulwick

**Principal**

T.  410-347-7426

F.  410-539-1269

E.  julwick@kg-law.com

## Biography

"Attracts praise for his expert handling of large-scale class actions for both defense and class-side clients, while also drawing on significant experience in white-collar criminal defense proceedings. An outstanding litigator, a fantastic trial lawyer."

- *CHAMBERS USA*

Jim Ulwick is recognized as one of Maryland's most highly-skilled trial attorneys. His wide-ranging practice includes criminal and civil litigation of many kinds. Jim has successfully tried cases throughout the country. His trial victories include high-stakes cases involving claims of legal malpractice; criminal misconduct by bank officers; breaches of complicated contracts, employment agreements, and land deals; serious personal injuries; RICO violations; securities violations; medical malpractice; and injuries from toxic torts, to name only a few. Jim has a national reputation for handling significant class-action cases in diverse industries on both the defense and class sides.

Jim spent six years as an Assistant United States Attorney – three in the District of New Jersey and three in the District of Maryland. During his years as a federal prosecutor, Jim tried numerous cases, including the prosecutions of defendants charged with labor racketeering, political corruption, and other violations of federal criminal law. Jim also served as a judicial clerk for the Honorable Edward S. Northrop of the United States District Court for the District of Maryland.

According to the legal ranking guide *Chambers USA,* Jim is "a tenacious courtroom advocate and very strategic thinker, and among the most accomplished civil and criminal orators and trial attorneys."

## Practices

**Commercial Litigation**

**Class Action**

**Internal Investigations**

**Criminal Defense**

**Personal Injury**

**IP Litigation**

**Professional Liability**

**Alternative Dispute Resolution**

## Education

The Catholic University of America Columbus School of Law (J.D.)

University of Massachusetts (B.A., *cum laude*)

## Admissions

Maryland

District of Columbia

United States District Court for the District of Maryland

United States District Court for the District of Columbia

United States District Court for the Western District of Texas

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the Third Circuit

## Recognition

Recipient, Peter A. DiRito Award, Federal Bar Association, Maryland Chapter, 2023

Acceptor, John Adams Award, on behalf of the Criminal Justice Act Panel, U.S. District Court for the District of Maryland, 2019

Selected for *Lawdragon 500 Leading Litigators in America*, since inaugural edition 2022

Selected for inclusion in *The American Lawyer,* Southern Trailblazer 2021

Recognized in *Chambers USA*, Litigation: General Commercial; Litigation: White-Collar Crime & Government Investigations, Maryland, since 2006

Recognized in Benchmark Litigation, "Local Litigation Star," Commercial Litigation and Health Care Litigation, since 2011

Listed in *The Best Lawyers in America* for Commercial Litigation, since 1993; named Baltimore "Lawyer of the Year" for Criminal Defense: White-Collar, 2019; Bet-the-Company Litigation, 2016; Commercial Litigation, 2016; White-Collar Criminal Defense, 2011

AV$^{®}$ Preeminent™ Peer Review Rated by *Martindale-Hubbell*

## Memberships

American College of Trial Lawyers, Fellow

Bar Association of Baltimore City

District of Columbia Bar Association

Fourth Circuit Judicial Conference, Permanent Member

Maryland State Bar Association

## Events

Co-presenter, "One Day Boot Camp Trial Training," Legal Services Advocates Trial Skills Program, American College of Trial Lawyers, ABA Litigation Section, MSBA Litigation Section, FBA - Maryland Chapter, and Maryland Legal Aid, 2017

United States Court of Appeals for the Fourth Circuit

United States Court of Appeals for the Federal Circuit

United States Tax Court

United States Court of Federal Claims

Supreme Court of the United States

## Clerkships

Honorable Edward S. Northrop, United States District Court for the District of Maryland