**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE ANNE ARUNDEL DATA BREACH LITIGATION | Case No.: 1:25-cv-02274 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR RECONSIDERATION OF ORDER CONSOLIDATING CASES AND APPOINTING INTERIM CO-LEAD COUNSEL**

Having reviewed Plaintiffs' Unopposed Motion for Reconsideration of Order Consolidating Cases and Appointing Interim Co-Lead Class Counsel (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.      Pursuant to Federal Rule of Civil Procedure 23(g), Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Tyler J. Bean of Siri & Glimstad LLP, and James Pizzirusso of Hausfeld, LLP are hereby appointed Interim Co-Lead Class Counsel, and Gary E. Mason of Mason LLP and James A. Ulwick of DeCello Levitt are hereby appointed Interim Co-Liaison Class Counsel.

2.      **Duties of Interim Co-Lead Class Counsel**: Interim Co-Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of the proposed class. Interim Co-Lead Class Counsel shall be responsible for the following with regard to this matter:

a.  Supervise all pretrial, trial and post-trial proceedings;

b.  Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices;

c.  Determine and present in motions, briefs, oral argument, or such other fashion as may

1

4925-7747-5681, v. 1

be appropriate, the position of all of the proposed class as to all matters arising during pretrial and trial proceedings;

d. Conduct discovery on behalf of the named plaintiffs and the class consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g);

e. Designate attorneys to act as spokespersons at pretrial conferences;

f. Negotiate and enter into stipulations and agreements with defense counsel with respect to all matters in this litigation, including discovery and settlement

g. Coordinate and oversee the implementation and administration of any settlement;

h. Coordinate the activities of all plaintiffs' counsel, and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

i. Employ and consult with experts;

j. Call meetings of plaintiffs' counsel when deemed appropriate;

k. Delegate tasks to Co-Liaison Class Counsel and otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as the Interim Co-Lead Class Counsel deem necessary or as authorized by further order of the Court; and

l. Perform such other pretrial duties as may be incidental to the proper coordination of pretrial activities or authorized by further order of the Court.

**IT IS FURTHER ORDERED** that all other plaintiffs' counsel who are or may become involved in the Consolidated Action are prohibited from taking any action on behalf of the putative class in this Consolidated Action without advance authorization from Interim Co-Lead Class Counsel and Interim Co-Liaison Counsel, except for an application to modify or be relieved from this Order.

**IT IS FURTHER ORDERED** that the mere communication of otherwise privileged

information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

**IT IS FURTHER ORDERED** that counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the Consolidated Action, and to conduct themselves in a manner consistent with the Local Rules of this Court.

**IT IS FURTHER ORDERED** that Defendant shall have 90 days from the date of the filing of the Consolidated Complaint to answer, move, or otherwise respond.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED.**

Dated: _____

_____
George L. Russell, III
Chief United States District Judge

3

4925-7747-5681, v. 1