AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| DIANA WILSON, on behalf of herself and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANNE ARUNDEL DERMATOLOGY, P.A,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:25-cv-02324

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anne Arundel Dermatology, P.A.
Angela R. Peterman, M.D., Registered Agent
877 Baltimore Annapolis Blvd., Suite 100
Severna Park, MD 21146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Zachary E. Howerton
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
223 Duke of Gloucester Street
Annapolis, MD 21401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/21/2025

_____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-02324

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Anne Arundel Dermatology, P.A.

was received by me on *(date)*  7/21/2025  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Certified mail, return receipt requested to:
Anne Arundel Dermatology, P.A.
c/o The Corporation Trust Incorporated, Registered Agent
2405 York Rd., Suite 201
Lutherville Timonium, MD 21093-2264

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8/27/2025

/s/ William B. Federman
*Server's signature*

William B. Federman
*Printed name and title*

10205 N. Pennsylvania Ave.. Oklahoma City, OK 73120
*Server's address*

Additional information regarding attempted service, etc: