# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE ANNE ARUNDEL DATA BREACH LITIGATION

**Plaintiff,**

**v.**

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 1:25-cv-02274-GLR

### MOTION FOR ADMISSION PRO HAC VICE

I, Sonjay Singh , am a member in good standing of the bar of this

Court.   I am moving the admission of Liberato P. Verderame

to appear pro hac vice in this case as counsel for Brice Farris and Shemika Jones .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| PA 11/10/1997 | 3d. Cir. 10/14/2017 |
| NJ 6/23/1998 | D. NJ 9/1/1999 |
| See also  Ex. A | E.D.  & W.D. AR 8/8/2024 |
|  | M.D. PA 8/19/2024 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  1  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Sonjay Singh                                          , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/Sonjay Singh*
Signature

Sonjay Singh (Bar No. 2106150137)
Printed name and bar number

Siri & Glimstad LLP
Office name

745 Fifth Avenue, Suite 500, New York, NY 10151
Address

646-829-1389
Telephone number

Fax Number

ssingh@sirillp.com
Email Address

PROPOSED ADMITTEE

*/s/Liberato P. Verderame*
Signature

Liberato P. Verderame
Printed name

Edelson Lechtzin LLP
Office name

411 S. State Street, Suite N-300, Newtown, PA 08940
Address

215-867-2399 ext 3
Telephone number

267-685-0676
Fax Number

lverderame@edelson-law.com
Email Address