# Exhibit "A"

## Liberato P. Verderame Admissions

### U.S. Circuit Courts Of Appeals

U.S. Court Of Appeals, Third Circuit

### U.S. District Courts

| | |
|---|---|
| Arkansas Eastern District Court | Maryland District Court |
| Arkansas Western District Court | Massachusetts District Court |
| California Central District Court | Minnesota District Court |
| California Southern District Court | Nebraska District Court |
| Colorado District Court | New Jersey District Court |
| Georgia Middle District Court | North Carolina Middle District Court |
| Georgia Northern District Court | North Carolina Western District Court |
| Hawaii District Court | Pennsylvania Eastern District Court |
| Illinois Northern District Court | Pennsylvania Middle District Court |
| Illinois Southern District Court | Pennsylvania Western District Court |
| Indiana Southern District Court | Texas Eastern District Court |
| Kentucky Eastern District Court | Texas Southern District Court |
| Kentucky Western District Court | Utah District Court |
| Maine District Court | Washington Western District Court |