# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE ANNE ARUNDEL DATA BREACH LITIGATION

**Plaintiff,**

    **v.**

**Defendant.**

\*

\*

\*

\*

\*

Case No. __1:25-cv-02274-GLR__

## MOTION FOR ADMISSION PRO HAC VICE

I, __Sonjay Singh__, am a member in good standing of the bar of this

Court.  I am moving the admission of __Liberato P. Verderame__

to appear pro hac vice in this case as counsel for __Brice Farris and Shemika Jones__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| PA 11/10/1997 | 3d. Cir. 10/14/2017 |
| NJ 6/23/1998 | D. NJ 9/1/1999 |
| See also  Ex. A | E.D.  & W.D. AR 8/8/2024 |
|  | M.D. PA 8/19/2024 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __1__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Sonjay Singh</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/Sonjay Singh*
_____
Signature

Sonjay Singh (Bar No. 2106150137)
_____
Printed name and bar number

Siri & Glimstad LLP
_____
Office name

745 Fifth Avenue, Suite 500, New York, NY 10151
_____
Address

646-829-1389
_____
Telephone number

_____
Fax Number

ssingh@sirillp.com
_____
Email Address

PROPOSED ADMITTEE

_____
Signature

Liberato P. Verderame
_____
Printed name

Edelson Lechtzin LLP
_____
Office name

411 S. State Street, Suite N-300, Newtown, PA 08940
_____
Address

215-867-2399 ext 3
_____
Telephone number

267-685-0676
_____
Fax Number

lverderame@edelson-law.com
_____
Email Address