**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | **Case No.: 1:25-cv-02274** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE PLEADINGS AND MOTIONS IN EXCESS OF THE PAGE LIMITS SET FORTH IN LOCAL RULES 103.1(d) AND 105.3, AND TO SET BRIEFING SCHEDULE**

Having reviewed the *Joint Motion for Leave to File Pleadings and Motions in Excess of the Page Limits Set Forth in Local Rules 103.1(d) and 105.3, and to Set Briefing Schedule* (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion.

**IT IS HEREBY ORDERED** that Plaintiffs may file a Consolidated Complaint of no more than 110 pages.

**IT IS FURTHER ORDERED** that Defendant shall have 120 days from the date of the filing of the Consolidated Complaint (up and until January 16, 2026) to file its Motion to Dismiss, which may be up to 50 pages in length; that Plaintiffs shall have until February 20, 2026 to file their opposition thereto, which may be up to 50 pages in length; and Defendant shall have until March 13, 2026 to file its reply in support thereof, which may be up to 25 pages in length.

**IT IS SO ORDERED.**

Dated: _____

_____
George L. Russell, III
Chief United States District Judge