**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | **Case No.: 1:25-cv-02274** |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the defendant, Anne Arundel Dermatology, P.A. I certify that I am admitted to practice in this Court.

Dated:  September 18, 2025                                     Respectfully submitted,

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou (Bar No. 16570)
Dechert LLP
1900 K St NW
Washington, DC 20006
Phone: 202-261-3300
shari.lahlou@dechert.com

1