**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | **Case No.: 1:25-cv-02274** |

**DEFENDANT ANNE ARUNDEL DERMATOLOGY, P.A.'S**
**FINANCIAL AND CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 103.3.a, Defendant Anne Arundel Dermatology, P.A. hereby discloses that Angela R. Peterman, M.D. and Richard G. Pfau, M.D., P.A. is a parent corporation owning 10% or more of its stock.

Dated:  September 18, 2025                                  Respectfully submitted,

Brenda R. Sharton (*pro hac vice* forthcoming)
Dechert LLP
100 Oliver St, 40th Floor
Boston, MA 02110
Phone: 617-728-7100
brenda.sharton@dechert.com

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou (Bar No. 16570)
Dechert LLP
1900 K St NW
Washington, DC 20006
Phone: 202-261-3300
shari.lahlou@dechert.com

Benjamin M. Sadun (*pro hac vice* forthcoming)
Dechert LLP
633 West 5th St, Suite 4900
Los Angeles, CA 90071
Phone: 213-808-5700
benjamin.sadun@dechert.com