# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In re Anne Arunde Data Breach Litigation                    *

**Plaintiff,**

*

**v.**                                                      *          Case No. 1:25-cv-02274-GLR

*

*

**Defendant.**                                             *

## MOTION FOR ADMISSION PRO HAC VICE

I, William N. Sinclair                    , am a member in good standing of the bar of this

Court.  I am moving the admission of Brian C. Gudmundson

to appear pro hac vice in this case as counsel for Plaintiff, Troy Botteon                    .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Bar of Minnesota, 10/29/2024 | D. Minn., 04/03/2006 |
| | N.D. Ill., 04/21/2008 |
| | D. Colo., 11/19/2016 |
| | ** See Addendum ** |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0      time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __William N. Sinclair_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_William N. Sinclair/PK_

Signature

William N. Sinclair

Printed name and bar number

Silverman Thompson Slutkin & White, LLC

Office name

400 E. Pratt St., Suite 900, Baltimore, MD 21202

Address

(412) 385-2225

Telephone number

(410) 547-2432

Fax Number

bsinclair@silvermanthompson.com

Email Address

PROPOSED ADMITTEE

Signature

Brian C. Gudmundson

Printed name

Zimmerman Reed LLP

Office name

1100 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402

Address

(612) 341-0400

Telephone number

(612) 341-0844

Fax Number

brian.gudmundson@zimmreed.com

Email Address

Addendum to the Motion for Admission *Pro Hac Vice* of Brian C. Gudmundson

2.    U.S. Court & Date of Admission

| *Title of Court* | *Date of Admission* |
|---|---|
| E.D. Mich. | 01/09/2023 |
| 10th Circuit Court of Appeals | 10/02/2009 |
| 4th Circuit Court of Appeals | 06/09/2016 |
| 8th Circuit Court of Appeals | 08/23/2016 |
| 6th Circuit Court of Appeals | 12/08/2020 |
| 1st Circuit Court of Appeals | 08/30/2023 |