**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | Case No. 1:25-cv-02274 |

## JOINT MOTION FOR STAY

Plaintiffs Natalia Correa, Peyton Sulkowski, Jennifer Longwell, Shemika Jones, Brice Farris, Michael Straw, Barbara Buracker, Paul Gale, Earl Beville Jr., Steven Boehm, Paul Madigan, Heidi Shell, Troy Botteon, Richard Bernard, Jason Tyson, Crystal Hall, Terri Wilson, Raven Martin, Jacqueline Smith, and Alunda Mitchell, on behalf of J.D., a minor, and Diana Wilson, together with Defendant Anne Arundel Dermatology, P.A. (collectively, the "Parties"), through their respective counsel of record, jointly move the Court for a stay of these proceedings and notify the Court that they have agreed, in principle, to a class settlement, subject to the Parties completing the comprehensive settlement agreement and seeking the Court's preliminary and final approval of the same.

The settlement, if approved by the Court, will result in the release and ultimate resolution of the claims asserted, or that could have been asserted, in the above-captioned consolidated federal action. The settlement will also resolve a related state action, captioned *George Tyler v. Anne Arundel Dermatology, P.A.*, Case No. C-02-CV-25-002625 (the "State Action"), which was filed on September 5, 2025 in the Circuit Court for Anne Arundel County arising from the same data security incident that is the subject of this consolidated federal action. As such, the State Action was dismissed, without prejudice, on November 14, 2025, and Plaintiffs will file an amended complaint in this Action that will name the State Action plaintiff as an additional plaintiff. To that end, Plaintiffs request the Court grant them leave to file an amended complaint, with such filing

to take place on or before December 12, 2025. Soon thereafter, the Parties anticipate filing a motion for preliminary approval of the class settlement, with such motion to be filed on or before January 23, 2026.

In light of the foregoing, the Parties respectfully request that the Court stay all case deadlines, pending completion of the class action settlement process pursuant to Fed. R. Civ. P. 23.

DATED: November 24, 2025

Respectfully submitted,

*/s/ James P. Ulwick*
James P. Ulwick, Bar No. 00536
**KRAMON & GRAHAM, P.A.**
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269
Email: julwick@kg-law.com

Gary E. Mason
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: gmason@masonllp.com

*Interim Co-Liaison Counsel*

James J. Pizzirusso, Bar No. 20817
**HAUSFELD LLP**
1201 17th Street N.W., Suite 600
Washington, D.C. 20036
Tel: 202.540.7200
Email: jpizzirusso@hausfeld.com

Gary Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
E: gklinger@milberg.com

2

4919-9933-9132, v. 1

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Interim Co-Lead Class Counsel*

Brenda R. Sharton (*Pro Hac Vice*
forthcoming)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (*Pro Hac Vice*
forthcoming)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Pro Hac Vice*
forthcoming)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone:(215) 994-4000
Facsimile:  (215) 655-2455
theodore.yale@dechert.com

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ James P. Ulwick*
James P. Ulwick

4