**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | Case No.: 1:25-cv-02274 |

## ORDER GRANTING JOINT MOTION TO STAY

Having reviewed the *Joint Motion to Stay* (the "Motion"), and for good cause shown, the Court hereby GRANTS the Motion.

**IT IS HEREBY ORDERED** that all case deadlines are stayed pending the filing of an amended complaint, which Plaintiffs shall file on or before December 12, 2025.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a motion seeking preliminary approval of the class settlement on or before January 23, 2026.

**IT IS SO ORDERED.**

Dated:  November 24, 2024                              /s/
                                                                   George L. Russell, III
                                                                   Chief United States District Judge

1