**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE ANNE ARUNDEL DATA BREACH LITIGATION | Case No.: 1:25-cv-02274 |
| | DEMAND FOR JURY TRIAL |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Natalia Correa, Peyton Sulkowski, Jennifer Longwell, Shemika Jones, Brice Farris, Michael Straw, Barbara Buracker, Paul Gale, Earl Beville Jr., Steven Boehm, Paul Madigan, Heidi Shell, Troy Botteon, Richard Bernard, Jason Tyson, Crystal Hall, Terri Wilson, Raven Martin, Jacqueline Smith, and Alunda Mitchell, on behalf of J.D., a minor, Diana Wilson, and George Tyler (collectively, "Plaintiffs"), through their respective counsel of record, hereby seek an extension of seven (7) days from the existing January 23, 2026, deadline to file their Motion for Preliminary Approval of the Class Action Settlement. This extension will allow Plaintiffs to provide the Court with the necessary documents in support of their motion for preliminary approval. Plaintiffs' counsel certifies this request is made in good faith and not for purposes of undue delay.

Plaintiffs' counsel conferred with Defendant's counsel, who indicated they do not oppose this extension. Accordingly, Plaintiffs request this Court to enter the attached Order extending Plaintiffs' deadline to file their motion for preliminary approval until January 30, 2026.

Respectfully submitted, this 23 day of January 2026.

/s/ Gary E. Mason
Gary E. Mason
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

2

Email: gmason@masonllp.com

James P. Ulwick, Bar No. 00536
**KRAMON & GRAHAM, P.A.**
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269
julwick@kg-law.com

James J. Pizzirusso, Bar No. 20817
**HAUSFELD LLP**
1201 17th Street N.W., Suite 600
Washington, D.C. 20036
Tel: 202.540.7200
E: jpizzirusso@hausfeld.com

Gary Klinger (pro hac vice forthcoming)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
E: gklinger@milberg.com

Tyler J. Bean (pro hac vice forthcoming)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Interim Co-Lead Class Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed the foregoing using the Court's

CM/ECF system, which will send notifications of such filing to all counsel of record.


*/s/ Gary E. Mason*
Gary E. Mason