**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | **Case No.: 1:25-cv-02274** |
| | **DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

The Court, having considered *Plaintiffs' Unopposed Motion for Extension to File Motion for Preliminary Approval of Class Action Settlement*, (Dkt. No.35) hereby **ORDERS** as follows:

1. Plaintiffs have sought an extension to file their Motion for Preliminary Approval of Class Action Settlement seven (7) days after the anticipated January 23, 2026, deadline; and

2. The Court hereby **GRANTS** Plaintiffs' requested extension and **ORDERS** that the new deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement is January 30, 2026.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                             United States District Judge