**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | **Case No.: 1:25-cv-02274** |
| | **DEMAND FOR JURY TRIAL** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS <u>ACTION SETTLEMENT</u>**

The Court, having considered *Plaintiffs' Unopposed Motion for Extension to File Motion for Preliminary Approval of Class Action Settlement*, (Dkt. No.35) hereby **ORDERS** as follows:

1.  Plaintiffs have sought an extension to file their Motion for Preliminary Approval of Class Action Settlement seven (7) days after the anticipated January 23, 2026, deadline; and

2.  The Court hereby **GRANTS** Plaintiffs' requested extension and **ORDERS** that the new deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement is January 30, 2026.

**IT IS SO ORDERED.**

Dated: _____ January 23 , 2026

_____
/s/
George L. Russell, III
Chief United States District Judge