UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE ANNE ARUNDEL DATA BREACH
LITIGATION

Case No.: 1:25-cv-02274

PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

Plaintiffs Natalia Correa, Peyton Sulkowski, Jennifer Longwell, Shemika Jones, Brice Farris, Michael Straw, Barbara Buracker, Paul Gale, Earl Beville Jr., Steven Boehm, Paul Madigan, Heidi Shell, Troy Botteon, Richard Bernard, Jason Tyson, Crystal Hall, Terri Wilson, Raven Martin, Jacqueline Smith, Alunda Mitchell (on behalf of J.D., a minor), Diana Wilson, and George Tyler, individually and behalf of others similarly situated, hereby file their Unopposed Motion for Preliminary Approval of Class Action Settlement, requesting the Court enter an order:

1.      Preliminarily approving the Settlement described in the Settlement Agreement[1] between Plaintiffs and Defendant, and the attachments thereto (including the Benefits Plan, Claim Form, Short Form Notice, Long Form Notice, Preliminary Approval Order, and Final Approval Order) as fair, reasonable, and adequate;

2.      Provisionally certifying the Settlement Class pursuant to Federal Rules of Civil Procedure 23 for settlement purposes only;

3.      Approving the Notice Program set forth in the Settlement Agreement, including the form and content of the Notices attached to the Settlement Agreement as Exhibits E and F;

4.      Designating Plaintiffs as Settlement Class Representatives;

---

[1] The capitalized terms herein shall have the same meanings as those defined in the Settlement Agreement attached as Exhibit 1 to Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement ("Memorandum").

1

5.      Appointing Gary Klinger of Milberg, PLLC, Tyler Bean of Siri & Glimstad, LLP, James Pizzirusso of Hausfeld LLP, Gary E. Mason of Mason LLP, and James P. Ulwick of Kramon & Graham as Class Counsel;

6.      Appointing Eisner Advisory Group, LLC as Settlement Administrator;

7.      Approving the opt-out and objection procedures outlined in the Agreement;

8.      Staying this Action or otherwise adjourning litigation deadlines pending Final Approval of the Settlement;

9.      Staying and/or enjoining, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

10.     Scheduling a Final Approval Hearing, at which the Court will conduct an inquiry into the fairness of the Settlement, Final Approval of the Settlement, and consideration of Settlement Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards for the Class Representatives.

11.     This Motion is based upon: (1) the Memorandum; (2) the Settlement Agreement (attached to the Memorandum as Exhibit 1); (3) the Joint Declaration of Class Counsel (attached to the Memorandum as Exhibit 2); (4) the Notices and Claim Form (attached to the Settlement Agreement); (5) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement (attached as Exhibit 3 to the Memorandum); (6) the records, pleadings, and papers filed in this Action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing on this Motion.

Defendant does not oppose the relief requested in this Motion.

Dated:  January 30, 2026

Respectfully submitted,

 /s/ Gary M. Klinger
Gary M. Klinger (*admitted* pro hac vice)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
E: gklinger@milberg.com

James J. Pizzirusso, Bar No. 20817
**HAUSFELD LLP**
1201 17th Street N.W., Suite 600
Washington, D.C. 20036
Tel: 202.540.7200
E: jpizzirusso@hausfeld.com

Tyler J. Bean (pro hac vice forthcoming)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Interim Co-Lead Class Counsel*

Gary E. Mason, Bar No. 15033
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
E: gmason@masonllp.com

James P. Ulwick, Bar No. 00536
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269
E: julwick@kg-law.com

*Interim Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Gary M. Klinger*