# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | Case No.: 1:25-cv-02274 |

**JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

We, Gary M. Klinger, James J. Pizzirusso, Tyler J. Bean, Gary E. Mason, and James P. Ulwick, being competent to testify, make the following declaration:

1. We are Court-appointed Interim Co-Lead Class Counsel and Interim Co-Liaison Counsel, and proposed Class Counsel[1] for the Settlement Class in the above-captioned matter. We submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Unless otherwise noted, we have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

2. This Action concerns a Data Security Incident that Plaintiffs assert occurred between February 14, 2025, and May 13, 2025.

3. Beginning on July 11, 2025, Defendant notified certain individuals on behalf of data providers that their Private Information may have been impacted in the Data Security Incident.

4. Shortly thereafter, Plaintiff Natalia Correa filed the first class action complaint against Defendant in the United States District Court for the District of Maryland asserting several causes of action related to its role in the Data Security Incident.

[1] All capitalized terms in this Joint Declaration have the same meanings as those defined in the Settlement Agreement, attached as Exhibit 1 to the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval.

5. Following the filing of Plaintiff Correa's complaint, Defendant was named as a defendant in twenty other actions in the District of Maryland (including one action transferred to the District of Maryland from the Northern District of Georgia) that were materially and substantively similar, as they had overlapping claims, sought to represent the same putative class members, and arose out of the same Data Incident. An action was also filed in the Circuit Court for Anne Arundel County, Maryland captioned *Tyler v. Anne Arundel Dermatology, P.A.*, No. C-02-CV-25-002625, filed on September 5, 2025, which was dismissed without prejudice on November 14, 2025.

6. On August 19, 2025, the Court consolidated the 21 Actions pending in the District of Maryland and appointed Gary Klinger of Milberg, PLLC and Tyler Bean of Siri & Glimstad, LLP as interim co-lead class counsel, and Gary E. Mason of Mason LLP as interim liaison class counsel. On August 25, 2025, the Court further appointed James Pizzirusso of Hausfeld LLP as additional interim co-lead class counsel, and James P. Ulwick of Kramon & Graham as additional interim co-liaison class counsel.

7. On September 18, 2025, Plaintiffs filed their Consolidated Class Action Complaint against Defendant, asserting claims on behalf of a nationwide class for (1) negligence; (2) negligence *per se*; (3) breach of contract; (4) breach of implied contract; (5) unjust enrichment; (6) breach of fiduciary duty; (7) invasion of privacy/intrusion upon seclusion; and (8) declaratory judgment. A group of Plaintiffs from Maryland also brought a claim for violations of the Maryland Consumer Protection Act and Maryland Personal Information Protection Act on behalf of the Maryland Subclass.

8. On December 12, 2025, an Amended Consolidated Class Action Complaint was filed to add the State Action Plaintiff, George Tyler, as a named plaintiff.

9. After being appointed as Interim Co-Lead Counsel, we discussed with Defendant's counsel the possible early resolution of the Litigation, which culminated in the Parties participating in a full-day mediation session conducted on October 29, 2025, by the Honorable Diane M. Welsh (Ret.), a retired federal magistrate judge now with JAMS in Philadelphia, Pennsylvania. In preparation for the mediation, the Parties exchanged confidential information related to the issues in the lawsuit and mediation position statements that allowed the Parties to assess the case and meaningfully engage in arm's-length settlement discussions. During the mediation, the Parties exchanged additional information pertaining to the Settlement Class and Defendant's financial condition, which further informed their settlement discussions.

10. The information the Parties exchanged before mediation allowed Plaintiffs and Class Counsel to conduct settlement negotiations with substantial information about the facts and merits of the legal claims. Plaintiffs and Class Counsel reviewed key documents and information, which, in consultation with their data security experts, allowed them to confidently evaluate the strengths and weaknesses of Plaintiffs' claims and prospects for success at class certification, summary judgment, and trial.

11. During the mediation, the Parties thoroughly discussed and vetted the facts and law as Judge Welsh engaged in a critical analysis of the Parties' arguments.

12. At the mediation, the Parties reached agreement regarding the material terms of a settlement, which if approved by the Court, will resolve all claims against Defendant that were or could have been asserted in the Actions. Thereafter, the Parties drafted the Settlement Agreement.

13. The Releases contained in the Settlement Agreement are tailored to claims arising out of or relating to actual or alleged facts, transactions, events, matters, occurrences, acts, disclosures, statements, representations, omissions or failures to act relating to the Defendant's

data privacy and data security practices, including those Plaintiffs allege contributed to the Data Security Incident.

14. The timing of the Claim process outlined in the Settlement Agreement is structured to ensure that all Settlement Class members have adequate time to review the terms of the Settlement, compile documents supporting their Claims, and determine whether to submit a Claim, opt-out, or object.

15. The Settlement was reached without collusion and is the result of good faith, informed, and extensive arm's-length negotiations between competent and experienced attorneys who are familiar with class action litigation and with the legal and factual issues at the core of this Action.

16. Further, Class Counsel represent that attorney's fees and Service Awards for Class Representatives were not discussed until the substantive portions of the Settlement had been agreed upon by the Parties.

17. Class Counsel are highly qualified and have a great deal of experience litigating complex consumer class actions, including in the data privacy context. This experience proved beneficial to Plaintiffs and the Settlement Class during Settlement negotiations.

18. Class Counsel have devoted substantial time and resources to vigorously prosecute this Action and will continue to do so. Specifically, we have litigated this Action, including evaluating the claims, preparing comprehensive pleadings, serving pre-mediation discovery, complying with Court orders and requirements, participating in a mediation that ultimately resulted in this Settlement, and working to negotiate and prepare the Settlement Agreement and exhibits thereto.

19. The benefits available to Settlement Class Members, as set forth in the Agreement, are extremely favorable in light of the risks of continued litigation.

20. Plaintiffs' respective interests are coextensive and do not conflict with the interests of the Settlement Class. Plaintiffs have the same interest in the Settlement relief, and the absent Settlement Class members have no diverging interests.

21. Plaintiffs have cooperated with Class Counsel and assisted in providing essential information in the preparation of the complaints filed in this Action. Plaintiffs have also diligently and adequately prosecuted this Action by, among other things, reviewing filings, promptly providing documents and information to Class Counsel, and acting in the best interest of the Settlement Class. Plaintiffs are committed to continue prosecuting this Action through Final Approval and protecting the interests of the Settlement Class. Class Counsel shall apply to the Court for Service Awards of up to $1,500.00 for each Plaintiff for serving as Class Representatives. The Service Awards, if approved, shall be paid from the Settlement Fund.

22. Class Counsel has adequately represented the interests of the Settlement Class. Class Counsel has devoted substantial time and resources to this Action, are qualified to represent the Settlement Class, and will, along with the Class Representatives, vigorously protect the interests of the Settlement Class.

23. Class Counsel has no conflicts of interest with the Settlement Class.

24. Class Counsel has not been paid for their extensive efforts or reimbursed for litigation costs and expenses. Class Counsel shall apply to the Court for an award of attorneys' fees of up to one-third of the Settlement Fund, plus reimbursement of reasonable litigation costs, which shall be paid from the Settlement Fund. Class Counsel will formally request their attorneys' fees and costs through an Application for Attorneys' Fees, Costs, and Service Awards that will be filed

with the Court at least twenty-one (21) days prior to the Objection Deadline.

25. With the Court's approval, the Parties agree to use Eisner Advisory Group ("EAG") for purposes of disseminating Notice and administering the Settlement. EAG is a well-respected and reputable third-party administrator that was mutually selected by the Parties. EAG is highly qualified to manage the entire settlement administration process. The Parties will jointly oversee EAG's activities as settlement administrator in this case.

26. Class Counsel is familiar with the claims they have litigated. As can be seen from their resumes, attached hereto as **Exhibits A-E**, Class Counsel have significant experience in the litigation, certification, trial, and settlement of national class actions, including substantial time and resources dedicated to past and present data breach litigation across the country, and have recovered hundreds of millions of dollars for the classes we have represented.

27. Class Counsel is confident that the Settlement warrants the Court's Preliminary Approval. Its terms are not only fair, reasonable, adequate, and in the best interests of the Settlement Class, but also are an extremely favorable result with substantial benefits. The Agreement provides significant and concrete benefits to approximately 1,905,338 individuals.

28. Defendant's Counsel are also highly experienced in this type of litigation. Class Counsel and Counsel for the Defendant have fully evaluated the strengths, weaknesses, and equities of the Parties' respective positions and believe the proposed settlement fairly resolves their respective differences.

29. The risks, expense, complexity, and likely duration of further litigation support preliminary approval of the Settlement. Any settlement requires the parties to balance the merits of the claims and defenses asserted against the attendant risks of continued litigation and delay.

Class Counsel believe the claims asserted are meritorious and that Plaintiffs would prevail if this matter proceeded to trial.

30. However, Class Counsel are also pragmatic and understand the legal uncertainties associated with continued litigation, which would be lengthy and expensive. Data breach litigation is often difficult and complex. Recovery, if any, by any means other than settlement would require additional years of litigation and possibly an appeal. Without the Settlement, the Parties faced the possibility of litigating this Action through the completion of fact discovery, class certification, expert discovery, summary judgment, trial, and appeals, which would be complex, time-consuming, and expensive. Continued litigation could have impeded the successful prosecution of these claims at trial and in an eventual appeal – resulting in zero benefit to the Settlement Class. Further, since the Court had not yet certified a class at the time the Agreement was executed, it is unclear whether certification would have been granted. Briefing class certification would have required the Parties to expend significant resources.

31. Although the Parties entered into the Settlement relatively early in the litigation, the Settlement negotiations were hard-fought, and the Parties expended significant time and energy on this Action.

32. Under the circumstances, the Settlement represents a highly favorable compromise that balances the merits of Plaintiffs' claims and the likelihood of succeeding at trial and on appeal with the attendant risks. The inherent uncertainty in litigation presents a risk to Plaintiffs of expending time and money on this case with the possibility of no recovery at all for the Class.

## <u>COUNSEL'S RECOMMENDATION</u>

33. Our collective years of experience representing individuals in complex class actions—including data breach actions—informed Plaintiffs' settlement position, and the needs of

Plaintiffs and the proposed Settlement Class. While we believe in the merits of the claims brought in this case, we are also aware that a successful outcome is uncertain and would be achieved, if at all, only after prolonged litigation with the attendant risk of drawn-out appeals and the potential for no recovery at all. Based upon our collective substantial experience, it is our opinion that the proposed Settlement of this matter provides significant relief to the members of the Settlement Class and warrants the Court's preliminary approval. The Settlement is well within the range of other data breach settlements in the relief that it provides.

34. The Settlement requires Defendant to pay a total sum of $2,400,000.00 into a non-reversionary common settlement fund. The Settlement's terms are designed to address the alleged potential harms caused by the challenged conduct, including the Data Security Incident, by providing cash compensation to the persons whose information was impacted by the challenged conduct and providing medical data monitoring to prevent future harm. Specifically, under the Settlement, all Settlement Class Members shall have the opportunity to submit a claim for either (a) reimbursement of documented out-of-pocket losses up to $5,000.00 or (b) an alternative payment in an estimated amount of $100.00 (subject to *pro rata* adjustments) from the Settlement Fund. Further, all Class Members will be eligible to receive three (3) years of Medical Data Monitoring through CyEx Medical Shield Complete.

35. This result is particularly favorable given the risks of continued litigation. Plaintiffs faced serious risks prevailing on the merits, including proving injury and causation, as well as risk at class certification and at trial, and on appeal. A settlement today not only avoids the risks of continued litigation, but it also provides benefits to the Settlement Class Members now as opposed to after years of risky litigation.

36. The Settlement's benefits unquestionably provide a favorable result to the Settlement Class Members, placing the Settlement well within the range of possible final approval and satisfying the requirements for preliminary approval under applicable law. Therefore, the Court should grant preliminary approval.

37. Additionally, the Notice plan contemplated by the Settlement is designed to be the best practicable and to meet all the criteria set forth by the Manual for Complex Litigation and is consistent with other class action notice programs that have been approved by various courts for similarly situated matters.

38. Specifically, it provides for direct and individual notice to be provided to all Settlement Class Members via email using the contact information provided by Defendant to the Settlement Administrator. In addition to the individual direct notice provided, the Settlement Administrator will establish and maintain a dedicated Settlement Website that will include information about the Settlement, including hyperlinked access to the Settlement, Notice, Preliminary Approval Order, operative complaint(s), and such other documents as Class Counsel and AAD's Counsel mutually agree to post, or that the Court orders posted, on the website. The Settlement Administrator will also maintain a toll-free telephone line for Settlement Class Members to obtain additional information.

39. The Notices being provided to Settlement Class Members are also clear and straightforward, defining the class and setting forth the options available to Settlement Class Members under the Settlement Agreement, as well as the deadlines for acting. The Notices also describe the essential terms of the Settlement, disclose the requested Service Awards for the Class Representatives as well as the amount that proposed Settlement Class Counsel intends to seek in

fees and costs, explain procedures for making claims, objections, or requesting exclusion, and describe the date, time, and place of the Final Approval Hearing.

40. The above is consistent with our personal experience and is evidence that Plaintiffs' Counsel has not only negotiated fair, reasonable, and adequate compensation, but has also implemented the means to get the benefits under the terms of the Settlement to Class Members.

41. In sum, it is our opinion that the Settlement is fair, reasonable, and adequate considering the significant benefits made available to the Settlement Class, as well as the risks and delays attendant in further protracted litigation that can be avoided through this Settlement. This view is informed by proposed Class Counsel's decades of work and experience successfully litigating complex actions, including hundreds of data breach class actions.

42. We represent on behalf of the Plaintiffs that there are no agreements related to the Settlement other than those reflected in the Settlement Agreement itself and an agreement with EAG to perform notice and settlement administration services in the event the Settlement is preliminarily approved by the Court.

43. Plaintiffs, as proposed Settlement Class Representatives, have also demonstrated their adequacy to serve in such a capacity by (i) selecting well-qualified Class Counsel; (ii) producing information and documents to Settlement Class Counsel to permit the investigation and development of their respective complaints; (iii) being available as needed throughout the litigation and negotiation of this Settlement; and (iv) monitoring the litigation. Plaintiffs do not have any interests antagonistic to other Settlement Class Members.

44. It is our opinion that the proposed class action settlement is fair, reasonable, and adequate and is an outstanding result for the Settlement Class Members.

Pursuant to 28 U.S.C. § 1746, we each declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on January 30, 2026,

*/s/ Gary M. Klinger*
Gary M. Klinger

*/s/ James J. Pizzirusso*
James J. Pizzirusso

*/s/ Tyler J. Bean*
Tyler J. Bean

*/s/ Gary E. Mason*
Gary E. Mason

*/s/ James P. Ulwick*
James P. Ulwick

# <u>EXHIBIT A</u>

# MILBERG.

## FIRM RESUME

Milberg PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

*Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Florida, Georgia, Illinois, New Jersey, New York, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands.

Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

*"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
– THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of experienced appellate advocates and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation
In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation
In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation
In re: Blackbaud Inc., Customer Data Breach Litigation
In re: Paragard IUD Products Liability Litigation
In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation
In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation
In re: Allergan Biocell Textured Breast Implant Products Liability Litigation
In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation
In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation
In re: Ortho Evra Products Liability Litigation
In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation
In re: Kugel Mesh Hernia Patch Products Liability Litigation
In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation
In re: Stand 'N Seal Products Liability Litigation
In re: Chantix (Varenicline) Products Liability Litigation
In re: Fosamax (alendronate Sodium) Products Liability Litigation
In re: Benicar (Olmesartan) Products Liability Litigation
In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation
In re: Risperdal and Invega Product Liability Cases
In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation
In re: Incretin-based Therapies Product Liability Litigation
In re: Reglan/Metoclopromide
In re: Levaquin Products Liability Litigation
In re: Zimmer Nexgen Knee Implant Products Liability Litigation
In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation
In re: Propecia (Finasteride) Products Liability Litigation
In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)
In re: Fluoroquinolone Product Liability Litigation
In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation
In re: Recalled Abbott Infant Formula Products Liability Litigation
Home Depot, U.S.A., Inc. v. Jackson
Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

## $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement

W.R. Grace & Co.

## $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

## $775 Million Settlement

Washington Public Power Supply System Securities Litigation

## $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# NOTABLE RECOVERIES

## $4 Billion Settlement
In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement
In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement
In Re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict
Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement
NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement
W.R. Grace & Co.

