**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE ANNE ARUNDEL DATA BREACH LITIGATION** | Case No. 1:25-cv-02274-GLR |

### <u>NOTICE OF FIRM NAME CHANGE</u>

PLEASE TAKE NOTICE that, effective February 17, 2026, Ra O. Amen, counsel of record for Plaintiff Raven Martin in the above-captioned action has changed his law firm affiliation. The law firm formerly known as Mason LLP is now known as Mason & Perry LLP.

This change is administrative in nature only and does not affect counsel's representation in this matter.

All future service of documents in this matter should be sent to:

Ra O. Amen
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
ramen@masonllp.com

I have updated my personal profile information in the PACER/ECF system.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Ra O. Amen*
Ra O. Amen (admitted *pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
ramen@masonllp.com

*Counsel for Plaintiff Raven Martin*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

/s/ Ra O. Amen
Ra O. Amen (admitted *pro hac vice*)