## $1 Billion-plus Settlement
Merck & Co., Inc. Securities Litigation

## $775 Million Settlement
Washington Public Power Supply System Securities Litigation

## $586 Million Settlement
In re: Initial Public Offering Securities Litigation

# GARY M. KLINGER

**Gary M. Klinger** is a Senior Partner at Milberg and Chair of its Cybersecurity and Data Privacy Practice Group. Mr. Klinger is recognized as one of the most respected data privacy attorneys in the United States, having been ranked by Chambers and Partners as Band 3 for Privacy & Data Security Litigation (2024)[1] and having been selected to Lawdragon's 500 Leading Litigators in America for his accomplishments in privacy litigation (2024).[2] Law360 recently highlighted Mr. Klinger's work in the privacy space.[3]

Mr. Klinger has extensive experience serving as leadership in numerous privacy class actions, including as lead or co-lead counsel in the largest data breaches in the country. *See, e.g., In re: MoveIt Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation involving a data breach that impacted more than 95 million consumers); *Isaiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JCE (C.D. Cal) (where Mr. Klinger was appointed co-lead counsel in a data breach that impacted 17 million consumers). Mr. Klinger and his firm have played an important role in developing the favorable case law that many plaintiffs rely on in the data breach space. *See e.g., Webb v. Injured Workers Pharmacy, LLC*, 72 F.4th 365 (1st Cir. 2023) (Milberg attorneys obtained a decision from the First Circuit reversing the dismissal with prejudice of a data breach case and finding Article III standing); *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 586 (N.D. Ill. 2022) (Milberg attorneys largely defeated a motion to dismiss in a data breach case involving 3 million consumers); *Flores v. Aon Corp.*, 2023 IL App. (1st) (230140) (where Mr. Klinger obtained reversal of a dismissal with prejudice in a data breach class action); *In re Blackbaud, Inc., Customer Data Breach Litig.,* No. 3:20-MN-02972-JMC, 2021 WL 2718439, at *1 (D.S.C. July 1, 2021) (Milberg attorneys defeated a standing challenge in a 10 million person data breach case).

Mr. Klinger has settled on a classwide basis more than 100 class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To his knowledge, no other attorney in the country has settled and won court approval of more data breach class actions during this period. Representative cases include: *Parris, et al., v. Meta Platforms, Inc.*, Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action); *Owens v. MGM Resorts Int'l*, 2:23-cv-01480-RFB-MDC (D. Nev.) (where Mr. Klinger served as lead counsel and obtained a settlement of $45 million for millions of consumers in a privacy class action); *Boone v. Snap, Inc.*, Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action); *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action).[4]

Mr. Klinger also has the full weight of his law firm behind him. Since its founding in 1965, Milberg has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements. Milberg has been instrumental in obtaining precedent setting decisions at every level, including at the United States Supreme Court. [5] The firm pioneered federal class action litigation and is widely recognized as a leader in defending the rights of victims of large-scale wrongdoing. Milberg has been described by the New York Times as "[a] powerhouse that compelled miscreant and recalcitrant businesses to

[1] Only three plaintiffs' lawyers in the country received the distinction of being ranked by Chambers and Partners for Privacy & Data Security Litigation.
[2]*See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.
[3] https://www.law360.com/articles/1854005/rising-star-milberg-s-gary-klinger.
[4] Mr. Klinger has also successfully litigated contested class actions through class certification. *See, e.g., Sewall v. Home Partners Holdings LLC*, No. A23-1662, 2024 WL 64318, at *1 (Minn. Ct. App. Jan. 2, 2024) (denying interlocutory review to an order granting class certification to a class of lessees in a landlord-tenant dispute); *Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. 2018) (where Mr. Klinger certified, over objection, a nationwide privacy class action involving more than one million class members; the case ultimately settled for $6.5 million).
[5] *See* https://milberg.com/precedent-setting-decisions/page/3/.

pay billions of dollars to aggrieved shareholders and customers."[6]

Milberg is one of the largest plaintiffs' class action firms in the United States (and abroad). The firm currently is involved in some of the largest and well-known class action cases in the country and is particularly active in the field of data breach and privacy litigation. The firm is comprised of more than one hundred-twenty attorneys who work from offices across the United States and in Portugal, the United Kingdom, the Netherlands, and Germany. Milberg attorneys come from diverse backgrounds and reflect the diversity of the bar and the classes they seek to represent—from the standpoint of age, gender, experience, and geographic location.[7]

[6] Sam Roberts, *Melvyn Weiss, Lawyer Who Fought Corporate Fraud, Dies at 82*, N.Y. TIMES, (Feb. 5, 2018), https://www.nytimes.com/2018/02/05/obituaries/melvyn-weiss-lawyer-who-fought-corporate-fraud-dies-at-82.html.

[7] *See* Bolch Judicial Institute, Duke Law School, *Guidelines and Best Practices for Large and Mass-Tort MDLs* at 38, 45-46 (2d ed. 2018), *available at* https://judicialstudies.duke.edu/wp-content/uploads/2018/09/MDL-2nd-Edition-2018-For-Posting.pdf ("Duke Guidelines") ("The judge's primary responsibility in the selection process is to ensure that the lawyers appointed to leadership positions are capable and experienced and that they will responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds.").

# LOCATIONS

PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

FLORIDA
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131

ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

NEW YORK
100 Garden City Plaza, Suite 408
Garden City, New York 11530

TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

NETHERLANDS

UNITED KINGDOM

# EXHIBIT B

HAUSFELD
FOR THE CHALLENGE

# FIRM RESUME
# HAUSFELD PRIVACY & DATA BREACH



## About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier of private enforcement of antitrust/competition law, as well as a firm to watch in privacy law, in both the United States and the United Kingdom by *The Legal 500* and *Chambers and Partners*. Our German office is also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Privacy & Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

### Privacy & Data Breach

Hausfeld has long been recognized as a leader in cybersecurity and privacy litigation and has been involved in many of the largest and most cutting-edge data breach and privacy cases – both in the United States and in Europe. Hausfeld's Technology & Data Breach attorneys have led dozens of cases and been pioneers in seeking compensation for victims of data breaches and privacy violations. Hausfeld has also contributed to the development of privacy law in the United States and abroad. We have recovered billions of dollars of benefits for consumers and other entities in legal actions against retailers, healthcare companies, credit bureaus, and others whose ineffective security measures led to the exfiltration of private information. We have also been pioneers in seeking enhanced business practice changes to ensure that such data is protected in the future.

Hausfeld's accolades in the cybersecurity world are unmatched. Hausfeld is the only plaintiffs' firm in the country ranked by *Legal500* in Cyber Law (including data privacy and data protection). *Chambers and Partners* ranks the leading lawyers and law firms across the world. In 2025, it ranked Jamie Pizzirusso, Hausfeld's Techynolgy & Data Breach practice group leader, (for the fifth year in a row) as a top lawyer in "Privacy and Data Security: Litigation." It described Mr. Pizzirusso as "a highly experienced litigator, noted for his successful track record acting for plaintiffs in high-stakes cybersecurity and privacy law class actions." Hausfeld is also the only Plaintiffs' firm in the country to be ranked for the fifth year in a row by *Chambers* in the category of Privacy & Data Security: Litigation, Nationwide where they wrote: "Hausfeld provides high-quality counsel, really some of the best and brightest." In 2024, *The National Law Journal* recognized Hausfeld as the top firm in the Privacy/Data Breach category in their Elite Trial Lawyer awards. The *The National Law Journal* also named Mr. Pizzirusso as one of its "2023 Class Action/Mass Tort Trailblazers" for his work on data breach and privacy cases and in 2017 as a "Cybersecurity Trailblazer." In 2020, *The National Law Journal* recognized Mr. Pizzirusso as a "Washington Trailblazer" for his role in data breach and privacy matters. *Law360* recognized Hausfeld as having a "2021

Practice Group of the Year" in Cybersecurity & Privacy. Additionally, in 2021, Mr. Pizzirusso was personally named as one of *Law360's* "Cybersecurity & Privacy MVPs" (the only plaintiffs' attorney to receive that distinction). *SuperLawyers* has recognized Mr. Pizzirusso as a "Top Rated Class Action & Mass Torts Attorney" in Washington, DC since 2016 and Lawdragon has named him as one of 500 Leading Plaintiff Consumer Lawyers since 2019.

**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**
*The Legal 500*

## Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. The firm's inventive cross border solutions work to the benefit of the multinational companies it often represents.

### Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times*, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

### Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 165 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

## Litigation achievements

Hausfeld has achieved groundbreaking decisions and settlements on behalf of victims of data breach and privacy violations, including:

***In re: T-Mobile Customer Data Security Breach Litigation MDL*** Represented a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

***In re Marriott International Inc., Customer Data Security Breach Litig.*** Representing a class of plaintiffs as co-lead plaintiffs' counsel against hotel chain Marriott and its data security vendor Accenture. Hausfeld's filing came on the heels of Marriott's admission that approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. The opinion allows the plaintiffs to seek damages related to overpayment for hotel rooms, as well as statutory and nominal damages. The Court also found that consumers might be able to recover damages for the inherent value of their personal information stolen during the breach. This is by far the largest of any consumer data breach class action ever certified. The order was later overturned on other grounds.

***In re Equifax, Inc. Customer Data Security Breach Litig.*** Reached a $1.5 billion settlement for data breach victims as part of the court-appointed Plaintiffs' Steering and Settlement Committee. This massive 2017 breach exposed the Social Security numbers, birth dates, addresses, driver's licenses, and credit card numbers of millions of consumers. In 2021, the Eleventh Circuit Court of Appeals upheld the settlement over the appeal of several objectors making it the largest data breach settlement ever approved by a Circuit Court of Appeals.

***In re TikTok, Inc. Consumer Privacy Litig.*** Obtained a $92 million settlement, one of the largest Biometric Information Protection Act ("BIPA") settlements ever, against popular app, TikTok. TikTok violated the Illinois BIPA laws, as well as numerous other privacy statutes, with its face capturing software that numerous minors and young adults use to share videos and messages.

***In re Target Corporation Customer Data Security Breach Litig.*** Secured a $60 million settlement to a nationwide class of financial institutions after class certification. This data breach was the largest data breach at the time, where financial institutions were forced to replace millions of credit cards. The settlement covered the out-of-pocket costs sustained due to the breach and required Target to implement numerous data security changes going forward.

***In re Premera Blue Cross Customer Data Sec. Breach Litig.*** Secured a $74 million settlement, as a member of the Executive Leadership Committee, on behalf of health insurance customers' whose data was stolen. Premera Blue Cross was aware of their inadequate data security when an employee opened a phishing email, giving hackers access to company data.

***Baker v. ParkMobile, LLC.*** This case asserts that ParkMobile was negligent in allowing attackers to access records of 21 million customers. Consumers sued ParkMobile LLC for a data breach that affected users of the parking app. The ParkMobile app allows users to pay for parking without having to use a traditional meter. The complaint alleges that ParkMobile was negligent in its safeguarding of consumer data, which led to the data breach of users' license plate numbers, email addresses, telephone numbers, passwords, and other mobile app account information. The cases in the Northern District of Georgia have been consolidated and Swathi Bojedla of Hausfeld was appointed to the Plaintiffs' Steering Committee. ParkMobile moved to dismiss arguing that the plaintiffs' negligence claim fails because the company did not have a duty to protect consumer data under Georgia law, and no personal information was affected. In August 2022, however, the court disagreed, holding that ParkMobile did indeed have a legal duty to protect the information that was compromised, and, as such, it was too early in the proceedings to simply accept ParkMobile's premise that sensitive information was not exposed. In September 2023, Park Mobile again attempted to have the case dismissed in a Motion for Judgment on the Pleadings but the court once again denied most of the Motion dismissing only three of the pending claims. Hausfeld took the lead role on drafting the plaintiffs' class certification motion, securing final approval on a $30,000,000 settlement in 2025.

***In Re: Post Meds, Inc. Data Breach Litigation***. Hausfeld serves as co-lead counsel, appointed in March 2024, in a data breach case against Post Meds, Inc. an online pharmacy delivery service that was targeted by cybercriminals who stole customers' sensitive information during a breach of its systems in August 2023. Information stolen included pharmacy management files, patient names, medications, and prescribing doctor information. The team has brought action against Post Meds seeking monetary damages, restitution, and/or injunctive relief for a proposed class of individuals whose who allege that the breach exposed users' personally identifying information of hundreds of thousands of patients. A $7,500,000 settlement was reached and final approval obtained in 2025.

***In re Wawa, Inc. Data Security Litigation.*** Hausfeld serves as court-appointed Interim Co-lead Counsel in In re Wawa Data Security Litigation (No. 19-cv-6019, E.D. Pa.) for a proposed class of financial institutions alleging the convenience-store chain's negligence resulted in a massive data breach, compromising more than 30 million payment cards used at up to 850 store locations on the East Coast. The card issuers sustained losses from issuing refunds for fraudulent purchases, replacing compromised cards, and monitoring and blocking unauthorized transactions, among other injuries. In May 2022, the Court rejected Wawa's arguments and motion to dismiss Plaintiffs' claims for negligence and injunctive relief. On March 13, 2023, plaintiffs filed for preliminary approval settlement of up to $28.5 on behalf of a class of financial institutions, led by a plaintiff group composed of Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit. Of the $28.5 million settlement, up to $18.5 million will directly compensate financial institutions for card cancellations and replacement costs, up to $8 million will compensate card issuers for fraud losses incurred on affected customer cards, and up to $2 million for other costs incurred by financial institutions from the breach as an alternative to filing another form of claim.

***Bointy v. Integris Health, Inc.*** Hausfeld serves as Co-Lead Counsel in this state court class action arising from a cyberattack on Integris Health, Oklahoma's largest nonprofit healthcare system. The breach compromised the personal and medical information of approximately 2.4 million individuals, including names, birthdates, contact details, health diagnoses, and insurance information. After coordinated case development and settlement negotiations, the parties reached a $30 million settlement that includes monetary compensation, credit monitoring, and mandatory improvements to Integris's cybersecurity infrastructure that was granted final approval in December 2025.

# JAMES J. PIZZIRUSSO

**Partner**
Washington, DC

jpizzirusso@hausfeld.com
+1 202 540 7154
LinkedIn



## OVERVIEW

As a co-founder of the firm and current member of the firm's Management Committee, James has led Hausfeld's Data Breach/Privacy and Consumer Protection practice groups since the firm's inception and courts have personally appointed him to leadership positions in dozens of successful class actions. He has diverse practice centering on cybersecurity and privacy law, but he has also handled cases involving consumer protection, antitrust law (with an emphasis in agriculture), and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

**Clients**

James has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients. Aside from representing consumers suffering from data breaches, privacy violations and consumer fraud, his clients have included musicians (e.g., Chuck D. of Public Enemy and The Black Sheep) and professional athletes (e.g., Jim Brown). He has successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

James' distinctive approach to litigation has resulted in recoveries of billions of dollars for his clients and class members.

## EDUCATION

George Washington University Law School, J.D., with honors, 2001
University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

## BAR ADMISSIONS

District of Columbia
The Supreme Court of the United States
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Sixth Court
United States Court of Appeals for the Ninth Court
Several Federal District Courts

## AFFILIATIONS

ABA Antitrust Law Section's Consumer Protection Committee, Vice Chair (2022-2024)
ABA Antitrust Law Section's Competition Torts Committee, Vice Chair (2020-2022)
ABA Antitrust Section's Food & Agriculture Committee, Co-Chair (2017)
ABA Antitrust Section's Food & Agriculture Committee, Vice Chair (2014-2016)
ABA Antitrust Section's Trade, Sports, Professional Associations Committee, Vice Chair (2012- 2013)
George Washington University Law School, Adjunct Professor, Environmental and Toxic Torts (2009)
George Washington University Law School, Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic (2007)
Sedona Conference Data Security and Privacy Liability (Working Group 11) Steering Committee, Appointed Member (2020-2023)

## WHAT OTHERS SAY

**Chambers and Partners**
- Band 2, Privacy and Data Security: Litigation, since 2024
- Band 3, Privacy and Data Security: Litigation since 2021-2024
- Global Guide: Privacy & Data Security: Litigation - USA in 2023
- Hausfeld ranked as band 1 in Privacy and Data Security Litigation (nationwide) (the only Plaintiffs' firm in the country to receive a Band 1 ranking)

**Financial Times**
- Shortlisted Hausfeld for the "Innovative Lawyers in Cyber Security and Data Protection" Award

**Law360**
- Hausfeld recognized as "2021 Practice Group of the Year" in Cybersecurity & Privacy
- Cybersecurity & Privacy MVP in 2021 (the only plaintiffs' attorney to receive that distinction)
- Runner up Litigator of the Week in December 2023

**Lawdragon**
- 500 Leading Environmental & Energy Lawyer in 2021
- The Green 500: Leaders in Environmental Law in 2021
- 500 Leading Plaintiff Consumer Lawyers since 2019
- 500 Leading Litigators in America in 2022

**Legal 500**
- Hausfeld ranked as Tier 4 in Media, Technology, and Telecom: Cyber Law (Including Data Privacy and Data Protection) since 2024

**National Law Journal**
- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024
- Class Action/Mass Tort Trailblazer in 2023
- Washington, D.C. Trailblazer in 2020
- Cybersecurity Trailblazer in 2017

**Super Lawyers**
- Super Lawyer, Consumer Law in Washington, DC since 2016

**Who's Who Legal**
- Global Leader, Competition: Plaintiff in 2020 & 2023
- International Who's Who of Competition Lawyers & Economists by the Global Competition Review and Who's Who Legal in 2014.

**Other**

- DC Local Litigation Star from 2013-2015 and Antitrust Litigation Star in 2012 by Benchmark Litigation.
- One of just four Rising Stars under 40, Consumer Protection and Privacy Law in 2012 by Law360.
- James is regularly asked to appear as a speaker at conferences around the country and has presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation.
- Legal 500 - Firms To Watch: Cyber law (including data privacy and data protection)

# EXPERIENCE

## Technology & Data Breach (Practice Group Chair)

**MDLs (14)**

- *In re PowerSchool Holdings, Inc. and PowerSchool Group Customer Sec. Breach Litig.*, 25-md-3149-BEN-MSB (S.D. Cal.) (Co-Lead)
- *In re: Evolve Bank & Trust Cust. Data Sec. Litig.*, 2:24-md-03127-SHL (W.D. Tenn.) (PSC) ($11M settlement)
- *In re: Snowflake, Inc., Data Sec. Breach Litig.*, 2:24-md-03126-BMM (D. Mont.) (PEC) (various settlements)
- *In re: Perry Johnson & Associates Medical Transcription Data Sec. Breach Litig.*, 1:24-MD-3096-RPK-LGD (E.D.N.Y.) (Co-Lead)
- *In re: MOVEit Customer Data Sec. Breach Litig.*, 1:23-md-03083-ADB (D. Mass.) (PSC) (various settlements)
- *In re: T-Mobile 2022 Customer Data Sec. Breach Litig.*, 4:23-md-03073-BCW (W.D. Mo.) (Co-Lead)
- *In re: Overby-Seawell Co. Customer Data Sec. Breach Litig.*, MDL No. 1:23-md-03056 (N.D. Ga.) (PSC) ($6.5M settlement)
- *In re: T-Mobile Data Security Breach Litig.*, MDL No. 4:21-md-03019-BCW (W.D. Mo.) (Co-Lead) ($500M settlement)
- *In re: American Medical Collection Agency, Inc. Customer Data Sec. Breach Litig.*, MDL No. 19-md-2904 (D.N.J.) (Steering Committee) (various settlements)
- *In re: Marriott International Inc., Customer Data Security Breach Litig.*, MDL No. 19-md-2879 (D. Md.)
- *In re: Equifax, Inc. Customer Data Sec. Breach Litig.*, MDL No. 1:17-md-2800-TWT (N.D. Ga.) (PSC and Settlement Committee) ($500 million settlement with $1 billion in upgraded data security) (largest data breach settlement ever reached)
- *In re: Premera Blue Cross Customer Data Sec. Breach Litig.*, MDL No. 3:15-md-2633-SI (D. Or.) (Executive Leadership Committee) ($74M settlement)
- *In re: The Home Depot, Inc. Customer Data Security Breach Litig.*, MDL No. 14-md-02583 (N.D. Ga.) (Chair of PSC) (~$35M settlement)
- *In re: Target Corporation Customer Data Security Breach Litig.*, MDL No. 14-2522 (D. Minn.) (Steering Committee on behalf of financial institutions) ($60M settlement)

**Other (28)**

- *In re: Oracle Corp. Data Breach Litig.*, 1:25-cv-01964-ADA (W.D. Tex.) (PSC, Settlement Chair)
- *In re: Kelly Benefits Data Breach Litig.*, 1:25-cv-1304-SAG (D. Md.) (Co-Lead)
- *In re: Boyd Gaming Corop Breach Litig.*, 2:25-cv-01814 (D. Nev.) (Co-Lead)
- *In re Anne Arundel Data Breach Litig.*, 1:25-cv-02274-GLR (D. Md.) (Co-Lead)
- *Doe 1 v. Weiss*, 2:25-cv-10999-MAG-EAS (E.D. Mich.) (Co-Lead)
- *In re: Capital One Financial Corporation, Affiliate Marketing Litigation*, 1:25-cv-00023-AJT (E.D.V.A.) (Co-Lead)
- *Harrell v. WebTPA Employer Services, LLC.*, No. 3:24-cv-01158-L-BN (PSC, $13.75M settlement)
- *Stroup, et al. v. Cardiovascular Consultants, LTD.*, Case No. CV2023-020048 (Ariz. Sup. Ct., Maricopa County) (PSC, $3.85M settlement)
- *In re: Sav-RX Data Breach Litig.*, 8:24-00204-RFR-RCC (D. Neb.) (Co-Lead)
- *In re: HealthEC LLC Data Breach Litig.*, No. 2:24-cv-00026-JKS-ESK (D.N.J.) (Plaintiffs' Executive Committee) ($5.5M settlement)

- *In re: Harvard Pilgrim Data Security Incident,* No. 1:23-11211-NMG (D. Mass.) (Co-Lead) ($16M settlement)
- *Detrixhe v. Integris Health, Inc.,* CJ-2023-7235 (Dist. Ct. Okl. Cty) (Co-Lead) ($30M settlement)
- *In re: Entertainment Partners Data Breach Litig.,* 2:23-cv-06546-CAS-PVC (PSC) ($10M settlement)
- *In re: Postmeds, Inc., Data Breach Litig.,* No. 4:23-cv-05710-HSG (N.D. Cal.) (Co-Lead) ($7.5M settlement)
- *In re: Enzo Biochem Data Sec. Litig.,* 2:23-cv-04282 (E.D.N.Y.) (Co-Lead) ($7.5M settlement)
- *Gordon v. Zeroed-In Technologies, LLC,* 1:23-cv-03284-BAH (D. Md.) (Co-Lead)
- *Cabezas v. Mr. Cooper Group, Inc.,* No. 3:23-cv-2453-N (N.D. Tex.) (Chair of EC)
- *In re: Capital Health Systems, Inc., Data Breach Litig.,* No: 3-23-cv-23234 (D.N.J.) (Co-Lead)
- *Miller v. NextGen Healthcare, Inc.,* 1:23-cv-02043 (N.D. Ga.) (PSC) ($19,375,000 settlement)
- *Owens v. MGM Resorts Int'l.,* 2:23-cv-01480 (D. Nev.) ($45 million settlement)
- *In re: Data Breach Sec. Litig. Against Caesars Ent., Inc.,* 2:23-cv-01447 (D. Nev.) (PSC)
- *In re: HCA Healthcare, Inc. Data Sec. Litig.,* 3:23-cv-00684 (M.D. Tenn.) (Executive Committee)
- *Doe v. Highmark, Inc.,* No. 2:23-cv-00250-NR (W.D. Pa.) (PSC); Price v. Carnival Corp., 3:23-cv-00236-GPC-DTF (S.D. Cal.) (Co-Lead)
- *Kolstedt v. TMX Fin. Corp. Serv., Inc.,* 4:23-cv-00076 (S.D. Ga.) (PSC) ($32M settlement))
- *In re: LastPass Data Sec. Incident Litig.,* 1:22-cv-12047-PBS (D. Mass.) (Co-Chair of PSC)
- *In re: Arby's Rest. Group, Inc. Data Security Litig.,* 1:17-cv-514-AT (N.D. Ga.) (Co-Lead) (~$5M settlement)
- *First Choice Federal Credit Union v. Wendy's,* 2:16-cv-00506 (W.D. Pa.) (Plaintiffs' Executive Committee) ($50M settlement)
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* 1:15-cv-02228 (N.D. Ill.) (Co-Lead) (~$18.5M settlement)

## Antitrust/Competition

- *In re Processed Egg Products Antitrust Litig.* – $136 million in settlements reached on behalf of direct purchasers of shell eggs.
- *In re Fresh and Process Potatoes Antitrust Litig.* – $19.5 million settlement reached on behalf of purchasers of potatoes.
- *In re New Jersey Tax Sale Certificates Antitrust Litig.* – $9.5 million settlement on behalf of victims of bid-rigging conspiracy related to tax sale certificates.

## Deceptive Business Practices & Consumer Protection

- *Morris v. Bank of America, N.A.* (Co-lead, $75 million settlement involving excessive overdraft and insufficient funds fees)
- *In re Sony PS3 "Other OS" Litig.* (Co-Lead, $4 million settlement)
- *Radosti v. Envision EMI, LLC* (Co-Lead, $17.5 million nationwide settlement)
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.* (Co-Lead, $8 million nationwide settlement)
- *Brown v. Transurban (USA), Inc.* (Co-lead, nationwide settlement in this case involving excessive toll lane fees)
- *In re Honey Transshipping Litig.* (Co-Lead, $4 million nationwide Lanham Act settlement on behalf of honey producers)
- Represented Vital Farms in Lanham Act litigation against competitor resulting in confidential settlement

## Environmental & Product Liability

- *Bhatia v. 3M Company* (Chair of the Plaintiffs' Executive Committee; $32.5 million settlement for dentists who purchased defective Lava crown material)
- *Wolph v. Acer America Corp.* (Co-lead; disputed class involving defective computers certified on a nationwide basis; $22.7 million settlement)
- *Pelletz v. Weyerhaeuser Company* (Case involving defective decking product; nationwide settlement)
- *In re Monsanto Company Genetically-Engineered Wheat Litig.* (Chair of lead counsel group; settled claims for individual wheat farmers impacted by contamination from genetically engineered wheat)
- Represented numerous farmers and landowners in Barbados related to jet fuel contamination claims, confidential settlement achieved.

**Sports & Entertainment**

- *In re Warner Music Group Corp. Digital Downloads Litig.* – Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *James v. UMG Recordings, Inc.* - Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *Dryer v. Nat'l Football League* – $50 million settlement on behalf asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

# EXHIBIT C

# Siri | Glimstad

## FIRM RESUME

SG

# Class Action Practice Group

With attorneys across the country, Siri & Glimstad LLP represents clients from coast to coast in class actions and mass torts in state and federal courts. Utilizing decades of experience at major global law firms, we tackle each dispute with a sophisticated, strategic approach, and we fight hard for every one of our clients.

# Offices Nationwide

**NEW YORK**
745 Fifth Ave • Suite 500
New York, NY 10151

**PHOENIX**
11201 N. Tatum Boulevard • Ste 300
Phoenix, AZ 85028

**WASHINGTON D.C.**
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

**AUSTIN**
1005 Congress Avenue • Ste 925-C36
Austin, TX 78701

**CHICAGO**
111 West Jackson Blvd
Chicago, IL 60604

**MIAMI**
20200 West Dixie Highway • Ste 902
Aventura, FL 33180

**DETROIT**
220 West Congress Street • 2nd Floor
Detroit, MI 48226

**LOS ANGELES**
700 S Flower Street • Ste 1000
Los Angeles, CA 90017

**CHARLOTTE**
525 North Tryon Street • Ste 1600
Charlotte, NC 28202

**1-888-SIRI-LAW (747-4529)**

# Admitted States

Alabama • Arizona • California • Colorado • Connecticut • District of Columbia • Florida Idaho • Illinois • Kentucky • Maryland • Massachusetts • Michigan • Mississippi • Minnesota New Jersey • New York • North Carolina • Oklahoma • Oregon • Pennsylvania • South Carolina • Tennessee Texas • Virginia

# Attorney Profiles

## Aaron Siri

*Managing Partner*



Aaron Siri is the Managing Partner of Siri & Glimstad LLP and has extensive experience in a wide range of complex civil litigation matters, with a focus on civil rights, class actions, and commercial litigation.

Mr. Siri has successfully litigated numerous civil rights cases, prosecuted class actions against large corporations resulting in payments to hundreds of thousands of Americans, and has acted as counsel to clients in multiple commercial disputes exceeding one billion dollars, including regarding Oracle Team's challenge for the America's Cup and the collapse of the World Trade Center.

Prior to founding Siri & Glimstad, Mr. Siri was a litigation attorney at Latham & Watkins for over five years. Before Latham, Mr. Siri clerked for the Chief Justice of the Supreme Court of Israel from 2004-2005 where he advised the Chief Justice of relevant American, English (including Commonwealth Countries), and International Law precedents for cases of first impression.

Mr. Siri has also been involved in various pro-bono matters, including representation of asylum applicants, housing discrimination victims, and non-profit organizations in tenant-landlord disputes, as well as being chosen as a Frank C. Newman delegate to present a paper he authored before the United Nations Human Rights Sub-Commission.

Mr. Siri earned his law degree at the University of California, Berkeley School of Law where he received four Prosser Prizes and ten High Honors. He was also the Editor-in-Chief and founder of the Berkeley Business Law Journal, which he developed into a nationally recognized publication, and was ranked as the leading commercial law journal in the country.

Prior to law school, Mr. Siri was an auditor at Arthur Andersen LLP, where he examined internal controls and audited corporate documents for private and public micro-cap technology companies. Mr. Siri is a Certified Public Accountant and an attorney admitted in federal and state courts across the country.

Mr. Siri is regularly interviewed on national television for his expertise regarding certain legal issues. He has also been published in the Washington Post, Stat News, and Bloomberg.

# Mason A. Barney

*Senior Partner*



Mason A. Barney is an experienced trial attorney who for nineteen years has represented both individuals and corporations in complex litigations. Mr. Barney received his J.D., *summa cum laude* from Brooklyn Law School, in 2005, where he graduated second in his class of nearly 500 students, and received numerous academic honors, in addition to being an editor on the Brooklyn Law Review. He then served as a law clerk to the Honorable Judge David G. Trager in the U.S. District Court for the Eastern District of New York. After clerking, he joined the litigation department at Latham & Watkins LLP, and later joined Olshan Frome Wolosky LLP a large established New York City law firm. Before law school, Mr. Barney earned his B.A. from Bowdoin College, where he double majored in Computer Science and Studio Art, and after college he served as a lead database developer for three years at a successful Internet start-up in Washington D.C.

Mr. Barney focuses his practice on class actions and representing individuals in complex litigations. In this practice he has won tens of millions of dollars for his clients. Among other matters, Mr. Barney has fought to stop companies from illegally spamming consumers with unwanted phone calls, has worked to stop companies from illegally obtaining their customers' biometric information (e.g., facial scans and fingerprints), and obtained recovery for numerous victims of data breaches. Mr. Barney has also served as counsel of record for numerous lawsuits involving alleged violations of the Illinois Genetic Information Privacy Act, successfully opposing dispositive motions and defeating improperly raised affirmative defenses.

Mr. Barney is recognized by the New York Legal Aid Society for his outstanding pro bono work representing indigent individuals in matters concerning prisoners' rights, immigration, and special education.

Mr. Barney has published a number of articles concerning a variety of legal issues. These include authoring or co-authoring: *The FBI vs. Apple: What Does the Law Actually Say?,* Inc. Magazine (February 2016); *Can Lawyers Be Compelled to Produce Data They Compile? An Emerging Front in the Trenches of e-Discovery Battles*, Bloomberg BNA (May 2015); *Legal Landscape for Cybersecurity Risk is Changing as Federal Government and SEC Take Action*, Inside Counsel Magazine (May 2015); *Tellabs v. Makor, One Year Later*, Securities Law 360 (July 2008); *Not as Bad as We Thought: The Legacy of Geier v. American Honda Motor Co.in Product Liability Actions,* 70 Brooklyn L. Rev. 949 (Spring 2005). Mr. Barney serves as an adjunct professor at Brooklyn College in New York, teaching Education Law in its graduate studies program, and separately has presented continuing legal education instruction regarding the Foreign Corrupt Practices Act.

## Elizabeth Brehm

*Senior Partner*



Elizabeth Brehm graduated from Boston University with a Bachelor of Science and earned her master's degree from Long Island University at C.W. Post. She attended Hofstra Law School and obtained a Juris Doctorate, graduating *magna cum laude*, in 2008.

After law school, Ms. Brehm spent a year at Winston & Strawn LLP where she focused on products liability litigation. For nine years prior to joining Siri & Glimstad, Ms. Brehm worked for a New York law firm where she focused on antitrust class action lawsuits, health care fraud, and qui tam and whistleblower litigations.

Ms. Brehm has been an attorney at Siri & Glimstad for over two years and has handled numerous complex litigation matters, including class action matters.

## Walker Moller

*Partner*



Before law school, Walker Moller worked and volunteered for three years in 15 countries throughout Southeast Asia, Oceania, and Africa. While at Mississippi College School of Law, Walker clerked at the Mississippi Supreme Court and was on the Law Review. He graduated *summa cum laude* in 2014 and earned the highest grade in eight courses. After graduation, Walker clerked for a federal judge at the United States District Court, Western District of Louisiana, where he gained exposure to a large volume of employment discrimination matters, products liability cases, and constitutional litigation.

Walker then worked for the U.S. Army Corps of Engineers from 2015 to 2021, where his practice focused on federal contracts and civil litigation in various administrative courts. Immediately before joining Siri & Glimstad, Walker achieved full dismissal of a lawsuit against the Corps of Engineers that implicated $68M worth of federal contracts.

## Tyler J. Bean

*Partner*



Tyler J. Bean graduated from the University of Oklahoma's Michael F. Price College of Business in 2015 and obtained a Juris Doctorate from the University of Oklahoma in 2019, where he served as editor for the Oil and Gas, Natural Resources, and Energy Law Review Journal. Mr. Bean also received numerous academic honors as a law student, including being named to the Faculty Honor Roll and Dean's List.

After graduating law school and serving as in-house counsel for a large, multi-billion-dollar retail organization, Mr. Bean turned his focus to complex civil litigation and consumer class actions, with a particular emphasis on data breach and privacy matters. He has years of experience as a data breach and privacy lawyer, having played a significant role as class counsel in successfully litigating numerous data breach and privacy class actions from inception through discovery and court approved settlements, recovering millions of dollars for hundreds of thousands of consumers, patients, students, and employees across the country who have been victims of negligent data security and privacy practices.

## Kent. M. Williams

*Attorney*



Kent M. Williams has over 30 years of experience representing large classes of consumers, employees, and small businesses in antitrust, wage and hour, consumer fraud, data breach, privacy, employment discrimination, securities fraud, trespass, and product liability lawsuits.

Mr. Williams received his J.D. magna cum laude with legal writing honors from the University of Minnesota in 1991, where he was published in the University of Minnesota Law Review and competed against other law schools as a member of Minnesota's Jessup International Law Moot Court Competition Team.

After a summer internship with Jenner & Block in Chicago, Mr. Williams decided to remain in the Twin Cities, where he joined Dorsey & Whitney, one of the largest firms in the Midwest. After a few months, Mr. Williams yearned for more "hands on" experience, so he moved to Opperman Heins & Paquin (now known as Lockridge Grindal Nauen PLLP), a class action boutique where he was responsible for a variety of class and non-class matters. One of his most memorable experiences at OHP was coordinating the successful defense of the late Dr. John S. Najarian, a renowned surgeon who was accused by the Food and Drug Administration of illegally marketing and selling Minnesota antilymphocyte globulin ("MALG"), an anti-rejection

drug that Dr. Najarian had developed into what became the immunosuppressive "gold standard" for transplant surgery.

In 1994, Mr. Williams and four other attorneys formed a new class action firm, Heins Mills & Olson, P.L.C. His practice expanded to include class actions against major manufacturers of infant formula, industrial diamonds, hearing aids, polybutylene pipe, synthetic stucco, and other products. He advocated fiercely for consumers in antitrust cases, winning one of the first-ever contested indirect purchaser class certifications in the country, as well as an appellate court victory in North Carolina that established a private right of action for indirect purchasers in that state. Mr. Williams also represented landowners in class actions alleging trespass against railroads and telecommunications companies for burying fiber optic cable on private property without permission.

A firm believer that "variety is the spice of life," in the mid-2000s, Mr. Williams decided to open a solo practice that allowed him to branch out into other areas of the law, while continuing to represent plaintiffs in class actions and other complex commercial matters. Over the next twenty years, Mr. Williams successfully handled a diversity of probate, family law, land-use, administrative law, criminal law, and employment law matters. During that same time period, he served as trial and/or lead counsel in a number of behemoth class actions brought against Big Pharma, Microsoft, and other large corporations. Mr. Williams is recognized as one of the first lawyers in the country to wage mass arbitration "guerilla warfare" (in the words of one legal commentator) by bringing hundreds of individual wage-and-hour arbitrations against a large, well-known restaurant chain.

More recently, Mr. Williams has expanded his practice to include consumer privacy litigation. He manages the Firm's genetic and biogenetic information privacy litigation group, and he serves as class counsel in a number of privacy cases, including one brought against a well-known online healthcare company. At the same time, Mr. Williams continues to advocate for consumers victimized by price-fixing, monopolization, securities fraud, financial fraud, and other unlawful schemes.

## Oren Faircloth

*Attorney*



Oren Faircloth graduated from McGill University in 2009 with a Bachelor of Arts degree in Political Science. Before attending law school, he served in the armed forces from 2010 to 2011. Mr. Faircloth graduated from Quinnipiac University School of Law, *magna cum laude*, in 2016.

Prior to joining Siri & Glimstad, Mr. Faircloth worked for a boutique law firm where he spearheaded ERISA class action lawsuits against Fortune 500 companies, including: Huntington Ingalls, Rockwell Automation,

Raytheon, UPS, U.S. Bancorp, Delta Air Lines, and Sprint. Mr. Faircloth was involved in the prosecution of numerous successful class actions in which over $100 million dollars have been recovered for tens of thousands of employees around the country. In 2022, Mr. Faircloth was recognized by Super Lawyers magazine as a Rising Star in the field of class action.

Mr. Faircloth focuses his practice on class actions and representing individuals in complex litigations. He presently represents individuals who have been denied reimbursement for work-related expenses from their employers, denied sufficient lactation accommodations in the workplace, and denied actuarially equivalent pension benefits. Mr. Faircloth has also represented several individuals on a pro bono basis, negotiating favorable settlements for violations of their constitutional rights.

## Wendy Cox

*Attorney*



Prior to joining Siri & Glimstad, Ms. Cox served for 21 years in the United States Army as an Army Nurse Corps officer and as an Army Judge Advocate. As a nurse corps officer, Ms. Cox worked in several clinical settings to include a pediatric unit, a specialty surgical unit, and an orthopedic surgical unit. During her last year as an Army Nurse Corps officer, she taught Army medics in basic life-saving skills before being selected by the Army to attend law school. After graduating law school in 2005, Ms. Cox prosecuted soldiers, advised on operational law issues, taught Constitutional Law at West Point, and advised senior leaders on a variety of legal issues. Following her retirement from the United States Army in 2018, she went on to continue serving soldiers as an attorney for the Office of Soldiers' Counsel.

Wendy Cox graduated *cum laude* from the State University at Buffalo Law School in New York and *summa cum laude* from Norwich University with a Bachelor of Science in Nursing. She went on to get her Master of Laws (L.L.M.) degree in Military Law in 2008.

## Catherine Cline

*Attorney*



Catherine Cline has extensive experience in a wide range of civil law, including constitutional, administrative, employment, and election law. Prior to joining Siri & Glimstad, Ms. Cline served as a judicial law clerk for judges in the U.S. District Court for the Middle District of Pennsylvania, the Commonwealth Court of Pennsylvania, and the Supreme Court of Pennsylvania.

Ms. Cline attended law school on a full tuition scholarship, during which time she served as the Editor-in-Chief of the law review and as intern for a U.S. District Court Judge in the Middle District of Florida. Before attending law school, Ms. Cline received her Bachelor of Arts in Economics with a Minor in Business and the Liberal Arts from Penn State University and worked in the Tax Credit Division of the Pennsylvania Department of Community and Economic Development.

## Dana Smith

*Attorney*



Dana Smith is a seasoned litigator. Prior to joining Siri & Glimstad, Ms. Smith focused most of her legal career on personal injury litigation, including representing individuals harmed due to corporate negligence. Ms. Smith is also experienced in various domestic areas of practice, including divorce, high-conflict custody disputes, and child welfare law.

Ms. Smith graduated *cum laude* from the North Carolina Central University School of Law. Additionally, she received her Bachelor of Arts in Romance Languages from the University of North Carolina at Chapel Hill.

## Sonjay Singh

*Attorney*



Sonjay Singh is a seasoned litigator with broad experience in data privacy matters.

Prior to joining Siri & Glimstad, Mr. Singh worked with prominent plaintiffs' firms in the District of Columbia and Pennsylvania, where he brought claims for individuals affected by data privacy violations, predatory lending, defective products, false advertising, institutional abuse, and other corporate misconduct. Mr. Singh has also practiced as a trial lawyer, pursuing personal injury, medical malpractice, defective premises, and other tort cases on behalf of his clients.

Mr. Singh graduated from Temple University's Beasley School of Law with both his J.D. and a certificate in Trial Advocacy and Litigation. During his time in law school, he was active on campus, and served as Vice President of the Student Bar Association. Mr. Singh also competed on Temple's highly-ranked Trial Team, winning the Inter-American Invitational at the University of Puerto Rico among other honors. For his dedication to plaintiffs' representation, Mr. Singh was named the Eisenberg Scholar, a scholarship given yearly to the outstanding student in civil litigation, and received the Trial Program Award for excellence in trial advocacy. Upon

graduating, Mr. Singh was inducted into the Rubin Public Interest Society for his commitment to public service.

Mr. Singh is active in the legal community, and served as the 2022-23 Communications Chair for the MSBA Young Lawyers Division. Before starting his legal career, Mr. Singh co-founded a DEI hiring and recruiting startup, and was elected to serve as Democratic Committeeperson for the Townships of Marple and Newtown, PA.

## Neil Williams

*Attorney*



With a robust background in data breach litigation, Mr. Williams is a seasoned legal professional dedicated to protecting the interests of clients in the digital age. Leveraging his extensive experience in cybersecurity law and privacy regulations, he has successfully represented numerous individuals in complex data breach cases. Mr. Williams meticulously navigates the intricate legal landscape surrounding data breaches, providing strategic counsel and vigorous advocacy to achieve favorable outcomes for his clients.

Mr. Williams received his J.D. from Charleston School of Law, where he was awarded CALI Awards on two occasions for the top grade in his class. He also worked alongside several South Carolina Pro Bono Services to ensure that competent legal representation was reaching the most at need populations in the area. Mr. Williams received his undergraduate degree from the University of South Carolina.

## Jordan Underhill

*Attorney*



Prior to joining Siri & Glimstad, Jordan Underhill worked as an Assistant Attorney General for the Texas Office of Attorney General. While at the Texas OAG, he prosecuted multi-million-dollar civil fraud cases against pharmaceutical companies, hospital systems, and other entities accused of misappropriating taxpayer funds.

Mr. Underhill also worked for many years at a nonprofit organization where he provided free legal representation to low-income individuals. His work there covered a wide range of civil litigation, including housing/property law, family law, employment law, and criminal record sealing.

Mr. Underhill obtained his J.D. from the University of Colorado–Boulder, where he served as a student note editor for the Colorado Technology Law Journal and volunteered for the

Colorado Innocence Project. At Siri & Glimstad, he focuses on class actions involving data privacy issues.

## Jack Spitz

*Attorney*



Jack R. Spitz is a graduate of Rutgers School of Law where he was a member of the Rutgers Law Record Journal and interned with the Essex County Public Defender's Office. Following law school, he served as Law Clerk for two judges at the Middlesex County Superior Court in New Brunswick, New Jersey. Subsequently, Mr. Spitz defended a wide variety of personal injury and property damage matters, as well as represented Plaintiffs in employment litigation matters. Prior to law school, Mr. Spitz graduated from Clemson University in South Carolina.

## Sonal Jain

*Attorney*



Sonal Jain has experience in complex commercial litigations as well as class actions. Ms. Jain graduated from the New York University School of Law with an LLM in International Business Regulation, Litigation and Arbitration in 2020 where she gained experience with international dispute resolution. She received her first degree in law (B.A. LL.B.) from ILS Law College, Pune, a prime legal education institution in India. Prior to joining Siri & Glimstad, Ms. Jain held various internships with top-tier law firms in India where she specialized in complex dispute resolution ranging from consumer and corporate litigation to domestic arbitrations.

## Gabrielle Williams

*Attorney*



Ms. Williams obtained her J.D. from the University of Maryland Francis King Carey School of Law. During her time in law school, she represented clients in state court through the Justice for Victims of Crime Clinical Law Program. She also served as an Associate Editor on the Journal of Healthcare Law and Policy, Executive Board Member of the Black Law Students Association, and Class Representative for the Student Bar Association. Prior to joining Siri and Glimstad, Ms. Williams served as a Judicial Law Clerk on the Appellate Court of Maryland.

## Alyssa Tolentino

*Attorney*



Ms. Tolentino represents consumers in class actions involving data privacy issues. She received her J.D. from St. John's University School of Law where she served as Editor-in-Chief of the New York International Law Review. During law school, Ms. Tolentino also represented low income New Yorkers in their housing, employment, and public benefits disputes through the Economic Justice Clinic.

## Albert Asciutto

*Attorney*



Ms. Albert Asciutto is a skilled litigator with extensive experience in class and collective action matters. At Siri & Glimstad, Mr. Asciutto represents plaintiffs in privacy class action lawsuits, advocating for individuals harmed by negligent or unlawful data security and privacy practices.

Before joining Siri & Glimstad, Mr. Asciutto concentrated his practice on wage-and-hour litigation in state and federal courts nationwide, including claims involving unpaid "off-the-clock" work and negligent or fraudulent pay practices. Mr. Asciutto also worked to safeguard the rights of whistleblowers throughout the United States in qui tam actions brought under the False Claims Act, as well as advocated for employees in cases challenging employers' unlawful practices affecting workplace benefits and retirement security under ERISA. Earlier in his career, Mr. Asciutto gained valuable experience litigating large-scale environmental contamination class actions and managing a wide range of pharmaceutical mass tort matters.

After obtaining his Bachelor of Arts degree from Western Michigan University with dual majors in creative writing and criminal justice, Mr. Asciutto received his Juris Doctor from Wayne State University Law School. Outside of the classroom, Mr. Asciutto served as Managing Editor of The Journal of Law in Society, President of the Medical and Health Law Society, and Vice President of Finance for the Entrepreneurship and Business Law Society. Additionally, Mr. Asciutto gained practical experience in the State of Michigan Appellate Defender Office preparing criminal appellate briefs for incarcerated clients, and as a student attorney in the Legal Advocacy for People with Cancer Clinic at the Barbara Ann Karmanos Cancer Institute. Mr. Asciutto also had the privilege of working as research assistant to late U.S. Senator Carl Levin, where he advocated for the reduction of barriers to treatment for those suffering from Opioid Use Disorder.

## Tanner Hilton

*Attorney*



Tanner R. Hilton is an experienced class action litigator with a focus on data breach and privacy litigation. Mr. Hilton has held multiple leadership roles in data privacy cases in both federal and state courts nationwide and has played a key role in successfully managing numerous class actions from their inception through court-approved settlement. Before joining Siri & Glimstad, Mr. Hilton was an attorney at a class action law firm where he focused primarily on data privacy and securities litigation, while also representing plaintiffs in a variety of consumer protection matters.

Mr. Hilton earned his bachelor's degree in political science from Texas A&M University in 2019 and his JD from Oklahoma City University in 2022. During law school, Mr. Hilton competed on two national moot court teams, including the NALSA Moot Court Competition Team and the Hispanic National Bar Association Moot Court Competition Team. He also received the CALI Award for Secured Transactions and was inducted into the Order of the Barristers in 2022.

## Kennedy Brian

*Attorney*



Ms. Kennedy Brian is an accomplished attorney in the data privacy litigation sector who practices in state and federal courts across the nation. She has played a pivotal role in obtaining favorable decisions for data breach victims throughout the United States. Ms. Brian has successfully worked on dozens of data privacy cases and has spoken on various data privacy topics at conferences across the nation.

During law school, Ms. Brian was a member of the American Indian Law Review, received awards for trial techniques and moot court, and was listed on the Dean's Honor Roll.

SG

# Notable Class Actions Handled By Siri & Glimstad LLP

**Hefstetler, et al. v. Upstream Rehabilitation, Inc., et al.**
Case No. 2024-902563.00 (AL Cir. Ct., Jefferson Cty.)
Final approval granted for a settlement involving roughly 545,000 class members and a $4,304,898.50 non-reversionary settlement fund.

**Reedy, et al. v. Everlywell, Inc., et al.**
Case No. 1:24-cv-02713 (N.D. Ill.)
Final approval granted for a settlement involving2 million class members and a $5,000,000 non-reversionary settlement fund.

**In re Retina Group of Washington Data Security Incident Litigation**
Case No. 8:24-cv-00004 (D. Md.)
Final approval granted for a settlement involving 450,000 class members and a $3.6 million non-reversionary settlement fund.

**Terrance Rosa, et al. v. Brightline, Inc.**
Case No. 24-md-03090 (S.D. Fla.)
Final approval granted for a settlement involving over 1 million class members and a $7,000,000 non-reversionary settlement fund.

**In re Berry, Dunn, McNeil & Parker Data Security Incident Litigation**
Case No. 2:24-cv-00146 (D. Me.)
Final approval granted for a settlement involving 2 million class members and a $7.25 million non-reversionary settlement fund.

**Corona-Cantu v. Ingo Money, Inc.**
Case No. 1:24-cv-03023 (N.D. Ga.)
Final approval granted for a settlement involving 27,000 class members and a $1.5 million non-reversionary settlement fund.

**Buchanan v. Sirius XM Radio, Inc.**
Case No. 3:17-cv-00728 (N.D. Tex.)
Appointed co-lead class counsel in a case alleging violations of the TCPA, which resulted in a settlement of $25,000,000, plus free satellite radio service, to a class of 14.4 million members.

**Thomas v. Dun & Bradstreet Credibility Corp**.
Case No. 15-cv-3194 (S.D. Cal.)
Appointed co-lead class counsel in a case alleging violations of the TCPA which resulted in a settlement of $10,500,000.

**Gatto v. Sentry Services, Inc., et al.**
Case No. 13 CIV 05721 (S.D. N.Y.)
Appointed co-lead class counsel in a case involving ERISA claims relating to an ESOP which resulted in a settlement of $11,138,938.

**Kindle v. Dejana**
Case No. 14-cv-06784 (E.D. N.Y.)
Appointed co-lead trial counsel for plaintiffs in an ERISA matter filed as a class action involving breaches of fiduciary duty related to the management and termination of an ESOP, which settled after the beginning of trial for $1,080,000 for the class.

**MacNaughton v. Young Living Essential Oils, LC,**
67 F.4th 89 (2d Cir. 2023)
Successfully reversed motion to dismiss, creating a significant precedent regarding the definition of "puffery" in N.Y. false advertising cases.

**MacNaughton v. Young Living Essential Oils, LC,**
Case No. 24LA0329 (Cir. Ct. Ill.)
Received final approval of settlement in false advertising class action valued at $10,000,000.

**Carter, et al. v. Vivendi Ticketing US LLC d/b/a See Tickets**
Case No. 8:22-cv-01981 (C.D. Cal.)
Final approval granted, appointing firm as sole class counsel, in a data breach class action settlement involving 437,310 class members and a $3,000,000 non-reversionary settlement fund.

**Medina v. Albertsons Companies, Inc.**
Case No. 1:23-cv-00480 (D. Del.)
Obtained final approval of a class settlement involving 33,000 class members and a $750,000 non-reversionary settlement fund.

**In re Sovos Compliance Data Security Incident Litigation**
Case No. 1:23-cv-12100-AK (D. Mass.)
Obtained final approval of a class settlement that includes a non-reversionary settlement fund of $3,534,128.50 involving 490,000 individuals, and separate from the settlement fund, requires the defendant to pay for data security improvements.

**Owens v. US Radiology Specialists, Inc.,**
Case No. 22 CVS 17797 (N.C. Super. Ct.)
Received final approval for settlement in data breach involving 1,309,429 customer's private health information, creating non-reversionary settlement fund of $5,050,000 to compensate class members.

**In re: Planet Home Lending, LLC Data Breach**
Case No. 3:24-cv-127 (D. Conn.)
Final approval granted for data breach settlement affecting 285,000 individuals, which will create a non-reversionary settlement fund valued at $ 2,425,000.

**In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident**
Case No. 2:23-cv-07498 (C.D. Cal.)
Final approval of settlement in second data breach affecting 323,498 individuals, where the settlement agreement calls for the creation of a non-reversionary settlement fund in the amount of $3,250,000.

**Fortra File Transfer Software Data Security Breach Litigation**
Case No. 24-MD-03090-RAR (S.D. Fl.).
Appointed to leadership team in nationwide multi-district litigation concerning data breach affecting more than 4,000,000 individuals' personal and health information.

**In re UNITE HERE Data Security Incident Litigation**
Case No. 1:24-cv-01565-JSR (S.D.N.Y.)
Obtained final approval of data breach settlement affecting roughly 790,000 individuals, creating a non-reversionary settlement fund of $6,000,000 to compensate class members.

# EXHIBIT D

Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual cases in courts throughout the United States

Our attorneys have a long history of obtaining major verdicts and settlements. We frequently lead, co-lead, or perform other leadership roles in class actions of national significance. Examples include the Office of Personnel Management (OPM) data breach litigation (in which one of our attorneys was appointed Liaison Counsel) and the Entran II product liability litigation (in which one of our attorneys served as Co-Lead Counsel and successfully resolved the case for $330 million).

## THE FIRM'S PRINCIPAL LAWYERS

**Gary E. Mason**
***Founding Partner***



Gary graduated magna cum laude, Phi Beta Kappa, from Brown University and Duke University Law School, where he was an editor of *Law and Contemporary Problems*. He then served as a law clerk for the Honorable Andrew J. Kleinfeld of the U.S. District Court for the District of Alaska. Gary was previously an Associate at Skadden Arps and a Partner at Cohen Milstein where he was the first Co-Chair of its Consumer Protection Practice Group. He is licensed to practice in the District of Columbia, State of Maryland, State of New York, and in numerous federal district courts across the country as well as the Second, Fourth, Fifth, Sixth, Seventh, Ninth and Federal Circuit Courts of Appeals, the U.S. Court of Federal Claims and the United States Supreme Court.

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 29 years he has represented plaintiffs. With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles. He also is recognized for his successful representation of persons injured by negligently discharged pollutants (e.g., *In re The Exxon Valdez*) and victims of wage theft. He has represented more than 2,000 Customs and Border Patrol Agents in a FLSA litigation against the federal government, more than 1,500 women injured by use of a defective tampon product, thousands of owners of animals injured by contaminated dog food, and over 23 million individuals whose personal data was compromised by the U.S. Office of Personnel Management data breach.

Gary was an early advocate for victims of security breaches and privacy violations, starting with the first settlement arising from a Google data breach (*In re Google Buzz*), the Department of Veterans Affairs stolen laptop case, and continuing in data breach cases to-date. Mr. Mason recently served as Liaison Counsel in a data breach case filed against the Office of Personnel Management. *In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, 266 F. Supp. 3d 1 (D.D.C. 2017) (final approval of a $63 million settlement fund granted Oct. 26, 2022). He recently served as Co-Lead Counsel for the *Farley v. Eye Care Leaders* data breach matter related to the breach of over three million individuals' data, which was granted final approval on June 27, 2024, in the Middle District of North Carolina, No. 1:22-cv-00468, as well as Co-Lead Counsel in *Brim v. Prestige Care, Inc.*, No. 3:24-cv-05133 (W.D. Wash. Apr. 21, 2025), *Hodge v. AHS Med. Holdings LLC*, No. 3:23-cv-01308 (M.D. Tenn. Aug. 1, 2025), *In re Maryville Data Breach Litig.*, No. GLO-L-000255-24 (N.J. Super. Ct. Gloucester Cnty. Aug. 29, 2025), and *In re Planet Home Lending, LLC Data Breach*, No. 3:24-cv-00127 (D. Conn. Nov. 18, 2024). He currently serves as Co-Lead Counsel for the following pending cases: *Ayerdi v. Zeta Global Holdings Corp.*, No. 1:25-cv-05780 (S.D.N.Y.) (appointed Oct. 14, 2025); *Brooks v. Tri-Century Eyecare, P.C. d/b/a Tri-Century Eyecare*, No. 2025-07179 (Pa. C.P. Bucks Cnty.) (appointed Dec. 15, 2025); *Fazenbaker v. Cmty. Health Care, Inc.*, No. 1:24-cv-11170 (D.N.J.) (appointed Apr. 29, 2024); *In re Pacific Seafood Data Sec. Litig*., No 3:25-cv-01921 (D. Ore.) (appointed Nov. 24, 2025); *In re Tift Reg'l Health Sys., Inc. Data Breach Litig.*, No. 2023CV0313 (Ga. Super. Ct. Tift Cnty.) (appointed Dec. 8, 2023); *Neff v. MCBS, LLC*, No. 1:25-cv-00235 (S.D. Ga.) (appointed Dec. 15, 2025); *Sharber v. FMC Servs., LLC*, No. 111219-D-CV (Tex. 320th Jud. Dist. Ct. Potter Cnty.) (appointed Nov. 16, 2022); and *Stinson v. Yum! Brands, Inc.*, No. 3:23-cv-00183 (W.D. Ky.) (appointed June 6, 2024).

Gary has served in leadership positions in many consumer class actions in state and federal courts nationwide as well as in MDLs. Gary writes and speaks frequently on topics related to class action litigation. He was the 2012–2013 Co-Chair of the Class Action Litigation Group for the American Association for Justice and presently serves as the Chairman of its Rule 23 Task Group. He has repeatedly been named a Washington, DC Super Lawyer for Class Actions.

Gary lives in Bethesda, Maryland.

**Danielle L. Perry**
***Partner***



Danielle L. Perry is a partner at Mason LLP, and offers nearly a decade of class action litigation experience to the benefit of her clients. Graduating from the University of California, Berkeley in 2010 and from Loyola Law School, Los Angeles in 2013, Ms. Perry is licensed to practice in the State of California, District of Columbia, and in numerous federal district courts across the country as well as the U.S. Court of Federal Claims, and the Fifth, Seventh, and Federal Circuit Courts of Appeals. While Ms. Perry originally focused her career on employment law class actions, after her first few years of practice she expanded her experience and resume to cover numerous data breach and consumer class actions as well. Ms. Perry, either as an individual or as a member of her firm, has been named Class Counsel

or appointed to leadership positions in numerous data breach class actions including: *Alexander v. Salud Fam. Health, Inc.*, No. 2023CV030580 (Colo. 19th Dist. Ct. Weld Cnty. Nov. 13, 2023) (Co-Lead Counsel); *Alexander v. Summit Pathology Lab'ys, Inc.*, No. 1:24-cv-02939 (D. Colo.) (Co-Lead Counsel); *Andersen v. Oak View Grp., LLC*, No. 2:24-cv-00719 (C.D. Cal.) (Co-Lead Class Counsel); *Askew v. Gas South, LLC*, No. 22106661 (Ga. Super. Ct. Cobb Cnty. Jan. 19, 2024) (Co-Lead Counsel); *Ayerdi v. Zeta Global Holdings Corp*. No. 1:25-cv-05780 (S.D.N.Y.) (Plaintiffs' Executive Committee Member); *Bandy v. TOC Enters., Inc.*, No. 3:23-cv-00598 (M.D. Tenn. Mar. 14, 2024) (Class Counsel); *Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa. July 24, 2024) (Plaintiffs' Steering Committee Member); *Cahill v. Mem'l Heart Inst., LLC*, No. 1:23-cv-00168 (E.D. Tenn.) (Class Counsel); *Cece v. St. Mary's Health Care Sys., Inc.*, No. SU20CV0500 (Ga. Super. Ct. Athens-Clarke Cnty. Apr. 4, 2022) (Class Counsel); *Colston v. Envision Credit Union*, No. 2022CA1476 (Fla. 2d Jud. Cir. Ct. Leon Cnty. Apr. 14, 2023) (Class Counsel); *Culp v. Fitzgibbon Hosp.*, No. 23SA-CV00020 (Mo. Cir. Ct. Saline Cnty. Sept. 20, 2024) (Class Counsel); *Dekenipp v. Gastroenterology Consultants, P.A.*, No. 202161470 (Tex. 295th Dist. Ct. Harris Cnty. Oct. 21, 2022) (Class Counsel); *Doe v. Conceptions Reprod. Assocs.*, No. 1:25-cv-00009 (D. Colo.) (Co-Lead Counsel); *Dunn v. Complete Payroll Sols., LLC*, No. 1:25-cv-30045 (D. Mass.) (Co-Lead Counsel); *Fernandez v. 90 Degree Benefits, LLC*, No. 2:22-cv-00799 (E.D. Wis. Nov. 17, 2023) (Co-Lead Counsel); *Garcia v. Set Forth, Inc.,* No. 1:24-cv-11688 (N.D. Ill.) (Plaintiffs' Steering Committee Member)*; Gleason v. Methodist Hosps. of Dallas*, No. DC-22-14875 (Tex. Dist. Ct. Dallas Cnty. June 17, 2025) (Co-Lead Counsel); *In re Flagstar Dec. 2021 Data Sec. Incident Litig.*, No. 4:22-cv-11385 (E.D. Mich.) (Plaintiffs' Executive Committee Member); *In re Fortra File Transfer Software Data Sec. Breach Litig.*, No. 1:24-md-03090 (S.D. Fla.) (Executive Committee Counsel Member) (preliminary approval Apr. 15, 2025); *In re Geologics Corp. Data Breach Litig.*, No. 1:25-cv-00825 (E.D. Va.) (Co-Lead Class Counsel); *In re Legacy Pros. Data Sec. Incident Litig.*, No. 1:25-cv-02476 (N.D. Ill.) (Co-Lead Class Counsel); *In re MedStar Health Data Sec. Incident Litig.*, No. 1:24-cv-01335 (D. Md.) (Co-Lead Class Counsel) (preliminary approval June 16, 2025); *In re MedStar Health 2025 Data Sec. Litig.*, No. 1:25-cv-03325 (D. Md.) (Co-Lead Class Counsel); *In re NCB Mgmt. Servs., Inc. Data Breach Litig.*, No. 2:23-cv-1236 (E.D. Pa. Sept. 29, 2025) (Plaintiffs' Steering Committee Member); *Krenk v. Murfreesboro Med. Clinic & SurgiCenter*, No. 75CCI-2023-CV-81005 (Tenn. 16th Jud. Dist. Cir. Ct. Rutherford Cnty.) (Plaintiffs' Executive Counsel Committee Member) (preliminary approval Sept. 16, 2025); *Lee v. Tex. Ear, Nose & Throat Specialists, PLLC*, No. 202184322 (Tex. 113th Jud. Dist. Ct. Harris Cnty. Dec. 7, 2023) (Class Counsel); *Pannozzi v. Deloitte Consulting LLP*, No. 1:24-cv-00524 (D.R.I.) (Co-Lead Counsel); *Pascute v. Amotec, Inc.*, No. CV23975539 (Ohio C.P. Ct. Cuyahoga Cnty. Feb. 22, 2024) (Class Counsel); *Payton v. Fam. Vision of Anderson, P.A.*, No. 2023CP0401636 (S.C. Ct. C.P. Anderson Cnty.) (Co-Lead Class Counsel); *Pessia v. Warren Gen. Hosp.*, No. 501 (Pa. 37th Jud. Dist. Ct. Warren Cnty. May 5, 2025) (Co-Lead Class Counsel); *Rasmussen v. Uintah Basin Healthcare*, No. 2:23-cv-00322 (D. Utah) (Co-Lead Counsel); *Richardson v. Overlake Hosp. Med. Ctr.*, No. 20-2-07460-8 SEA (Wash. Super. Ct. King Cnty. Sept. 10, 2021) (Class Counsel); *Rodriguez v. Mena Reg'l Health Sys.*, No. 2:23-cv-02002 (W.D. Ark.) (Co-Lead Counsel) (preliminary approval Feb. 12, 2025); *Rohrer v. Oak Valley Hosp. Dist.*, No. CV-23-005612 (Cal. Super. Ct. Stanislaus Cnty. Dec. 20, 2024) (Co-Lead Counsel); *Togba v. Chemonics Int'l, Inc.*, No. 1:24-cv-03510 (D.D.C. July 1, 2025) (Co-Lead Counsel); and *Woods v. Albany ENT & Allergy Servs., P.C.*, No. 904730-23 (N.Y. Sup. Ct. Albany Cnty. Oct. 11, 2024) (Co-Lead Counsel).

Ms. Perry also has extensive experience providing support to appointed committees in MDL cases across the country. *See, e.g.*, *In re Deva Concepts Prods. Liab. Litig.*, No. 1:20-cv-01234 (S.D.N.Y. Jan. 3, 2022) (Mason LLP served as court-appointed Co-Lead Counsel and Ms. Perry undertook significant work for clients and class members with extensive hair loss, leading client interviews, drafting pleadings, and preparing settlement and settlement approval papers); *In re Hill's Pet Nutrition, Inc. Dog Food Prods. Liab. Litig.*, No. 2:19-md-02887, MDL No. 2887 (D. Kan. Oct. 7, 2021) (Mason LLP served as court-appointed Co-Lead Counsel and Ms. Perry played a significant role for clients and class members who purchased dog food with sometimes lethal amounts of vitamin D, participating in client intake, discovery, and preparing settlement and settlement approval papers); *In re Marriott Int'l Inc., Customer Data Sec. Breach Litig.*, No. 8:19-md-02879 (D. Md.) (Ms. Perry contributed to the plaintiff interview process and drafting of the consolidated amended complaint in data breach case); *In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, 266 F. Supp. 3d 1 (D.D.C. 2017) (Mason LLP served as Liaison Counsel, and Ms. Perry has completed research assignments in support of and at the request of Lead Counsel in data breach case). Additionally, Ms. Perry has also been appointed to the Leadership Development Committee in *In re SoClean, Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, where she works closely with Lead Counsel in all areas of litigation and fights for consumers' rights pertaining to the purchase of defective and/or unsafe products. No. 2:22-mc-00152, MDL No. 3021 (W.D. Pa. Apr. 27, 2022).

Outside of work, Ms. Perry enjoys being in the sun and on the water, is trying not to kill her garden, and is constantly planning future home renovations. Ms. Perry lives outside of Annapolis, Maryland.

**Lisa A. White**
***Senior Attorney***



Lisa A. White is a writer and researcher at heart, known for her attention to detail, optimism, and creative approach to legal problem-solving. Most of Lisa's work is in the federal court system, both in the District Courts and Circuit Courts of Appeals. She is a member of the bar in the State of Tennessee, as well as in numerous federal district courts across the country and the Seventh and Ninth Circuit Courts of Appeals.

Lisa's primary areas of practice are data breach litigation, product defect, product misrepresentation, and wage and hour class actions. Her role at Mason LLP frequently involves investigating and researching potential cases and claims prior to a complaint being filed, as well as drafting responsive pleadings, and leading the detailed research tasks that are required for and during litigation. In addition, she is actively involved in Mason LLP's mediations, from drafting premediation requests and mediation statements to participating in mediated resolutions to cases.

Lisa has served as Tennessee counsel and local liaison for a number of recent data breach cases, including: *Bandy v. TOC Enters., Inc.*, No. 3:23-cv-00598 (M.D. Tenn.) (final approval Mar. 14, 2024); *Hodge v. AHS Mgmt. Co., Inc.*, No. 3:23-cv-01308 (M.D. Tenn.) (final approval Aug. 1, 2025); *Haney v. Charter Foods North, LLC*, No. 2:23-cv-46 (E.D. Tenn.) (preliminary approval Feb. 5, 2025; final approval docketed on July 29, 2025); and *Cahill v. Mem'l Heart Inst., LLC*, No.

1:23-cv-00168 (E.D. Tenn.) (settlement reached, motion for preliminary approval due Dec. 1, 2025). Ms. White has over a decade of class action experience, and since 2021, has served in significant leadership, briefing, and organizational roles on Mason LLP's Class Action Team.

Prior to joining Mason LLP, Lisa practiced at another plaintiffs' class action firm, where she advocated for employees who were improperly paid, especially in the airline industry. She also worked on lawsuits related to defective products and deceptive advertising. She was frequently called on to research and draft appellate briefs.

Lisa returned to law school after completing her Bachelor's and Master's in Sociology from The University of Tennessee. She then worked for the University's Center for Literacy Studies and taught for a number of years at universities. She completed the coursework for her Ph.D. in American Studies at The College of William and Mary, then opted to go to law school—a lifelong goal. Lisa is a graduate of The University of Tennessee College of Law. While in law school, Lisa was a Co-Coordinator of the Tennessee Innocence Project, and the Research Editor for the Tennessee Journal of Law and Policy. As a law student, she practiced in both the Domestic Violence Clinic and the Advocacy Clinic. Lisa has published peer-reviewed papers in three academic fields: law, sociology, and history.

Lisa and her family are avid travelers, and she has visited all seven continents. In addition, for three years, she practiced class action law remotely while living in the town of Greymouth, located on the South Island of New Zealand. She currently serves on the board of People Promoting Animal Welfare (PPAW), a spay/neuter non-profit organization in Tennessee.

**Theo B. Bell**
***Attorney***



Theodore B. Bell ("Theo") is Of Counsel at Mason LLP. Theo is an experienced attorney with over 25 years of litigation experience. Theo is admitted to practice law in both Illinois and Michigan and various federal courts around the country. Before recently joining Mason LLP, Mr. Bell's prior work experience included over 12 years at a mid-sized nationwide class action firm where Mr. Bell focused his practice mainly on antitrust, as well as consumer and securities class actions. Theo's previous work experience also includes working at a firm that focused on representing class action opt-outs in antitrust cases, another firm that represented workers' compensation insurance carriers where he focused his practice on litigating premium fraud cases in federal court, as well as a general practice firm where Theo gained extensive experience litigating state court cases in a wide array of civil practice areas.

Notable cases that Mr. Bell has worked on include:

- *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, No. 2:10-cv-14360 (E.D. Mich. Sept. 30, 2019) (antitrust price-fixing case involving most-favored-nation agreements—$29.9 million class settlement);

- *In re Dairy Farmers of Am. Cheese Antitrust Litig.*, No. 1:09-cv-03960 (N.D. Ill. Sept. 30, 2015) (antitrust price-fixing case involving manipulation of cheese and milk futures to raise prices of dairy products—$46 million class settlement);
- *McDonough v. Toys "R" Us*, No. 2:06-cv-00242 (E.D. Pa. July 7, 2021) (antitrust case involving retail price maintenance—$35.5 million class settlement);
- *In re Sulfuric Acid Antitrust Litig.*, No. 1:03-cv-04576 (N.D. Ill. Dec. 22, 2011) (antitrust price-fixing case involving output restrictions—class settlements totaling over $6 million);
- *In re Groupon Derivative Litig.*, No. 1:12-cv-05300 (N.D. Ill. Apr. 7, 2017) (shareholder derivative suit involving materially false and misleading statements concerning Groupon's business operations and financial condition prior to Groupon's IPO—settlement obtained substantial beneficial corporate-governance reforms); and
- *Messner v. Northshore Univ. Health Sys.*, 669 F.3d 802 (7th Cir. 2012) (illegal monopolization and attempted monopolization through hospital mergers—Theo was part of the appellate team that successfully obtained reversal of the U.S. District Court's denial of class certification).

Theo is a graduate of The University of Michigan, where he earned his Bachelor's degree in Sociology, and the University of Detroit Mercy School of Law where Mr. Bell earned his law degree.

**Ra O. Amen**
***Associate Attorney***



Ra, a native of the California Bay Area, graduated from Stanford University with a degree in economics and from Emory University School of Law, with honors, where he was a Notes and Comments Editor for the Bankruptcy Developments Journal. Ra was previously an Associate at Hunton Andrews Kurth LLP and Morgan & Morgan's Complex Litigation Group. He is licensed to practice in the State of Georgia and the United States District Court for the Northern District of Georgia.

Ra has over seven years of complex litigation experience, specializing in consumer class actions, data breach and other privacy litigation. Ra was recently appointed as one of the Co-Lead Class Counsel in *Davis v. Rocky Mountain Gastroenterology Assocs. PLLC*, No. 2024CV31831 (Colo. Dist. Ct. Jefferson Cnty.) (preliminary approval granted Oct. 2, 2025), *In re First Chatham Bank Customer Data Sec. Breach Litig.*, No. SPCV25-00142 (Ga. Super. Ct. Chatham Cnty.), and *Kuhn v. Nations Direct Mortg., LLC*, No. 24CA115 (Fla. 1st Jud. Cir. Ct. Walton Cnty.) (preliminary approval granted Oct. 16, 2025) (data breach affecting over 83,000 individuals), as well as the Leadership Development Committee in *Geleng v. Ind. Living Sys., LLC*, No. 1:23-cv-21060 (S.D. Fla. Sept. 28, 2023) (data breach affecting over four million individuals). Ra was also an integral part of the team that recovered a $190 million settlement for the class in *In re Cap. One Inc. Customer Data Sec. Breach Litig.*, No. 1:19-md-02915 (E.D. Va. Sept. 13, 2022) (data breach affecting 98 million individuals), where his discovery and briefing efforts helped facilitate said settlement.

Ra is also a former Peace Corps. Morocco volunteer and an avid guitarist having performed with, recorded with, and opened for a number of Grammy-nominated artists.

**Salena J. Chowdhury**
***Associate Attorney***



Salena Chowdhury is an associate attorney at Mason LLP. She is a graduate of the University of Tennessee College of Law. She also attended the University of Tennessee at Knoxville for her bachelor's where she majored in political science with a concentration in public administration and a minor in psychology. Salena has been admitted to the Illinois bar and to the District of Columbia bar.

Salena has had a passion for law since she was a kid. While Salena was still in high school, she began working at her first law firm. She continued to work at various law firms gaining a diverse area of legal experience throughout her undergraduate studies and law school.

Since joining Mason LLP Salena has gained experience in mediations, data breach, product defect, product misrepresentation, and wage & hour class actions. She is known for her quick learning curve and adaptability to challenges. Her role at Mason LLP is expanding as she takes on new responsibilities in major cases.

Salena comes from a large diverse family background. She values the time spent with her family. She enjoys outdoor activities like 4-wheeling, soccer, and playing with her dogs. Additionally, she loves to travel and to learn about other cultures.

# NOTABLE CLASS ACTION CASES

**Antitrust**

*In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-md-01827, MDL No. 1827 (N.D. Cal. Dec. 18, 2012) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market).

**Products**

*Ersler v. Toshiba Am., Inc.*, No. 1:07-cv-02304 (E.D.N.Y. Feb. 24, 2009) (settlement of claims arising from allegedly defective television lamps).

*Hill v. Canidae Corp.*, No. 5:20-cv-01374 (C.D. Cal. Sept. 28, 2021) (Gary Mason and Lisa White appointed Class Counsel).

*Hurkes Harris Design Assocs., Inc. v. Fujitsu Comput. Prods. of Am., Inc.*, No. 812127 (Cal. Super. Ct. Santa Clara Cnty. Mar. 2004) (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives).

*In re SoClean, Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, No. 2:22-mc-00152, MDL No. 3021 (W.D. Pa. Apr. 27, 2022) (Gary Mason appointed Co-Lead Counsel Mar. 25, 2022, and Danielle Perry appointed to the Leadership Development Committee Apr. 27, 2022).

*In re Deva Concepts Prods. Liab. Litig.*, No. 1:20-cv-01234 (S.D.N.Y. Jan. 3, 2022) (Gary Mason appointed Co-Lead Counsel July 30, 2020; $5.2 million settlement).

*In re Hill's Pet Nutrition, Inc., Dog Food Prods. Liab. Litig.*, No. 2:19-md-02887, MDL No. 2887 (D. Kan. Oct. 7, 2021) (Gary Mason appointed Co-Lead Counsel July 13, 2019; $12.5 million settlement).

*Mink v. Maytag Corp.*, No. 03L47 (Ill. Cir. Ct. St. Clair Cnty. 2005) (class action settlement for owners of Maytag Neptune washing machines).

*Perez v. Britax Child Safety, Inc.*, No. 0:19-cv-01735 (D.S.C. Oct. 29, 2020) (Gary Mason appointed Settlement Class Counsel).

*Shaw v. Schell & Kampeter, Inc. d/b/a/ Diamond Pet Foods*, No. 2:20-cv-01620 (W.D. Wash. Oct. 4, 2021) (Gary Mason and Lisa White appointed Class Counsel Apr. 23, 2021; $4 million settlement).

*Smid v. Nutranext, LLC*, No. 20L0190 (Ill. Cir. Cit. St. Clair Cnty. July 29, 2020) (Gary Mason appointed Class Counsel Apr. 16, 2020; $6.7 million settlement).

*Stalcup v. Thomson, Consumer Elecs., Inc.* (Ill. Cir. Ct. Madison Cnty. May 24, 2004) ($100 million class settlement of claims that certain GE, PROSCAN and RCA televisions may have been

susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified).

*Swetz v. GSK Consumer Health, Inc.*, No. 7:20-cv-04731 (S.D.N.Y. Nov. 22, 2021) (Gary Mason appointed Co-Lead Counsel June 8, 2021; $6.5 million settlement).

*Tomlinson v. Mowi USA, LLC.*, No. 20-cv-09293 (S.D.N.Y. Nov. 29, 2021) (Mason LLP appointed Co-Lead Counsel; $1.3 million settlement).

*Turner v. Gen. Elec. Co.*, No. 2:05-cv-00186 (M.D. Fla. Sept. 13, 2006) (national settlement of claims arising from allegedly defective refrigerators) (Gary Mason appointed Class Counsel Dec. 22, 2005).

**Automobiles**

*Berman v. Gen. Motors LLC*, No. 2:18-cv-14371 (S.D. Fla. Oct. 5, 2018) (Co-Lead Counsel; national settlement for repairs and reimbursement of repair costs incurred in connection with Chevrolet Equinox excessive oil consumption).

*Baugh v. Goodyear Tire & Rubber Co.* (Ill. Cir. Ct. Madison Cnty. 2002) (class settlement of claims that Goodyear sold defective tires prone to tread separation when operated at highway speeds; Goodyear agreed to a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program).

*In re Gen. Motors Corp. Speedometer Prods. Liab. Litig.*, No. 2:07-cv-00291, MDL No. 1896 (W.D. Wash. Jan. 23, 2009) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*Lubitz v. Daimler Chrysler Corp.*, No. L-4883-04 (N.J. Super. Ct. Bergen Cnty. 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey).

*Norman v. Nissan N. Am., Inc.*, No. 3:18-cv-00534 (M.D. Tenn. Mar. 10, 2020) (Gary Mason appointed Class Counsel July 16, 2019; litigation alleging damages from defective transmissions; national settlement extending warranty for 1.5 million vehicles).

**Civil Rights**

*Bruce v. Cnty. of Rensselaer*, No. 1:02-cv-00847 (N.D.N.Y. Sept. 24, 2004) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses).

*In re Black Farmers Discrimination Litig.*, No. 1:08-mc-00511 (D.D.C. Oct. 27, 2011) ($1.25 billion settlement fund for black farmers who alleged U.S. Department of Agriculture discriminated against them by denying farm loans).

**Commercial**

*In re Outer Banks Power Outage Litig.*, No. 4:17-cv-00141 (E.D.N.C. Sept. 21, 2018) (Co-Lead Counsel; $10.35 million settlement for residents, businesses, and vacationers on Hatteras and Ocracoke Islands who were impacted by a 9-day power outage).

**Construction Materials**

*Cordes v. IPEX, Inc.*, No. 1:08-cv-02220 (D. Colo. Oct. 7, 2009) (Plaintiffs' Steering Committee Member; class action arising out of defective brass fittings).

*Elliott v. KB Home N.C. Inc.*, No. 08 CVS 21190 (N.C. Super. Ct. Wake Cnty. Apr. 17, 2017) (Lead Counsel; class action settlement for those whose homes were constructed without a weather-resistant barrier).

*Galanti v. Goodyear Tire & Rubber Co.*, No. 03-cv-00209 (D.N.J. Nov. 23, 2004) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*Helmer v. Goodyear Tire & Rubber Co.*, No. 1:12-cv-00685-RBJ, 2014 WL 3353264 (D. Colo. July 9, 2014) (class action arising from allegedly defective radiant heating systems; Colorado class certified).

*Hobbie v. RCR Holdings II, LLC*, No. 2:10-cv-01113, MDL No. 2047 (E.D. La. 2012) ($30 million settlement for remediation of 364-unit residential high-rise constructed with Chinese drywall).

*In re Allura Fiber Cement Siding Prods. Liab. Litig.*, No. 2:19-md-02886 (D.S.C.) (Lead Counsel; class action arising from allegedly defective cement board siding).

*In re Atlas Roofing Corp. Chalet Shingle Prods. Liab. Litig.*, No. 1:13-md-02495, MDL No. 2495 (N.D. Ga. July 24, 2019) (Co-Lead Counsel; class action arising from allegedly defective shingles).

*In re Chinese Manufactured Drywall Prods. Liab. Litig.*, No. 2:09-md-02047, MDL No. 2047 (E.D. La. 2012) (Co-Chair, Insurance Committee; litigation arising out of defective drywall).

*In re Elk Cross Timbers Decking Mktg., Sales Pracs. & Prod. Liab. Litig.*, No. 15-cv-0018, MDL No. 2577 (D.N.J. 2017) (Lead Counsel; national settlement to homeowners who purchased defective GAF decking and railings).

*In re Exterior Insulation Finish Sys. (EIFS) Prods. Liab. Litig.*, MDL No. 1132 (E.D.N.C.) (represented over 100 individual homeowners in lawsuits against homebuilders and EIFS manufacturers).

*In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Durability Mktg., Sales Pracs. Litig.*, No. 1:16-md-2743 (E.D. Va.) (Co-Lead Counsel; Durability case; $36 million national class action settlement for members who purchased a certain type of laminate flooring).

*In re MI Windows & Doors, Inc., Prods. Liab. Litig.*, No. 2:12-mn-00001, MDL No. 2333 (D.S.C. July 22, 2015) (Co-Lead Counsel; national class action settlement for homeowners who purchased defective windows).

*In re Pella Corp. Architect & Designer Series Windows Mktg., Sales Pracs. & Prods. Liab. Litig.,* MDL No. 2514 (D.S.C.) (Co-Lead Counsel; class action arising from allegedly defective windows).

*In re Synthetic Stucco Litig.*, No. 5:96-CV-287-BR(2) (E.D.N.C. Oct. 19, 1998) (Plaintiffs' Steering Committee Member; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Windsor Wood Clad Window Prods. Liab. Litig.*, No. 2:16-md-02688 (E.D. Wis. July 11, 2018) (Lead Counsel; national class action settlement for homeowners who purchased defective windows).

*In re Zurn Pex Plumbing Prods. Liab. Litig.*, No. 0:08-md-01958, MDL No. 1958 (D. Minn. Feb. 27, 2013) (Executive Committee Member; class action arising from allegedly plumbing systems).

*Posey v. Dryvit Sys., Inc.*, No. 17,715-IV (Tenn. Cir. Ct. 2002) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants).

*Smith v. Floor & Decor Outlets of Am., Inc.*, No. 1:15-cv-4316 (N.D. Ga.) (Co-Lead Counsel; national class action settlement for homeowners who purchased unsafe laminate wood flooring).

*Staton v. IMI South* (Ky. Cir. Ct.) (Co-Lead Counsel; class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*Sutton v. Fed. Materials Co.*, No. 07-CI-00007 (Ky. Cir. Ct.) (Co- Lead Counsel; $10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

**Environmental**

*Bell v. WestRock, CP, LLC*, No. 3:17-cv-829-JAG (E.D. Va. June 15, 2020) (Gary Mason and Danielle Perry appointed Co-Lead Counsel; $700,000 settlement of litigation alleging nuisance from wood dust from paper mill; class certified).

*In re Swanson Creek Oil Spill Litig.*, No. 8:00-cv-01429-PJM (D. Md. 2002) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

*Nnadili v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C. 2008) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

**Fair Labor Standards Act (FLSA) / Wage and Hour**

*Craig v. Rite Aid Corp.*, No. 08-2317 (M.D. Pa. 2013) ($20.9 million settlement for FLSA collective action and class action).

*Lew v. Pizza Hut of Md., Inc.*, No. CBB-09-CV-3162 (D. Md. 2011) (FLSA collective action; statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages).

*Stillman v. Staples, Inc.*, No. 2:07-cv-00849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million).

**Financial**

*Penobscot Indian Nation v U.S. Dep't of Housing & Urban Dev.*, No. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Roberts v. Fleet Bank (R.I.), N.A.*, No. 00-6142 (E. D. Pa. 2003) ($4 million settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.").

**Insurance**

*Nichols v. Progressive Direct Ins. Co.*, No. 2:06-cv-146 (E.D. Ky. 2012) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million).

*Young v. Nationwide Mut. Ins. Co.*, No. 11-5015 (E.D. Ky. 2014), *class certified and affirmed on appeal*, 693 F.3d 532 (6th Cir. 2012) (series of class actions against multiple insurance companies arising from unlawful collection of local taxes on premium payments; settlements with all defendants for 100% refund of taxes collected).

**Privacy / Data Breach**

*Alexander v. Salud Fam. Health, Inc.*, No. 2023CV030580 (Colo. 19th Dist. Ct. Weld Cnty. Nov. 13, 2023) (Danielle Perry appointed Co-Lead Counsel Aug. 14, 2023).

*Alexander v. Summit Pathology Lab'ys, Inc.*, No. 1:24-cv-02939 (D. Colo.) (Danielle Perry appointed Co-Lead Class Counsel Dec. 11, 2024).

*Alvarado v. JDC Healthcare Mgmt., LLC*, No. DC-22-03137 (Tex. 95th Jud. Dist. Ct. Dallas Cnty. Aug. 22, 2023) (Gary Mason appointed Co-Lead Counsel Aug. 25, 2022).

*Andersen v. Oak View Grp., LLC*, No. 2:24-cv-00719 (C.D. Cal.) (Danielle Perry appointed Co-Lead Class Counsel May 15, 2024).

*Angus v. Flagstar Bank, N.A.*, No. 2:21-cv-10657 (E.D. Mich.) (Gary Mason appointed to Executive Committee July 30, 2021).

*Askew v. Gas South, LLC*, No. 22106661 (Ga. Super. Ct. Cobb Cnty. Jan. 19, 2024) (Danielle Perry appointed Co-Lead Counsel Oct. 6, 2023).

*Bailey v. Grays Harbor Cnty. Pub. Hosp. Dist.*, No. 20-2-00217-14 (Wash. Super. Ct. Grays Harbor Cnty. Sept. 21, 2020) (Gary Mason appointed Class Counsel May 27, 2020).

*Baksh v. Ivy Rehab Network, Inc.*, No. 7:20-cv-01845-CS (S.D.N.Y. Jan. 27, 2021) (Gary Mason appointed Class Counsel Sept. 23, 2020).

*Bandy v. TOC Enters., Inc.*, No. 3:23-cv-00598 (M.D. Tenn. Mar. 14, 2024) (Lisa White and Danielle Perry appointed Class Counsel Nov. 7, 2023).

*Barletti v. Connexin Software Inc.*, No. 2:22-cv-04676 (E.D. Pa. July 24, 2024) (Danielle Perry appointed to Plaintiffs' Steering Committee Mar. 30, 2023).

*Brim v. Prestige Care, Inc.*, No. 3:24-cv-05133 (W.D. Wash. Apr. 21, 2025) (Gary Mason appointed Co-Lead Counsel Apr. 1, 2024).

*Cahill v. Mem'l Heart Inst., LLC*, No. 1:23-cv-00168 (E.D. Tenn.) (Danielle Perry appointed Co-Lead Counsel Feb. 22, 2024).

*Carr v. Beaumont Health*, No. 2020-181002-NZ (Mich. Cir. Ct. Oakland Cnty. Oct. 29, 2021) (appointed Class Counsel June 23, 2021; data breach class action involving 112,000 people).

*Cece v. St. Mary's Health Care Sys., Inc.*, No. SU20CV0500 (Ga. Super. Ct. Athens-Clarke Cnty. Apr. 4, 2022) (Danielle Perry appointed Class Counsel Dec. 15, 2021).

*Chacon v. Nebraska Med.*, No. 8:21-cv-00070-RFR-CRZ (D. Neb. Sept. 15, 2021) (appointed Class Counsel June 4, 2021).

*Chatelain v. C, L & W PLLC d/b/a Affordacare Urgent Care Clinics*, No. 50742-A (Tex. 42d Jud. Dist. Ct. Taylor Cnty. Feb. 24, 2021) (appointed Class Counsel Nov. 5, 2020; data breach class action settlement valued at over $7 million).

*Colston v. Envision Credit Union*, No. 2022CA1476 (Fla. 2d. Jud. Cir. Ct. Leon Cnty. Apr. 14, 2023) (Danielle Perry appointed Class Counsel Jan. 13, 2023).

*Culbertson v. Deloitte Consulting LLP*, No. 1:20-cv-03962 (S.D.N.Y. Apr. 1, 2022) (Gary Mason appointed Class Counsel Aug. 27, 2021).

*Culp v. Fitzgibbon Hosp.*, No. 23SA-CV00020 (Mo. Cir. Ct. Saline Cnty. Sept. 20, 2024) (Danielle Perry appointed Class Counsel May 29, 2024).

*Darrin v. Huntington Ingalls Indus.*, No. 4:23-cv-00053 (E.D. Va. Sept. 12, 2024) (Gary Mason appointed Co-Lead Counsel July 6, 2023).

*Davis v. Rocky Mountain Gastroenterology Assocs. PLLC*, No. 2024CV31831 (Colo. Dist. Ct. Jefferson Cnty.) (Ra Amen appointed Class Counsel Oct. 2, 2025; preliminary approval granted Oct. 2, 2025).

*Dekenipp v. Gastroenterology Consultants, P.A.*, No. 202161470 (Tex. 295th Jud. Dist. Ct. Harris Cnty. Oct. 21, 2022) (Danielle Perry appointed Class Counsel June 3, 2022; claims made settlement and 18 months credit monitoring for class of 162,000 patients).

*Doe v. Conceptions Reprod. Assocs.*, No. 1:25-cv-00009 (D. Colo.) (Danielle Perry appointed Co-Lead Class Counsel May 6, 2025).

*Dunn v. Complete Payroll Sols., LLC*, No. 1:25-cv-30045 (D. Mass.) (Danielle Perry appointed Co-Lead Counsel June 3, 2025).

*Duran v. JPMorgan Chase & Co.*, No. 1:24-cv-03514 (S.D.N.Y. Jan. 30, 2025) (Gary Mason appointed Co-Lead Counsel July 29, 2024).

*Farley v. Eye Care Leaders Holdings, LLC*, No. 1:22-cv-468 (M.D.N.C. June 27, 2024) (Gary Mason appointed Co-Lead Counsel Oct. 3, 2022).

*Fazenbaker v. Cmty. Health Care, Inc.*, No. 1:24-cv-11170 (D.N.J.) (Gary Mason appointed Co-Lead Class Counsel Apr. 29, 2024).

*Fernandez v. 90 Degree Benefits, LLC*, No. 2:22-cv-00799 (E.D. Wis. Nov. 17, 2023) (Mason LLP appointed Class Counsel July 21, 2023).

*Gates v. W. Wash. Med. Grp.*, No. 23-2-08498-31 (Wash. Super. Ct. Snohomish Cnty.) (Gary Mason appointed to Plaintiffs' Executive Committee Mar. 7, 2024).

*Gilbert v. BioPlus Specialty Pharm. Servs., LLC*, No. 6:21-cv-02158 (M.D. Fla. Jan. 15, 2025) (Mason LLP appointed Class Counsel Mar. 5, 2024).

*Gleason v. Methodist Hosps. of Dallas*, No. DC-22-14875 (Tex. 134th Jud. Dist. Ct. Dallas Cnty. June 17, 2025) (Danielle Perry appointed Class Counsel Jan. 27, 2025).

*Green v. EmergeOrtho, P.A.*, No. 22-CVS-3533 (N.C. Super. Ct. Durham Cnty. July 19, 2024) (Mason LLP appointed Class Counsel Feb. 23, 2024).

*Guy v. Convergent Outsourcing, Inc.*, No. 2:22-cv-01558 (W.D. Wash. July 19, 2024) (Gary Mason appointed Co-Lead Counsel Dec. 21, 2022).

*Hall v. AspenPointe, Inc.*, No. 2020CV32175 (Colo. 4th Dist. Ct. El Paso Cnty. Oct. 31, 2022) (Mason LLP appointed Co-Lead Class Counsel Mar. 15, 2021).

*Haney v. Charter Foods N., LLC*, No. 2:23-cv-00046 (E.D. Tenn.) (Lisa White and Mason LLP appointed Liaison Counsel June 7, 2024; preliminary approval granted Feb. 5, 2025).

*Heath v. Ins. Techs. Corp.*, No. 3:21-cv-01444 (N.D. Tex. Jan. 4, 2023) (Gary Mason appointed Class Counsel Mar. 21, 2022).

*Heath v. Steel River Sys., LLC*, No. 2023-LA-000006 (Ill. 15th Jud. Cir. Ct. Whiteside Cnty. Jan. 8, 2024) (Mason LLP appointed Class Counsel Aug. 25, 2023).

*Hernandez v. Ne. Orthopedics & Sports Med., PLLC*, No. 031353/2024 (N.Y. Sup. Ct. Rockland Cnty.) (Gary Mason appointed Co-Lead Counsel July 23, 2024).

*Hodge v. AHS Mgmt. Co., Inc.*, No. 23-cv-01308 (M.D. Tenn. Aug. 1, 2025) (Gary Mason appointed Co-Lead and Lisa White appointed Liaison Counsel Mar. 15, 2024).

*In re Adobe Sys. Inc. Priv. Litig.*, No. 5:13-cv-05226 (N.D. Cal. Aug. 14, 2015) (Gary Mason appointed to Plaintiffs' Steering Committee Mar. 13, 2014; settlement requiring enhanced cybersecurity measures and audits).

*In re Ambry Genetics Data Breach Litig.*, No. 8:20-cv-00791 (C.D. Cal. Mar. 6, 2023) (Gary Mason appointed to Plaintiffs' Steering Committee Aug. 24, 2020; $12 million settlement).

*In re Central Ind. Orthopedics Data Incident Litig.*, No. 18C03-2203-PL-000026 (Ind. Cir. Ct. Delaware Cnty. Aug. 18, 2023) (Mason LLP appointed Class Counsel Apr. 24, 2023).

*In re Columbus Reg'l Healthcare Sys. Data Sec. Incident Litig.*, No. 24 CVS 88 (N.C. Super. Ct. Columbus Cnty. Apr. 30, 2025) (Gary Mason appointed Class Counsel Apr. 30, 2025).

*In re Dept. of Veterans Affs. (VA) Data Theft Litig.*, No. 1:06-cv-00506, MDL No. 1796 (D.D.C. 2009) (Co-Lead Counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations).

*In re First Chatham Bank Customer Data Sec. Breach Litig.*, No. SPCV25-00142 (Ga. Super. Ct. Chatham Cnty.) (Ra Amen appointed Co-Lead Class Counsel Mar. 28, 2025).

*In re Flagstar Dec. 2021 Data Sec. Incident Litig.*, No. 4:22-cv-11385 (E.D. Mich.) (Danielle Perry appointed to Plaintiffs' Executive Committee May 24, 2023).

*In re Fortra File Transfer Software Data Sec. Breach Litig.*, No. 1:24-md-03090, MDL No. 3090 (S.D. Fla.) (Danielle Perry appointed Executive Committee Counsel Apr. 28, 2023 and to

Plaintiffs' Track Lead for Cross Track Discovery Mar. 19, 2024; preliminary approval granted Apr. 15, 2025).

*In re Geologics Corp. Data Breach Litig.*, No. 1:25-cv-00825 (E.D. Va.) (Danielle Perry appointed Co-Lead Class Counsel June 11, 2025).

*In re Google Buzz Priv. Litig.*, No. 5:10-cv-00672 (N.D. Cal. 2010) (Lead Class Counsel; $8.5 million cy pres settlement).

*In re Maryville Data Breach Litig.*, No. GLO-L-000255-24 (N.J. Super. Ct. Gloucester Cnty. Aug. 29, 2025) (Gary Mason appointed Class Counsel Jan. 2, 2025).

*In re MedStar Health Data Sec. Litig.*, No. 1:24-cv-01335 (D. Md.) (Danielle Perry appointed Co-Lead Class Counsel Nov. 7, 2024; preliminary approval granted June 16, 2025).

*In re NCB Mgmt. Servs., Inc. Data Breach Litig.*, No. 2:23-cv-1236 (E.D. Pa. Sept. 29, 2025) (Danielle Perry appointed to Plaintiffs' Steering Committee June 5, 2023).

*In re Planet Home Lending, LLC Data Breach*, No. 3:24-cv-00127 (D. Conn. Nov. 18, 2024) (Gary Mason appointed Co-Lead Counsel Mar. 1, 2024).

*In re U.S. Off. of Pers. Mgmt. Data Sec. Breach Litig.*, No. 15-1393 (ABJ), MDL No. 2664, 266 F. Supp. 3d 1 (D.D.C. 2017) (Gary Mason appointed Interim Liaison Counsel Jan. 28, 2016; $63 million settlement fund granted Oct. 26, 2022).

*In re Tift Reg'l Health Sys., Inc. Data Breach Litig.*, No. 2023CV0313 (Ga. Super. Ct. Tift Cnty.) (Gary Mason appointed Co-Lead Counsel Dec. 8, 2023).

*Jackson-Battle v. Navicent Health, Inc.*, No. 2020-CV-072287 (Ga. Super. Ct. Bibb Cnty. Aug. 4, 2021) (Gary Mason appointed Class Counsel Apr. 21, 2021; data breach case involving 360,000 patients).

*Jolla v. Acadia Health, LLC*, No. 3:23-cv-01370-SDD-EWD (M.D. La. Oct. 28, 2025) (Mason LLP appointed Class Counsel Apr. 8, 2025).

*K.B. ex rel. Blank v. East Tenn. Children's Hosp. Assoc., Inc.*, No. C2LA0081 (Tenn. Cir. Ct. Anderson Cnty. Dec. 19, 2023) (Mason LLP appointed Class Counsel July 7, 2023).

*Kemp v. NorthStar Emerg. Med. Servs., Inc.*, No. 63-CV-2023-900249.00 (Ala. Cir. Ct. Tuscaloosa Cnty. June 5, 2024) (Mason LLP appointed Class Counsel Feb. 16, 2024).

*Kenney v. Centerstone of America, Inc.*, No. 3:20-cv-01007 (M.D. Tenn. Aug. 2021) (appointed Class Counsel May 7, 2021; settlement involving over 63,000 class members).

*Klemm v. Md. Health Enters. Inc.*, No. C-03-CV-20-022899 (Md. Cir. Ct. Balto. Cnty. Dec. 2, 2021) (appointed Class Counsel Aug. 12, 2021).

*Krenk v. Murfreesboro Med. Clinic & SurgiCenter*, No. 75CCI-2023-CV-81005 (Tenn. 16th Jud. Dist. Cir. Ct. Rutherford Cnty.) (Danielle Perry appointed to Plaintiffs' Executive Counsel Committee Sept. 19, 2023; preliminary approval granted Sept. 16, 2025).

*Kuhn v. Nations Direct Mortg., LLC*, No. 24CA115 (Fla. 1st Jud. Cir. Ct. Walton Cnty.) (Ra Amen appointed Co-Lead Class Counsel Oct. 2, 2024; preliminary approval granted Oct. 16, 2025).

*Lawless v. D.C. Health Benefit Exchange Auth.*, No. 2023-CAB-001569 (D.C. Super. Ct. June 30, 2025) (Gary Mason appointed Co-Lead Counsel July 13, 2023).

*Lee v. Tex. Ear, Nose & Throat Specialists, PLLC*, No. 202184322 (Tex. 113th Jud. Dist. Ct. Harris Cnty. Dec. 7, 2023) (Gary Mason and Danielle Perry appointed Class Counsel June 7, 2023).

*Martinez v. NCH Healthcare Sys., Inc.*, No. 2020-CA-000996 (Fla. 20th Jud. Cir. Ct. Collier Cnty. Oct. 5, 2021) (appointed Class Counsel June 21, 2021).

*Morales v. Cano Health LLC*, No. 2020-013998-CA-01 (Fla. 11th Jud. Cir. Ct. Miami-Dade Cnty. Nov. 16, 2021) (appointed Class Counsel Aug. 19, 2021).

*Mowery v. Saint Francis Healthcare Sys.*, No. 1:20-cv-00013-SRC (E.D. Mo. Dec. 2020) (Gary Mason appointed Class Counsel Aug. 17, 2020).

*Nelson v. Idaho Cent. Credit Union*, No. CV03-20-00831 (Idaho 6th Jud. Dist. Ct. Bannock Cnty. June 1, 2021) (appointed Class Counsel Jan. 19, 2021).

*Nierman v. Schneck Med. Ctr.*, No. 36D01-2206-CT-000013 (Ind. Super. Ct. Jackson Cnty. Aug. 23, 2023) (Gary Mason appointed Co-Lead Counsel Aug. 18, 2022).

*North v. Hunt Mem'l Hosp. Dist.*, No. 89642 (Tex. 196th Jud. Dist. Ct. Hunt Cnty. Dec. 17, 2021) (appointed Class Counsel Apr. 26, 2021).

*Pannozzi v. Deloitte Consulting LLP*, No. 1:24-cv-00524 (D.R.I.) (Danielle Perry appointed Co-Lead Class Counsel Mar. 19, 2025).

*Pascute v. Amotec, Inc.*, No. CV23975539 (Ohio C.P. Ct. Cuyahoga Cnty. Feb. 22, 2024) (Danielle Perry appointed Class Counsel Nov. 3, 2023).

*Payton v. Fam. Vision of Anderson, P.A.*, No. 2023CP0401636 (S.C. Ct. C.P. Anderson Cnty.) (Danielle Perry appointed Co-Lead Counsel Sept. 11, 2023).

*Pessia v. Warren Gen. Hosp.*, No. 501 (Pa. 37th Jud. Dist. Ct. Warren Cnty. May 5, 2025) (Danielle Perry appointed Co-Lead Class Counsel Jan. 29, 2024).

*Phillips v. Bay Bridge Admins., LLC*, No. 1:23-cv-00022 (W.D. Tex. July 30, 2024) (Gary Mason appointed to Plaintiffs' Interim Executive Committee Apr. 24, 2023).

*Rasmussen v. Uintah Basin Healthcare*, No. 2:23-cv-00322 (D. Utah) (Danielle Perry appointed Co-Lead Counsel June 16, 2023).

*Richardson v. Overlake Hosp. Med. Ctr.*, No. 20-2-07460-8 SEA (Wash. Super. Ct. King Cnty. Sept. 10, 2021) (Danielle Perry appointed Class Counsel June 11, 2021; data breach class action involving approximately 109,000 individuals).

*Rodriguez v. Mena Reg'l Health Sys.*, No. 2:23-cv-02002 (W.D. Ark.) (Danielle Perry appointed Co-Lead Counsel Apr. 20, 2023; preliminary approval granted Feb. 12, 2025).

*Rohrer v. Oak Valley Hosp. Dist.*, No. CV-23-005612 (Cal. Super. Ct. Stanislaus Cnty. Dec. 20, 2024) (Danielle Perry appointed Co-Lead Counsel Nov. 14, 2023).

*Sharber v. FMC Servs., LLC*, No. 111219-D-CV (Tex. 320th Jud. Dist. Ct. Potter Cnty.) (Gary Mason appointed Co-Lead Counsel Nov. 16, 2022).

*Sides v. Sheffield Grp., Inc.*, No. 01-CV-2024-900745.00 (Ala. Cir. Ct. Jefferson Cnty. Jan. 22. 2025) (Mason LLP appointed Class Counsel Oct. 7, 2024).

*Stinson v. Yum! Brands, Inc.*, No. 3:23-cv-00183 (W.D. Ky.) (Gary Mason appointed Co-Lead Counsel June 6, 2024).

*Tesky v. Bone & Joint Clinic*, S.C., No. 3:23-cv-00184 (W.D. Wis.) (Danielle Perry appointed Class Counsel July 3, 2025; preliminary approval granted July 3, 2025).

*T.K. ex rel. LeShore v. Bytedance Tech. Co., LTD.*, No. 1:19-cv-07915 (N.D. Ill. Mar. 25, 2022) (Gary Mason appointed Class Counsel Dec. 19, 2019; COPPA settlement against TikTok for $1.1 million).

*Togba v. Chemonics Int'l, Inc.*, No. 1:24-cv-03510 (D.D.C. July 1, 2025) (Danielle Perry appointed Co-Lead Class Counsel Mar. 17, 2025).

*Toussaint v. HanesBrands, Inc.*, No. 1:22-cv-00879 (M.D.N.C. June 23, 2025) (Gary Mason appointed Class Counsel Nov. 5, 2024).

*Tucker v. Marietta Area Health Care*, No. 2:22-cv-00184 (S.D. Ohio Dec. 7, 2023) (Gary Mason appointed Co-Lead Counsel Dec. 9, 2022).

*Vasquez v. Our Lady of the Lake Univ. of San Antonio*, No. 2023CI07981 (Tex. 73d Jud. Dist. Ct. Brexar Cnty. Nov. 1, 2024) (Gary Mason appointed Class Counsel July 11, 2024).

*Watkins-Fields v. SSS Educ., Inc.*, No. 2:23-cv-23154 (D.N.J. Sept. 12, 2024) (Gary Mason appointed Co-Lead Counsel June 27, 2024).

*Woods v. Albany ENT & Allergy Servs., P.C.*, No. 904730-23 (N.Y. Sup. Ct. Albany Cnty. Oct. 11, 2024) (Danielle Perry appointed Co-Lead Counsel July 10, 2023).

# EXHIBIT E

KRAMON & GRAHAM
ATTORNEYS AT LAW



# James P. Ulwick

**Principal**

T: 410-347-7426
F: 410-539-1269
E: julwick@kg-law.com

## Practices

- Commercial Litigation
- Class Action
- Internal Investigations
- Criminal Defense
- Personal Injury
- IP Litigation
- Professional Liability
- Alternative Dispute Resolution

## Education

The Catholic University of America Columbus School of Law (J.D.)

University of Massachusetts (B.A.), *cum laude*

Jim Ulwick is recognized as one of Maryland's most highly-skilled trial attorneys. His wide-ranging practice includes criminal and civil litigation of many kinds. Jim has successfully tried cases throughout the country. His trial victories include high-stakes cases involving claims of legal malpractice; criminal misconduct by bank officers; breaches of complicated contracts, employment agreements, and land deals; serious personal injuries; RICO violations; securities violations; medical malpractice; and injuries from toxic torts, to name only a few. Jim has a national reputation for handling significant class-action cases in diverse industries on both the defense and class sides.

Jim spent six years as an Assistant United States Attorney – three in the District of New Jersey and three in the District of Maryland. During his years as a federal prosecutor, Jim tried numerous cases, including the prosecutions of defendants charged with labor racketeering, political corruption, and other violations of federal criminal law. Jim also served as a judicial clerk for the Honorable Edward S. Northrop of the United States District Court for the District of Maryland.

According to the legal ranking guide *Chambers USA*, Jim is "a tenacious courtroom advocate and very strategic thinker, and

among the most accomplished civil and criminal orators and trial attorneys."

---

Attracts praise for his expert handling of large-scale class actions for both defense and class-side clients, while also drawing on significant experience in white-collar criminal defense proceedings. An outstanding litigator, a fantastic trial lawyer.

***- CHAMBERS USA***

---

## Recognition

Recipient, Peter A. DiRito Award, Federal Bar Association, Maryland Chapter, 2023

Acceptor, John Adams Award, on behalf of the Criminal Justice Act Panel, U.S. District Court for the District of Maryland, 2019

Selected for *Lawdragon 500 Leading Litigators in America*, since inaugural edition 2022

Selected for inclusion in *The American Lawyer,* Southern Trailblazer 2021

Recognized in *Chambers USA*, Litigation: General Commercial; Litigation: White-Collar Crime & Government Investigations, Maryland, since 2006

Recognized in Benchmark Litigation, "Local Litigation Star," Commercial Litigation and Health Care Litigation, since 2011

Listed in *The Best Lawyers in America* for Commercial Litigation, since 1993; named Baltimore "Lawyer of the Year" for Criminal

Defense: White-Collar, 2019; Bet-the-Company Litigation, 2016; Commercial Litigation, 2016; White-Collar Criminal Defense, 2011

AV® Preeminent™ Peer Review Rated by *Martindale-Hubbell*

## Bar Admissions

- District of Columbia
- Maryland

## Court Admissions

- United States District Court for the District of Maryland
- United States District Court for the District of Columbia
- United States District Court for the Western District of Texas
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Federal Circuit
- United States Tax Court
- United States Court of Federal Claims
- Supreme Court of the United States

## Clerkships

Honorable Edward S. Northrop, United States District Court for the District of Maryland

## Memberships

American College of Trial Lawyers, Fellow

Bar Association of Baltimore City

District of Columbia Bar Association

Fourth Circuit Judicial Conference, Permanent Member

Maryland State Bar Association

## Events

Co-presenter, "One Day Boot Camp Trial Training," Legal Services Advocates Trial Skills Program, American College of Trial Lawyers, ABA Litigation Section, MSBA Litigation Section, FBA - Maryland Chapter, and Maryland Legal Aid, 2017

KRAMON & GRAHAM
ATTORNEYS AT LAW

# Class Action

Kramon & Graham enjoys a well-established national reputation for successfully handling class action cases on both the defense and plaintiff sides in state and federal jurisdictions. Our experience spans a broad range of class and collective action cases including:

- Antitrust Claims
- Breach of Contract
- Breach of Warranty
- Consumer Fraud
- Fair Debt Collection Practices
- Financial Services
- Insurance Coverage
- Medical Device Claims
- Pharmaceutical
- Product Liability
- Securities Fraud
- State Consumer Protection Statutes
- State Labor Laws
- Telephone Consumer Protection Act Claims
- Torts
- RICO Claims

With decades of experience, Kramon & Graham attorneys have extensive knowledge of the procedural issues unique to class actions, as well as the underlying substantive governing law. We know the issues presented by petitions for certification and are experienced at taking and defending class-based discovery. Whether we are prosecuting or defending a class action, we know how to prepare for and manage the specialized demands of class litigation.

Because of the firm's experience as both defense and plaintiffs' counsel, we have solid working relationships with both sides of the bar, which helps to limit litigation disputes and allows us to work our cases more efficiently.

Kramon & Graham regularly defends and prosecutes class actions throughout the country. Our diverse experience includes a variety of industries and involves a range of statutory and common law claims.

We are proud of our record of resolving class actions on favorable terms whether through an outright verdict for our client or a favorable settlement and pleased to have earned the trust and confidence of our clients who return and refer to us as new issues arise.

## Representative Matters

Serving as plaintiff's counsel in a massive class action lawsuit against Marriott International. In one of the largest data breaches in the country's history, approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. The breach compromised the personal information of nearly 400 million customers who made reservations at Starwood-branded hotels.

Represent plaintiffs in a nationwide class action product defects lawsuit against Viking Group, Inc., The Viking Corporation, and Supply Network, Inc., d/b/a Viking Supplynet. The suit alleges that the Viking VK457 sprinkler system, which is estimated to have been installed in tens of thousands of properties, had a defect that caused it to activate when no fire, smoke, or undue heat existed. Plaintiffs claimed that the malfunction can cause significant flood damage to homes and personal property. Kramon & Graham and co-counsel Sauder Schelkopf settled the suit on favorable terms on behalf of the class, establishing a national replacement program at no cost to class members. The United States District Court for the District of Maryland granted preliminary approval to the proposed class action settlement on December 30, 2019. The settlement will be presented for final approval on June 18, 2020. The case is *Jackson, et al. v. Viking Group, Inc., et al.,* No. 8:18-cv-02356-PJM (D. Md.).

Served as defense counsel to the nation's largest publicly traded debt buyer in Fair Debt Collection Practices Act and state consumer protection statute class actions.

Representing the City of Baltimore in both federal and state court systems against class action claims by the public safety unions that an ordinance that modified members' pension benefits violated federal constitutional and state contractual rights.

Successfully obtained judgment in favor of a national lender on the eve of a class action trial after demonstrating that plaintiffs were unable to prove their claims. The federal court case was instituted by plaintiffs who alleged that the lender and others were liable to them for purported violations of Maryland's Finder's Fee Law over a 20-year period. Plaintiffs sought hundreds of millions of dollars in damages.

As lead defense counsel for providers of oil recycling services in a TCPA case, expeditiously settled the claim pursuant to a confidential agreement on satisfactory terms. No class was ever certified.

Obtained dismissal of all claims brought against a law firm by representatives of a putative plaintiff class seeking to recover under Maryland's Fair Debt Collection Practices Act and Consumer Protection Act. No class was ever certified.

Prosecuted three RICO class actions in federal court against "payday lenders," achieving considerable benefits for class members.

As co-lead counsel for plaintiff class, successfully negotiated settlement between class of attest associates who asserted violations of California's labor standards and a Big Four auditing firm.

Served as plaintiffs' liaison counsel in a successfully settled product defect class action filed against the manufacturer of a popular water hose.

Served as defense counsel in a bilateral class action in the Circuit Court for Montgomery County involving violations of the Maryland Towing Act and related claims. After a successful mediation in 2017, a settlement resolving a substantial number of the claims at issue was approved by the Court. In 2018 and 2019, motions for summary judgment were briefed and the parties engaged in a second mediation. Ultimately the class requested, and the court approved, a significantly reduced settlement demand to individual class members.

Served as defense counsel in two real estate practices class actions in federal court against one of the nation's largest privately owned real estate companies.

Copyright 2026 Kramon & Graham, P.A., Attorney Advertising.